UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA
KO COURT

Ko, Lily Helen,
Sui Juris, in Propria Persona
care of General Delivery
Petaluma, California Republic
[*zip code exempt DMM 602 1.3 e. (2)*]
non-domestic

FILED
DEC 23 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

CV22 · 9087  KAW

Ko, Lily Helen, woman, aggrieved,

v.

Thurman, Christine Angela, woman, ~~wrongdoer~~,

Claim for the Trespass and Robbery of Property, and for the IMMEDIATE Restoration of Property

## CLAIM
### Genesis 1:26-30
### Exodus 21:15 & 21:16

*Greetings,* Comes now, i, Ko, Lily-Helen, the living woman and daughter of man, with sound mind at age of majority to handle my own affairs, by my free will intent, and with clean hands,

in **ABSOLUTE DOMINION** over the Air, Water, Land granted to me by God – for which i bring forth this **EMERGENCY** matter: for the Trespass and Robbery of my property committed by the woman, Christine Angela Thurman that requires the IMMEDIATE restoration of my property (kidnapped heir, Jaya);

I. Take notice that: i, acknowledge and accept and invoke your oath of office, and bind you to it to uphold the Constitution for the united States of America, and i, *trust* you to fulfill your duties and obligations *in honor* to serve we the people;
II. Take notice that: i, invoke the Constitution of the United States 1787, Amendments: I, IV, V, VI – including an Article 3 Court;
III. Take notice that: i, have done no wrong—i, have not caused harm nor injury to a man/woman/property; and there are no charges against me (i, possess recorded evidence);
IV. Take notice that: i, have been harmed and injured – my (forced) separation from my property is in violation of my Religion, and a transgression against God;
V. Take notice that: i, cite [Trinsey v. Pagliaro, 229 F. Supp. 647] Statements of counsel in brief or in argument are NOT SUFFICIENT for motion to Dismiss or for Summary Judgment;

### BACKGROUND

On May 6, 2014, in the middle of night, the woman, Suenia Yvonne Romero (of 30 Azul Court, Hollister, California Republic) in company of two armed men, robbed me of my property and carried away from me, and consequently sold my property to Christine; i, felt fear in the presence of the two armed men;

Now, Christine is in 'naked possession' over my property from May 7, 2014 to present, and has caused and continues to cause 'harm' and 'injury' to me and my property, held at location:

(487 North 14th Street, San Jose, Santa Clara County, California Republic)

### PRAYER FOR RELIEF—THE IMMEDIATE RESTORATION OF MY PROPERTY

~~i, hereby command for the IMMEDIATE restoration of my property (my kidnapped heir) to be brought~~ before this court by United States Marshal, so that i, and my clan may be made whole;

i, invoke and affirm before God as my witness that all herein is true and correct to the best of my knowledge; my word is my bond, my will be done; i, now set my hand & seal to execute my will;

*Done in good faith; Given for a patent right; All rights retained, without prejudice; in peace & honor; Absolutely*

date *22nd November 2022*   By: *by: Lily* : Lily of the: KO Estate, executrix and heir to the Kingdom of God

Page 1 of 1    Universal Postal Union # RE 344 974 777 US
For the Demand to Restore Stolen Property IMMEDIATELY

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA
KO COURT

# NOTICE OF HEARING

i, certify that on the _____ day of _____, 20 __ , i, served the copy of the foregoing Notice of Hearing for the Claim under the Ko Court:

at location:
United States of America Northern District
450 Golden Gate Avenue
San Francisco, California Republic


by United States Post Office Mail
to:
Thurman, Christine Angela
487 North 14th Street
San Jose, California Republic [*zip code exempt DMM 602 1.3 e. (2)*]
non-domestic

_____
printed name

_____
signature

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA
KO COURT

## SUBPOENA

i, certify that on the _____ day of _____, 20 __ , i, served the copy of the foregoing Subpoena for the woman, Jaya to be brought safe and sound to before this Court for the Claim and Exhibits Hearing:

by United States Post Office Mail
to:
Ko, Jaya Jane Pagan
487 North 14th Street
San Jose, California [*[zip code exempt DMM 602 1.3 e. (2)]*]
non-domestic

_____
printed name

_____
signature

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA
KO COURT

## CERTIFICATE OF SERVICE

i, certify that on the _____ day of _____, 20 __ , i, served the copy of the foregoing Notice of Hearing for the Claim and Exhibits:

A - Birth Announcement
B - Declaration of Trust
C - Claim of Heir
D - Affidavit of Publication
E - Claim of Estate
F – non-UCC Lien
G – FBN + Assumed Name
H - Affidavit of Reconveyance
I - Exemplified Certificates of Live Birth
J - recorded Status

by United States Post Office Mail
to:
Christine Angela Thurman
487 North 14th Street
San Jose, California [*[zip code exempt DMM 602 1.3 e. (2)]* ]
non-domestic

_____
printed name

_____
signature