## EXHIBIT 'A'

**Jaya Jane Pagan Ko**



**Birth Announcement**
**It's a Girl**
**Jaya Jane Pagan Ko**
**Jaya Ko**
**borne: 11:22pm on February 27, 2007**
**weight: 7lbs and 1oz**
**length: 21 inches**

Lily Ko of Taiwan, has announced the birth of her daughter,
Jaya Jane Pagan Ko;

Jaya was borne at 11:22pm, on February 27, 2007,
at Sutter Maternity & Surgery Hospital,
Santa Cruz, Santa Cruz County, California Republic;
Jaya weighed 7 pounds & 1 ounce, and
measured 21 inches long;
Jaya joins her brother Frank, age 5, and her mother Lily;

The maternal grandparents are Milton and Denise Ko of
Taipei, Taiwan;
The paternal grandparents are Antonio and Carmen Pagan of
Tulare, California;

**Jaya Jane**
**borne: February 27, 2007 at 11:22pm**
**weight: 7 lbs and 1 oz**
**length: 21 in**

**Frank Leonardo Ko Sharma**



**Birth Announcement**
**It's a Boy**
**Frank Leonardo Ko Sharma**
**Frank Ko**
**borne: 8:08am on August 16, 2001**
**weight: 7lbs and 14oz**
**length: 19.5 inches**

Lily Ko of Taiwan, has announced the birth of her son,
Frank Leonardo Ko Sharma;

Frank was borne at 8:08am, on August 16, 2001,
at Good Samaritan Hospital,
San Jose, Santa Clara County, California Republic;
Frank weighed 7 pounds & 14 ounces, and
measured 19.5 inches long;
Frank joins his mother Lily;

The maternal grandparents are Milton and Denise Ko of
Taipei, Taiwan;
The paternal grandparents are Gaurav and wife Sharma of
Gujarat, India;

**Frank Leonardo**
**borne: August 16, 2001 at 8:08am**
**weight: 7 lbs and 14oz**
**length: 19.5 in**



22nd November 2022   by: Lily, executrix, beneficiary, heir, mother

**Page 1 of 1**          **Universal Postal Union # RE 344 974 777 US**

California Republic        }

                           }ss.

Sonoma County              }

From: Lily-Helen: Ko, beneficiary, heir
to the LILY HELEN KO Trust/Estate
care of General Delivery
Petaluma, California [94952]
United States of America



# AFFIDAVIT OF TRUTH

At this time, in good faith and clean hands, i, a woman, Lily-Helen: Ko, beneficiary and heir to the LILY HELEN KO Trust/Estate, with sound mind, free will intent, and having reached the age of majority, declare that i, am competent to handle my own affairs, and make these statements;
Take notice that:

1. On May 6, 2014 at about 9:00pm, a woman, Suenia Romero and accompanied by two armed men, William Pender, and Nabil Haidar, came to my mother's home where i, my offspring Frank (age 12 years), and my offspring Jaya (age 7 years) were staying; Then at about 10:30pm, Suenia carried away both offsprings and drove off in her car, a black Honda Accord (license plate: IMZWOLF, reads as "I am the Wolf"—akin to a predator); There were no warrant or paperwork presented to me;

2. On May 7, 2014, the man, David Yamasaki, issued 'Non-Warrants' to take both offsprings issued from the Superior Court of California, County of Santa Clara under the accounts: 1-14-JD-022562 (on Frank) and 1-14-JD-022563 (on Jaya);

3. On May 9, 2014, the man, Lincoln Clark, recalled said 'Non-Warrants';

4. To date, my offspring Jaya is still under the custody by and from the man, Thai Tran, and in naked possession by and from the woman, Christine Thurman—who is human trafficking and child sex trafficking my offspring; my offspring is showing symptoms of Stockholm Syndrome;

5. To date, my offspring Frank is still under the custody by and from the man, Thai Tran;

6. To date, I am denied due process in law; there has never been any presentment to me to contract, I am refused amy trial by jury, I am refused paperwork on these matters, and I am refused filing of my paperwork for remedy to restore my property/offspring;

7. i, have expressed non-consent, non-contract to all these men/women who are administrating/gaining personal aggrandizment from use of my property/estate/trust/copyrights absent just compensation to me;

8. i, have expressed recission of any and all signatures, and contracts alleged/presumed/forged(or otherwise);

9. i, have done no harm nor injury to either of my offsprings—the woman, Shawna Schwarz has expressed that I have no charges (of wrongdoing) – yet continues to willfully, knowingly, intentionally refuse to restore my offsprings;

i, swear under penalty of perjury that all herein is true and correct to the best of my knowledge;
i, now set my hand and seal and execute this Affidavit, my will be done:

date  26th July 2022

Done in good faith;
Given for a patent right;
All rights retained, without prejudice;

{seal}

by: by: Lily-Helen: Ko,
Lily-Helen: Ko, beneficiary, heir

# ACKNOWLEDGEMENT

Notice: Use of Notary shall not be construed against declarant as adhesion, indicia, or submission
to any foreign, domestic, or municipal jurisdiction

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of __SONOMA__

On ___JULY 26___ 20 22 before me, _KIMBERLY ANN VEIK, NOTARY PUBLIC_

(insert name and title of the officer)

personally appeared ___LILY HELEN KO_____, who proved to me on the basis

of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/ their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct. WITNESS my hand and official seal.

Signature _____ (Seal)

KIMBERLY ANN VEIK
Notary Public - California
Marin County
Commission # 2290439
My Comm. Expires May 28, 2023

# EXHIBIT 'B'

| | | |
|---|---|---|
| California Republic | } | From: Lily-Helen: Ko, beneficiary, heir |
| | }ss. | to the LILY HELEN KO Trust/Estate |
| | | care of General Delivery |
| Sonoma County | } | Petaluma, California [94952] |
| | | United States of America |

# DECLARATION OF TRUST

At this time, in good faith and clean hands, i, a woman, Lily-Helen: Ko, beneficiary and heir to the LILY HELEN KO Trust/Estate, with sound mind, free will intent, and having reached the age of majority, declare that i, am competent to handle my own affairs, and make these statements; Take notice that:

1. On the 11th July 2016, the **LHK20160711KO Living Trust** is created, whereby
2. the Grantor is the woman, Lily-Helen: Ko;
3. the Beneficiaries include her offsprings:
   the man, Frank-Leonardo: Sharma-Ko, and the woman, Jaya-Jane: Pagan-Ko;
4. the Trustee is the woman, Lois K. Bianchi;

i, swear under penalty of perjury that all herein is true and correct to the best of my knowledge;
i, now set my hand and seal and execute this Declaration, my will be done:

date _26th July 2022_

Done in good faith;
Given for a patent right;
All rights retained, without prejudice;

{seal}

by: _Lily-Helen: Ko, beneficiary_

by:
Lily-Helen: Ko, beneficiary, heir



# ACKNOWLEDGEMENT

Notice: Use of Notary shall not be construed against declarant as adhesion, indicia, or submission
to any foreign, domestic, or municipal jurisdiction

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of _SONOMA_____

On _JULY_26_____2022_ before me, _KIMBERLY ANN VEIK, PUBLIC NOTARY_

(insert name and title of the officer)

personally appeared _LILY HELEN KO_____, who proved to me on the basis

of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/ their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.
I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct. WITNESS my hand and official seal.

Signature _Kimberly Ann Veik_____ (Seal)

KIMBERLY ANN VEIK
Notary Public - California
Marin County
Commission # 2290439
My Comm. Expires May 28, 2023

Page 1 of 1          Instrument No. RE344976693US



# EXHIBIT 'C'

California Republic   }

  }ss.

Sonoma County   }

From: Lily-Helen: Ko, beneficiary, heir
to the LILY HELEN KO Trust/Estate
care of General Delivery
Petaluma, California [94952]
United States of America

# CLAIM OF HEIR

At this time, in good faith and clean hands, i, a woman, Lily-Helen: Ko, beneficiary and heir to the LILY HELEN KO Trust/Estate, with sound mind, free will intent, and having reached the age of majority, declare that i, am competent to handle my own affairs, and make these statements; Take notice that: **this is Legal/Public Notice to i hereby claim all rights and title to my heirs as follows**: and i claim all biological material (stolen/otherwise) -- including my placenta -- created from my body:

1. i claim as my heir: my living breathing flesh and blood creation borne from my womb-- my offspring, the man, **Frank-Leonardo: Sharma-Ko**, whom shares **100%** of my mitochondrial DNA, and **50%** of my DNA; and

2. i claim as my heir: my living breathing flesh and blood creation borne from my womb-- my offspring, the woman, **Jaya-Jane: Pagan-Ko**, whom shares **100%** of my mitochondrial DNA, and **50%** of my DNA;

i, swear under penalty of perjury that all herein is true and correct to the best of my knowledge; i, now set my hand and seal and execute this Declaration, my will be done:

date *26th July 2022*

Done in good faith;
Given for a patent right;
All rights retained, without prejudice;

{seal}

by: *by: Lily-Helen: Ko, beneficiary*
Lily-Helen: Ko, beneficiary, heir

# ACKNOWLEDGEMENT

Notice: Use of Notary shall not be construed against declarant as adhesion, indicia, or submission to any foreign, domestic, or municipal jurisdiction

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of _SONOMA_

On _JULY 26_ 20_22_ before me, _KIMBERLY ANN VEIK, PUBLIC NOTARY_

(insert name and title of the officer)

personally appeared _LILY HELEN KO_ who proved to me on the basis

of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/ their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct. WITNESS my hand and official seal.

Signature _Kimberly Ann Veik_ (Seal)

> KIMBERLY ANN VEIK
> Notary Public - California
> Marin County
> Commission # 2290439
> My Comm. Expires May 28, 2023

Page 1 of 1      Instrument No. RF181460121US

# NOTICE

That anyone with any proof, knowledge to rebut my claim shall state and Declare by public notice their Higher Claim and forward a copy to: notary within 30 days from the first publishing date; All claims subject to The Laws and Statutes of the State of California



# PROOF OF PUBLICATION

# *Santa Clara Weekly*

## P.O. Box 580, Santa Clara, California 95052

**IN THE**
**City of Santa Clara,**
**State of California,**
**County of Santa Clara**

---

## CLAIM OF RIGHTS TO MY HEIRS

---

INSTRUMENT NO. RF181460121US

State of California,  $\Big\}$ SS.
County of Santa Clara

The undersigned, being first duly sworn, deposes and says: That at all times hereinafter mentioned affiant was and still is a citizen of the United States, over the age of eighteen years, and not a party to nor interested in the above entitled proceeding; and was at and during all said times and still is publisher of the Santa Clara Weekly, a newspaper of general circulation printed and published weekly in the County of Santa Clara, State of California, and said Santa Clara Weekly is at all times hereinmentioned a newspaper of general circulation as that term is defined by sections 6000 and following, of the government code of the State of California, and, as provided by said sections, is published for the dissemination of local or telegraphic news and intelligence of a general character, having a bonafide subscription list of paying subscribers, and is not devoted to the interest or published for the entertainment or instruction of a particular class, profession, trade, calling, race or denomination, or for the entertainment and instruction of any number of such classes, professions, trades, callings, races or denominations; that at all times said newspaper has been established, printed and published in the said County of Santa Clara and State of California at regular intervals for more than one year proceeding the first publication of the notice herein mentioned; that said notice was set in type not smaller than non-parell, describing and expressing in general terms the purport and character of the notice intended to be given; that the clipping of which the annexed is a true printed copy, was published and printed in said newspaper on the following dates to wit:

## Pub: 8/10, 8/17, 8/24, 8/31/2022

---

**Dated at Santa Clara, California**

**This 31ST day of AUGUST, 2022**

**I declared under penalty of perjury that the foregoing is true and correct.**

**Signed:** _____

(Assoc.) Publisher of the Santa Clara Weekly

The Santa Clara Weekly was adjudicated a newspaper of general circulation in and for the County of Santa Clara on September 3, 1974 (Case No. 314617). The Santa Clara Weekly was adjudicated a newspaper of general circulation within the City of Santa Clara on April 2, 1976 (Case No. 347776).

**Claim of Rights to my Heirs (Instrument No. RF181460121US)**
i, Lily Helen Ko, Competent to speak, of sound Mind, claim all rights and title to my heirs as follows:
Jaya Jane Pagan Ko. Frank Leonardo Ko Sharma
Anyone with any proof,knowledge to rebut my claim.
shall state and Declare by public notice their Higher Claim and forward a copy
To the following: notary within 30 days of the first publishing date of this notice;
Note: All claims are subject to The Laws and Statutes of the State of California
Pub: 8/10, 8/17, 8/24, 8/31/22

**Claim of Rights to my Heirs (Instrument No. RF181460121US)**

i, Lily Helen Ko, Competent to speak, of sound Mind, claim all rights and title to my heirs as follows:

Jaya Jane Pagan Ko, Frank Leonardo Ko Sharma

Anyone with any proof, knowledge to rebut my claim,

shall state and Declare by public notice their Higher Claim and forward a copy.

To the following: notary within 30 days of the first publishing date of this notice;

Note: All claims are subject to The Laws and Statutes of the State of California

Pub: 8/10, 8/17, 8/24, 8/31/22

# EXHIBIT 'D'

| | | |
|---|---|---|
| California Republic | } | **From:** Lily-Helen: Ko, beneficiary, **heir** to the LILY HELEN KO Trust/Estate |
| | }ss. | care of General Delivery |
| Sonoma County | } | Petaluma, California [94952]<br>United States of America |

## C L A I M   O F   E S T A T E

At this time, in good faith and clean hands, i, a woman, Lily-Helen: Ko, beneficiary and heir to the LILY HELEN KO Trust/Estate, with sound mind, free will intent, and having reached the age of majority, declare that i, am competent to handle my own affairs, and make these statements; Take notice that: **this is Legal/Public Notice to i hereby claim all rights and title** to my estate as follows:

1. i, invoke the **Book of Genesis (Gen 1:26-30)**; God as Executor granted me as Trustee and Steward over this Land, Air, Water, and creatures wild and tame;
2. i come forth, and claim that i am a living breathing flesh and blood woman, and that i am on the land (and no longer 'lost at sea' (presumed or otherwise)) whom i am the sole beneficiary and heir, holder-in-due course, bailor, and settlor to the cest tui que vie trust/estate known as the **LILY HELEN KO**;
3. i, claim dominion over the:
   (a) **L**and, from the Federal Authentication on Title to Trust/Estate;
   (b) **A**ir, from my Express Trust;
   (c) **W**ater, from my Trademark;

i, swear under penalty of perjury that all herein is true and correct to the best of my knowledge; i, now set my hand and seal and execute this Declaration, my will be done:

| date | Done in good faith; | {seal} |
|---|---|---|
| *26th July 2022* | Given for a patent right;<br>**All rights** retained, without prejudice; | |
| | by: *by: Lily-Helen: Ko, beneficiary* | |
| | Lily-Helen: Ko, beneficiary, heir | |

## A C K N O W L E D G E M E N T

Notice: Use of Notary shall not be construed against declarant as adhesion, indicia, or submission to any foreign, domestic, or municipal jurisdiction

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of __SONOMA__

On __JULY 26__ 20__22__ before me, __KIMBERLY ANN VEIK, PUBLIC NOTARY__

(insert name and title of the officer)

personally appeared __LILY HELEN KO__, who proved to me on the basis

of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/ their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct. WITNESS my hand and official seal.

Signature *Kimberly Ann Veik* _____ (Seal)

> KIMBERLY ANN VEIK
> Notary Public - California
> Marin County
> Commission # 2290439
> My Comm. Expires May 28, 2023

Page 1 of 1                    Instrument No. RF545572599US

## NOTICE

That anyone with any proof, knowledge to rebut my claim shall state and
Declare by public notice their Higher Claim and forward a copy to: notary within
30 days from the first publishing date;
All claims subject to The Laws and Statutes of the State of California

# EXHIBIT 'E'



**SECRETARY OF STATE**

**STATE OF CALIFORNIA**

## UCC Filing Acknowledgement

01/27/2017

Page 1 of 1

KE HUI LIAN
CARE OF POST OFFICE BOX 53584
SAN JOSE CA 95153

| | |
|---|---|
| Filing Fee: | $5.00 |
| Total Fee: | **$5.00** |

The California Secretary of State's Office has received and filed your document. The information below reflects the data that was indexed in our system. Please review the information for accuracy. Included is an image of the filed *document to assist you in your review. If you find a potential error, please notify the UCC Section at the number listed below at your earliest convenience.*

Filing Type: **Public Finance Transaction**   File Date: **01/27/2017**   File Time: **15:11**

Filing Number: **17-7568363642**   Lapse Date: **01/27/2047**

Debtor(s):
ORGANIZATION   **LILY HELEN KO**

**12500 TUKWILA INTERNATIONAL BOULEVARD TUKWILA WA USA 98168**

INDIVIDUAL   **KO, LILY, HELEN,**

**12500 TUKWILA INTERNATIONAL BOULEVARD TUKWILA WA USA 98168**

Secured Party(ies):
INDIVIDUAL   **KE, HUI LIAN, ,**

**CARE OF POST OFFICE BOX 53584 SAN JOSE CA USA 95153**

Filing by  the Secretary of State is not conclusive proof  that all conditions for securing priority have been met. Ensuring that accurate information is on the document to be filed is the responsibility of the filing party. If this filing is challenged, the Secretary of State does not guarantee that the filing is legally sufficient to secure priority under UCC Article 9 and expressly disclaims any liability for failure of the filing party to secure priority resulting from the information contained in the filed document, or the lack of information   on the filed document.

UNIFORM COMMERCIAL CODE 1500 11TH STREET , 2ND FL. - SACRAMENTO, CA 95814  · P O BOX 942835   · SACRAMENTO, CA 94235-0001   · (916) 653-3516   · HTTPS://UCCCONNECT.SOS.CA.GOV

PROGRAMS   ARCHIVES, BUSINESS PROGRAMS, ELECTIONS, INFORMATIONTECHNOLOGY, CALIFORNIA STATE HISTORY MUSEUM,
MANAGEMENT SERVICES, SAFE AT HOME, DOMESTIC PARTNERS REGISTRY, NOTARY PUBLIC, POLITICALREFORM

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

| | |
|---|---|
| **A. NAME & PHONE OF CONTACT AT FILER** (optional)<br>Hui Lian Ke<br>000-000-0000 | |
| **B. E-MAIL CONTACT AT FILER** (optional) | |
| **C. SEND ACKNOWLEDGMENT TO:** (Name and Address)<br>Hui Lian Ke<br>Care of Post Office Box 53584<br>San Jose, Ca 95153<br>USA | **DOCUMENT NUMBER:** 59413550002<br>**FILING NUMBER:** 17-7568363642<br>**FILING DATE:** 01/27/2017 15:11<br><br>IMAGE GENERATED ELECTRONICALLY FOR WEB FILING<br>THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY |

1. **DEBTOR'S NAME**: Provide only <u>one</u> Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| OR | 1a. ORGANIZATION'S NAME<br>LILY HELEN KO | | | |
|---|---|---|---|---|
| | 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS<br>12500 Tukwila International Boulevard | CITY<br>Tukwila | STATE<br>WA | POSTAL CODE<br>98168 | COUNTRY<br>USA |

2. **DEBTOR'S NAME**: Provide only <u>one</u> Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| OR | 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| | 2b. INDIVIDUAL'S SURNAME<br>Ko | FIRST PERSONAL NAME<br>Lily | ADDITIONAL NAME(S)/INITIAL(S)<br>Helen | SUFFIX |
| 2c. MAILING ADDRESS<br>12500 Tukwila International Boulevard | CITY<br>Tukwila | STATE<br>WA | POSTAL CODE<br>98168 | COUNTRY<br>USA |

3. **SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only <u>one</u> Secured Party name (3a or 3b)

| OR | 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| | 3b. INDIVIDUAL'S SURNAME<br>Ke | FIRST PERSONAL NAME<br>Hui Lian | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS<br>Care of Post Office Box 53584 | CITY<br>San Jose | STATE<br>Ca | POSTAL CODE<br>95153 | COUNTRY<br>USA |

4. **COLLATERAL:** This financing statement covers the following collateral:

   **See Attachment(s)**

5. Check <u>only</u> if applicable and check <u>only</u> one box: Collateral is ☑ held in a Trust (see UCC1Ad, item 17 and instructions)    ☐ being administered by a Decedent's Personal Representative

| 6a. Check <u>only</u> if applicable and check <u>only</u> one box: | | | 6b. Check <u>only</u> if applicable and check <u>only</u> one box: | |
|---|---|---|---|---|
| ☑ Public-Finance Transaction | ☐ Manufactured-Home Transaction | ☐ A Debtor is a Transmitting Utility | ☐ Agricultural Lien | ☑ Non-UCC Filing |

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

**FILING OFFICE COPY**



RE 020 355 201 US

AFTER RECORDED
NOTICE REQUESTED BY AND RETURN TO:

Hui Lian Ke
Care of: Post Office Box 53584
San Jose, California [95153]

## CLAIM OF LIEN (SECURED PARTY)

Grantor (Owner of property whose property is being liened):
LILY HELEN KO

Grantee (Name of lien claimant):
Hui Lian Ke, claimant

Notice is hereby given that Hui Lian Ke, claimant, claims a lien pursuant to a Contract with
THE UNITED STATES OF AMERICA, DEPARTMENT OF JUSTICE;

Lien claimant furnished valuable consideration, labor, services, or materials consisting of:

1. CERTIFICATE OF CITIZENSHIP on the following described property in Benton County, State of
WASHINGTON, described as: Application No. A31 243 717, and No. A-606804, LILY HELEN KO,
of a total value of
NINE BILLION dollars, ($9,000,000,000.00) of which there remains unpaid $9,000,000,000.00, and
furnished the first of the items on November 19, 1976, and Sixteenth day of March in the year of our Lord
nineteen hundred and Seventy-eight, by U.S. Citizen and Immigration Service, Department of Justice;

This lien attachés to all real/personal property of the above-mentioned Grantor, which is
located or existing within the County of Santa Clara, State of California, or wherever located;

A Security Agreement between Grantor and Claimant (Secured Party) governs all aspects of
this lien, including priority and enforcement.

The lien remains in effect until released by the Claimant (Secured Party);

In support of this lien the following information is submitted;

2. Description of the property against a Lien is claimed (street address, lawful or legal description, or
other information that will describe the property):

3. UNITED STATES OF AMERICA, DEPARTMENT OF JUSTICE, CERTIFICATE OF CITIZENSHIP,
LILY HELEN KO,
Application No. A31 243 717, and No. A-606804; See Attachment 'A';

4. Principal amount for which the lien is claimed is: NINE BILLION US DOLLARS - $9,000,000.00 USD;

5. If claimant is the assignee of this claim so state here: ___✓___No / _____Yes
   Assignee Name: _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ ,
   Address: _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ ,
   City: _ _ _ _ _ _ _ _ _ _ _ _ , State: _ _ _ _ _ , Zipcode: _ _ _ _ _ , Country: _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ ,

6. Name of Lien Claimant: **Hui Lian Ke**, claimant;
   Address:  Care of: Post Office Box 53584 ,
   City:  San Jose , State:  California , Zipcode:  [95153] , Country:  California Republic ,

EXECUTED BY: *LILY HELEN KO*      DATE: *26th January 2017*
(trustee)                         (signed)

State of _ _Ca_lifor_n_ia_ _ _ _ _ _ _ )
County of _ _Santa_ _Cl_ara_ _ _ _ } §.


_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _, being sworn under oath, or affirmation, says: I, am the claimant (or trustee, attorney of the claimant, or administrator, representative, or agent of the trustees of an employee benefit plan) above named; I, have read or heard the foregoing claim, read and know the contents thereof, and believe the same to be true and correct, and that the claim of lien is not frivolous, and is made with reasonable cause and is not clearly excessive, by my right to contract, under penalty of perjury under the laws of the United States of America;

26th January 2017                        by _Hui Lian K_____ Claimant
                                            for li.ly~helen

NOTICE Using a notary on this paper does not constitute any adhesion, nor does it in any manner alter any lawful/legal status re any parties hereto. The purpose of this notary is verification and identification only and not for entrance into any foreign jurisdiction.

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document, and not the truthfulness, accuracy, or validity of that document.

SUBSCRIBED AND SWORN TO before me this 26 day, of  January         , 2017 ;

Print Name:                                    _____
_Julian Maravilla_____                     Notary Public in and for the State of:
NOTARY PUBLIC in and for the State of:

                                               Residing at:
                                               _California_____

(Notary Seal)                                  My commission expires:
                                               _11 / 22 / 2018_

[2 of 2]                    Claim of Lien RE 020 355 201 US



RE 020 355 201 US

AFTER RECORDED
NOTICE REQUESTED BY AND RETURN TO:

Hui Lian Ke
Care of: Post Office Box 53584
San Jose, California [95153]

## AFFIDAVIT: CLAIM OF OWNER TO TITLE

### i, Ke, Hui Lian, woman, on behalf for Lily Helen Ko; state:

- THAT on said Certificate this Affidavit of Affiant, LILY HELEN KO, who states that she is familiar with the facts recited;

- THAT Lily Helen Ko is the OWNER to the whole of U.S. Certificate of Citizenship:
  File Number: A#: 031243717 / (Application No. A31 243 717);
  Certificate Number: DA#: 00606804 / (No. A-606804);
  being that the party named (LILY HELEN KO) in said certificate is the same party as one of the owners named in said certificate of title; All securities in this title LILY HELEN KO [SSN /Account Number ending at zero seven five six, or any other EINs] belong to me. i (in any state she domicile);

- THAT the Registrar of Titles is authorized to receive for registration of memorials upon any outstanding certificate of title an official birth certificate pertaining to a registered owner named in said certificate of title showing the date of birth of said registered owner;

- AND THAT thereafter the Registrar of Titles shall treat said registered owner as having attained the age of the majority at a date 18 years after the date of birth shown by said certificate;

By: _____ by: Hui Lian Ke for lily-helen Ko _____
        authored by: Hui Lian Ke, woman            {copy-claim SEAL}

NOTICE Using a notary on this paper does not constitute any adhesion, nor does it in any manner alter any lawful/legal status re any parties hereto. The purpose of this notary is verification and identification only and not for entrance into any foreign jurisdiction.

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document, and not the truthfulness, accuracy, or validity of that document.

STATE OF: California

COUNTY OF: Santa Clara

Subscribed and sworn to (or affirmed) before me on this 26 day of January, 2017, by Lily Helen Ko proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

(Notary Seal)

JULIAN MARAVILLA
COMM. #2090914
NOTARY PUBLIC - CALIFORNIA
SANTA CRUZ COUNTY
My Commission Expires 11/08/2018

Notary Public

[1 of 1]            **Claim of Owner to Title RE 020 355 201 US**

16040272-1

# United States of America



## DEPARTMENT OF STATE

### *To all to whom these presents shall come, Greetings:*

I Certify That the document hereunto annexed is under the Seal of the Department of Homeland Security, United States of America, and that such Seal is entitled to full faith and credit.*

*\*For the contents of the annexed document, the Department assumes no responsibility*
*This certificate is not valid if it is removed or altered in any way whatsoever*

In testimony whereof, I, John F. Kerry, Secretary of State , have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this twenty-ninth day of June, 2016.

*Issued pursuant to CH.XIV. State of Sept. 15, 1789, 1 Stat. 68-69; 22 USC 2657; 22USC 2651a; 5 USC 301; 28 USC 1733 et. seq.; 8 USC 1443(f); RULE 44 Federal Rules of Civil Procedure.*

John J Kerry
Secretary of State

By _J Crawford_

Assistant Authentication Officer,
Department of State

Department of Homeland Security
U. S. Citizenship and Immigration Services

**G-24, Certification of Documents**

# United States of America

Department of Homeland Security

**U.S. Citizenship and Immigration Services**

02/12/2016
_____
Date (mm/dd/yyyy)

## Certification of Documents

(Originals or Copies thereof)

**BY VIRTUE OF** the authority vested in me by Title 8, Code of Federal Regulations, Part 103 of the Immigration and Nationality Act, and Title IV, Subtitle E, Sec. 451 and Sec. 456 of the Homeland Security Act of 2002,

**I HEREBY CERTIFY** that the annexed documents are originals, or copies thereof, from the records of U.S. Citizenship and Immigration Service, Department of Homeland Security, which the Secretary is the legal custodian by virtue of Section 103 of the Immigration and Nationality Act. These documents relate to:

Subject:  Lily Helen Ko
_____

Also known as (aka): _____

File and/or Certificate Number:  A#: 031243717 / DA#: 00606804
_____

_____
(Signature of Authorized Person)

A.Vu Immigration Services Officer
_____
(Print-Name and Title of Authorized Person)

_____
(Print-Name and Title of Authorized Person)

Form G-24 (Rev. 03/10/06) Y

# THE UNITED STATES OF AMERICA

## CERTIFICATE OF CITIZENSHIP

No. **A-606804**

*Gifted, Conveyed, and Liened*

·ORIGINAL·

Application No. A31 243 717

Personal description of holder as of date of issuance of this certificate: Sex **Female** date of birth **October 25, 1967** country of birth **Taiwan**; complexion **Medium**; color of eyes **Brown**; color of hair **Brown** height **4** feet **2** inches; weight **55** pounds; visible distinctive marks **None**

Marital status **Single**

I certify that the description above given is true, and that the photograph affixed hereto is a likeness of me.

*Lily Helen Ko by Milton Wenchi Ko, father*
(Complete and true signature of holder)

Be it known that **LILY HELEN KO**

now residing at **2307 Snohomish Avenue, Richland, Washington 99352**, having applied to the Commissioner of Immigration and Naturalization for a certificate of citizenship pursuant to Section 341 of the Immigration and Nationality Act, having proved to the satisfaction of the Commissioner that he/she is now a citizen of the United States of America, became a citizen thereof on **November 19, 1976** and is now in the United States:

**Now Therefore**, in pursuance of the authority contained in Section 341 of the Immigration and Nationality Act, this certificate of citizenship is issued this **sixteenth** day of **March** in the year of our Lord nineteen hundred and **Seventy-eight**, and the seal of the Department of Justice affixed pursuant to statute.

Seal

IT IS PUNISHABLE BY U. S. LAW TO COPY, PRINT OR PHOTOGRAPH THIS CERTIFICATE.

*Leonel J. Castillo*

COMMISSIONER OF IMMIGRATION AND NATURALIZATION

## DEPARTMENT OF JUSTICE

FORM N-560 (REV 12-1-89)

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO:  (Name and Address)

> Hui Lian Ke Trustee
> Care of: Post Office Box 53584
> San Jose, California Republic
> [near 95153]

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| | | | | |
|---|---|---|---|---|
| 1a. ORGANIZATION'S NAME **LILY HELEN KO** | | | | |
| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 1c. MAILING ADDRESS **12500 Tukwila International Boulevard** | CITY **Tukwila** | STATE **WA** | POSTAL CODE **98168** | COUNTRY **US** |
| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION **Trust** | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any **DA#: 00606804** ☐ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| | | | | |
|---|---|---|---|---|
| 2a. ORGANIZATION'S NAME | | | | |
| 2b. INDIVIDUAL'S LAST NAME **Ko** | FIRST NAME **Lily** | MIDDLE NAME **Helen** | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any ☐ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| | | | | |
|---|---|---|---|---|
| 3a. ORGANIZATION'S NAME | | | | |
| 3b. INDIVIDUAL'S LAST NAME **Ke** | FIRST NAME **Hui Lian** | MIDDLE NAME | | SUFFIX |
| 3c. MAILING ADDRESS **Care of: Post Office Box 53584** | CITY **San Jose** | STATE **Calif! [near 95153]** | POSTAL CODE | COUNTRY **USA** |

4. This FINANCING STATEMENT covers the following collateral:

Ko, Lily Helen corp. sole d/b/a LILY HELEN KO;
All property listed is gifted, conveyed, and liened as [private] property to Ke Hui Lian Trust (all collateral now and future);
See Attached UCC 1; and other attachments;

**CLAIM OF LIEN**
This Non-UCC Lien is placed upon the following Collateral or Fixture for the amount NINE BILLION DOLLARS
($9,000,000,000 in lawful specie):
Consists of the whole of U.S. Certificate of Citizenship:
File Number: A#: 031243717 / (Application No. A31 243 717);
Certificate Number: DA#: 00606804 / (No. A-606804);

| 5. ALTERNATIVE DESIGNATION [if applicable]: | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☐ SELLER/BUYER | ☐ AG. LIEN | ☑ NON-UCC FILING |
|---|---|---|---|---|---|---|

| 6. ☑ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS   Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | ☐ All Debtors | ☐ Debtor 1 | ☐ Debtor 2 |
|---|---|---|---|---|

8. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)    International Association of Commercial Administrators (IACA)

## UCC FINANCING STATEMENT **ADDENDUM**

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT

| 9a. ORGANIZATION'S NAME | | |
|---|---|---|
| OR **LILY HELEN KO** | | |
| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
| | | |

10. MISCELLANEOUS:

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (11a or 11b) - do not abbreviate or combine names

| 11a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 11d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any ☐ NONE |

12. ☐ ADDITIONAL SECURED PARTY'S  or  ☐ ASSIGNOR S/P'S  NAME - insert only one name (12a or 12b)

| 12a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

13. This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☑ fixture filing.

14. Description of real estate:

**Consists of the whole of U.S. Certificate of Citizenship:**

**File Number: A#: 031243717 /
(Application No. A31 243 717);
Certificate Number: DA#: 00606804 /
(No. A-606804);**

**(see attached copy)**

15. Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

16. Additional collateral description:

17. Check only if applicable and check only one box.

Debtor is a ☑ Trust  or  ☐ Trustee acting with respect to property held in trust  or  ☐ Decedent's Estate

18. Check only if applicable and check only one box.

☐ Debtor is a TRANSMITTING UTILITY

☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years

☑ Filed in connection with a Public-Finance Transaction — effective 30 years

International Association of Commercial Administrators (IACA)

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 05/22/02)

# EXHIBIT 'F'

SEE BACK SIDE FOR INSTRUCTIONS

**Fictitious Business Name (FBN) Statement** (includes registration of 1 business name, 1 or 2 registrants and 1 certified copy)................................................ **$40.00**

Each additional business name and/or registrant (must have the same business address and registrant) on the same statement ................................................ **$7.00**

| File Number: | **614487** | No. of Pages: | 2 |
|---|---|---|---|
| | | File Date: | 2/26/2016 |
| | | Expires: | 2/26/2021 |
| | | Fee Total: | 61.00 |
| | | Clerk ID: | 034 |

614487

## FICTITIOUS BUSINESS NAME

FILED WITH THE COUNTY CLERK-RECORDER OF SANTA CLARA COUNTY ON THE DATE IDENTIFIED ON THE FILING LABEL

**REGINA ALCOMENDRAS. County Clerk – Recorder**
**SANTA CLARA COUNTY CLERK – RECORDER'S OFFICE**

The following person (persons) is (are) doing business as: (Use the ADDENDUM page to list additional fictitious business names.)

1. FICTITIOUS BUSINESS NAME
LILY HELEN KO

2. **#1.** (DO NOT USE P.O. BOX, PRIVATE MAIL BOX ADDRESSES)

| STREET ADDRESS OF PRINCIPAL PLACE OF BUSINESS | CITY | STATE | ZIP | COUNTY Santa Clara |
|---|---|---|---|---|
| 200 East San Martin Avenue General Delivery | San Martin | California | [95046-9999] | |

If the principal place of business identified in #2 above is not in Santa Clara County, a current fictitious business name statement for the fictitious business name(s) identified in #1 above shall be on file at the above-identified County that is the principal place of business. If applicable, please complete #3 below:

3. ☐ THE PRINCIPAL PLACE OF BUSINESS IS IN _____ COUNTY AND A CURRENT FICTITIOUS BUSINESS NAME STATEMENT IS ON FILE AT THE COUNTY CLERK-RECORDER'S OFFICE OF SAID COUNTY

4. This business is owned by: (An asterisk (*) item requires proof of registration with the California Secretary of State's Office)

| ☐ AN INDIVIDUAL | ☐ A GENERAL PARTNERSHIP | ☐ *A LIMITED PARTNERSHIP | ☐ *A LIMITED LIABILITY COMPANY |
|---|---|---|---|
| ☐ AN UNINCORPORATED ASSOCIATION OTHER THAN A PARTNERSHIP | ☐ *A CORPORATION | ☒ A TRUST | ☐ COPARTNERS |
| ☐ MARRIED COUPLE | ☐ JOINT VENTURE | ☐ STATE OR LOCAL REGISTERED DOMESTIC PARTNERS | ☐ *LIMITED LIABILITY PARTNERSHIP |

The name and residence address of the registrant(s) is (are): (DO NOT USE P.O. BOX, PRIVATE MAIL BOX ADDRESSES)
NOTE: General Partnerships, Copartnership, Joint Venture, Limited Liability Partnership, Unincorporated Association, and Limited Partnership - Insert full name and residence address of each General Partner. Trusts - Insert the full name and resident address of each trustee; Limited Liability Company and Corporation - Insert full name and address of Limited Liability Company or Corporation as registered with the California Secretary of State's Office; State or local registered Domestic Partners - Insert full name and residence address of each Domestic Partner. USE THE ADDENDUM PAGE TO LIST ADDITIONAL NAMES AND ADDRESSES

5.
| NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| LILY HELEN KO TRUST Lily Ko Trustee | 200 East San Martin Avenue General Delivery San Martin California | | | [95046-9999] |
| NAME | ADDRESS | CITY | STATE | ZIP |
| | | | | |

6. Registrant began transacting business under the fictitious business name(s) listed above on:
☒ DATE: 10/25/1967   ☐ NOT APPLICABLE

7. This filing is a:
☒ First Filing (Publication Required)
☐ Refile of previous file # _____ (check appropriate box, below)
☐ Refiled prior to expiration or within 40 days past expiration, with NO CHANGES
☐ With changes (Publication Required)
☐ After 40 days of expiration date (Publication Required)
☐ Due to publication requirement not met on previous filing (Publication Required)

I hereby certify that this copy is a correct copy of the original Fictitious Business Name Statement on file in my office.
Regina Alcomendras, Santa Clara County Clerk-Recorder
By _____ . Deputy
Dated: _____ Thu-Oanh Tran

CLERK-RECORDER SEAL

8. I declare that all information in this statement is true and correct. (A registrant who declares as true information which he or she knows to be false is guilty of a crime.)

SIGNED X _____   PRINTED NAME Lily Ko Trustee

If a CORPORATION, LIMITED LIABILITY COMPANY, LIMITED PARTNERSHIP or LIMITED LIABILITY PARTNERSHIP, the following must be completed:

ENTITY NAME _____   TITLE / CAPACITY OF SIGNER _____

ARTICLE / REG # _____ (from CA Sec of State's Office)   ABOVE ENTITY WAS FORMED IN THE STATE OF _____

NOTICE - IN ACCORDANCE WITH SUBDIVISION (a) OF SECTION 17920, A FICTITIOUS BUSINESS NAME STATEMENT GENERALLY EXPIRES AT THE END OF FIVE YEARS FROM THE DATE ON WHICH IT WAS FILED IN THE OFFICE OF THE COUNTY CLERK, EXCEPT, AS PROVIDED IN SUBDIVISION (b) OF SECTION 17920, WHERE IT EXPIRES 40 DAYS AFTER ANY CHANGE IN THE FACTS SET FORTH IN THE STATEMENT PURSUANT TO SECTION 17913 OTHER THAN A CHANGE IN THE RESIDENCE ADDRESS OF A REGISTERED OWNER. A NEW FICTITIOUS BUSINESS NAME STATEMENT MUST BE FILED BEFORE THE EXPIRATION. THE FILING OF THIS STATEMENT DOES NOT OF ITSELF AUTHORIZE THE USE IN THIS STATE OF A FICTITIOUS BUSINESS NAME IN VIOLATION OF THE RIGHTS OF ANOTHER UNDER FEDERAL, STATE, OR COMMON LAW (SEE SECTION 14411 ET SEQ . BUSINESS AND PROFESSIONS CODE)

Rev - 3 - 6/17/2015   ☐ 8246 REV 1/16   SANTA CLARA COUNTY CLERK-RECORDER'S OFFICE: www.clerkrecorder.org

Santa Clara County Clerk-Recorder's Office                    PAGE _2_ OF _2_
Fictitious Business Name Statement Addendum Page
Please use this form to list additional fictitious business names and/or registrant names, and addresses. FORM
MUST BE TYPED OR LEGIBLY COMPLETED USING **BLACK INK** ONLY.

Additional Fictitious Business Names          File#:  614484    2/26/2016

# 2    LILY KO
# 3    JAYA JANE PAGAN KO
# 4    FRANK LEONARDO KO SHARMA
# ___  _____
# ___  _____
# ___  _____
# ___  _____
# ___  _____
# ___  _____
# ___  _____

Additional Registrant Names and Addresses

NAME _____        NAME _____

ADDRESS _____        ADDRESS _____

CITY _____ STATE _____ ZIP _____     CITY _____ STATE _____ ZIP _____


NAME _____        NAME _____

ADDRESS _____        ADDRESS _____

CITY _____ STATE _____ ZIP _____     CITY _____ STATE _____ ZIP _____


NAME _____        NAME _____

ADDRESS _____        ADDRESS _____

CITY _____ STATE _____ ZIP _____     CITY _____ STATE _____ ZIP _____

I hereby certify that this copy is a correct copy of
the original FBN ADDENDUM PAGE
on file in my office.

Regina Alcomendras, Santa Clara County Clerk-Recorder

By _____
                                          Deputy
                   Thu-Oanh Tran

Dated _____

CLERK-RECORDER SEAL

Rev. 2 - 4/08/2015

SANTA CLARA COUNTY CLERK-RECORDER'S OFFICE:  www.clerkrecorder.org

# EXHIBIT 'G'

California Republic  }
                     }ss.
Sonoma County        }

From: Lily-Helen: Ko, beneficiary and heir
to the LILY HELEN KO estate and trust
care of General Delivery
Rohnert Park, California [near 94928]



# DECLARATION FOR NOTICE OF STATUS RE-CONVEYANCE
### Genesis 1:26-30
### Exodus 21:15 & 21:16

**Comes now, i, Ko, Lily-Helen, the living woman and daughter of man,**
**with sound mind at age of majority to handle my own affairs, by my free will intent to settle**
**matters pertaining to Cestui Que Vie Trust identification number: 165560756,**
**attached to the Registered Organization of United States of America**
**Blind Trust file number: A31243717,**
**being its beneficiary and heir – for which i hereby declare the following:**

I.  **Take notice that: i, and my heirs:**
        **Ko Sharma, Frank-Leonardo,** the living man and son of man;
        **Pagan Ko, Jaya-Jane,** the living woman and daughter of man;
  have taken control over the three Dominions (Air, Water, Land) by our express trusts—we are not
  'lost at sea'; instead have secured our trade names and trademarks; and are returned onto land, and
  have secured our superior patents titles—as supported by:
    a)  Docking each Blind Trust and Cestui Que Vie Trust into the county land records; and
    b)  Filing the financial transaction lien on the trust into the Secretary of State records; and
    c)  Conveying the estate to private property in the Social Security Administration records;

I.  **Also take notice that:** i, and my heirs are descendents of Manchurian and Moorish ancestors, from
  the land known as Taiwan, from the tribal clan known as the 'Tayal' people;

II. **Further take notice that:** i, and my heirs are retain dual nationalities—as Taiwan Nationals and as
  American Nationals; and **afforded all the rights and protection as secured under the:**
      **Constitution of California 1849—in particular of note:**
    **Articles I, Sections 1, 2, 4, 6, 7, 8, 9, 10, 11, 12, 15, 16, 18, 19, 21;** and
    **Constitution of the United States of America 1787—in particular of note:**
      **Article IV Section 1, Article VI, Amendments IV, V;**


### FOR THE LILY HELEN KO ESTATE AND TRUST:

1. **Exemplified Authenticated Certificate under the United States of America Department of State**
   *Seal*: recorded on April 11, 2016 at 10:30am at Lamar County, Georgia, on the land record
   Book 58 Page 868; and attached

2. **Exemplified Authenticated Certificate under the United States of America Citizenship and**
   **Immigration Services *Seal*:** recorded on April 11, 2016 at 10:30am at Lamar County, Georgia, on
   the land record Book 58 Page 869; and attached

3. **Exemplified Authenticated Certificate under the United States of America Homeland Security**
   *Seal*: recorded on April 11, 2016 at 10:30am at Lamar County, Georgia, on the land record
   Book 58 Page 870;

4. **Declaration of Acknowledgment and Acceptance to Deed under the living woman *Seal*:**
   recorded at Lamar County, Georgia, on the land record Book 58 Page 883; and attached

5. **California Notary Acknowledgment under the California Notary *Seal*:** recorded at Lamar
   County, Georgia, on the land record Book 58 Page 884;

6. **Declaration of Release under the living woman *Seal*:** recorded at Lamar County, Georgia, on the
   land record Book 58 Pages 889 to 890; and attached

7. **California Notary Acknowledgment under the California Notary *Seal*:** recorded at Lamar
   County, Georgia, on the land record Book 58 Page 891;

### FOR THE FRANK LEONARDO KO SHARMA ESTATE AND TRUST:

8. **Exemplified Authenticated Certificate under the United States of America Department of State Seal:** recorded on April 11, 2016 at 10:30am at Lamar County, Georgia, on the land record Book 58 Page 871; and attached

9. **Exemplified Authenticated Certificate under the California Department of State Seal:** recorded on April 11, 2016 at 10:30am at Lamar County, Georgia, on the land record Book 58 Page 872; and attached

10. **Exemplified Authenticated Certificate under the California Health and Human Services Vital Records Seal:** recorded on April 11, 2016 at 10:30am at Lamar County, Georgia, on the land record Book 58 Page 873;

11. **Declaration of Acknowledgment and Acceptance to Deed under the living woman Seal:** recorded at Lamar County, Georgia, on the land record Book 58 Page 885; and attached

12. **California Notary Acknowledgment under the California Notary Seal:** recorded at Lamar County, Georgia, on the land record Book 58 Page 886;

13. **Declaration of Release under the living woman Seal:** recorded at Lamar County, Georgia, on the land record Book 58 Pages 892 to 893; and attached

14. **California Notary Acknowledgment under the California Notary Seal:** recorded at Lamar County, Georgia, on the land record Book 58 Page 894;

### FOR THE JAYA JANE PAGAN KO ESTATE AND TRUST:

15. **Exemplified Authenticated Certificate under the United States of America Department of State Seal:** recorded on April 11, 2016 at 10:30am at Lamar County, Georgia, on the land record Book 58 Page 874; and attached

16. **Exemplified Authenticated Certificate under the California Department of State Seal:** recorded on April 11, 2016 at 10:30am at Lamar County, Georgia, on the land record Book 58 Page 875; and attached

17. **Exemplified Authenticated Certificate under the California Health and Human Services Vital Records Seal:** recorded on April 11, 2016 at 10:30am at Lamar County, Georgia, on the land record Book 58 Page 876;

18. **Declaration of Acknowledgment and Acceptance to Deed under the living woman Seal:** recorded at Lamar County, Georgia, on the land record Book 58 Page 887; and attached

19. **California Notary Acknowledgment under the California Notary Seal:** recorded at Lamar County, Georgia, on the land record Book 58 Page 888;

20. **Declaration of Release under the living woman Seal:** recorded at Lamar County, Georgia, on the land record Book 58 Pages 895 to 896; and attached

21. **California Notary Acknowledgment under the California Notary Seal:** recorded at Lamar County, Georgia, on the land record Book 58 Page 897;

i, affirm before my Creator, that all herein to be true and correct to the best of my knowledge; By my free will intent, i set my hand and seal to execute this event; my word is my bond; my will be done;

Done in good faith; Given for a patent right;
All rights retained, without prejudice;
in peace;

*20th September 2022*        *by: Lily, beneficiary and he* {seal}

date

by: Lily-Helen: Ko, beneficiary and heir
to the LILY HELEN KO©™ Trust/Estate

# EXHIBIT 'H'

COPY

# United States of America



LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
APR 11 2016 AT 10:30 AM
BPA BOOK 58 PAGES 363
*[signature]*
DEPUTY CLERK

## DEPARTMENT OF STATE

### *To all to whom these presents shall come, Greetings:*

I Certify That the document hereunto annexed is under the Seal of the Department of Homeland Security, Citizenship and Immigration Services, United States of America, and that such Seal is entitled to full faith and credit.*

*For the contents of the annexed document, the Department assumes no responsibility*
*This certificate is not valid if it is removed or altered in any way whatsoever*

Georgia, Lamar County
I hereby certify the within and foregoing to be
a true, correct and complete copy of the original
that appears of record in this office.
This 11th day of April, 2016
*[signature]*
Deputy Clerk, Lamar Superior Court

In testimony whereof, I, John F. Kerry, Secretary of State , have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this twenty-sixth day of February, 2016.

*Issued pursuant to CHXIV, State of Sept. 15, 1789, 1 Stat. 68-69; 22 USC 2657; 22USC 2651a; 5 USC 301; 28 USC 1733 et. seq.; 8 USC 1443(f); RULE 44 Federal Rules of Civil Procedure.*

*[signature]* Secretary of State

By *[signature]*

Assistant Authentication Officer,
Department of State

COPY

Security
igration Services

**G-24, Certification of Documents**

# United States of America

Department of Homeland Security

U.S. Citizenship and Immigration Services

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
APR 11 2016 AT 10:30 AM
BPA BOOK _____ 58 PAGES 867

DEPUTY CLERK _____

02/12/2016
Date (mm/dd/yyyy)

## Certification of Documents

(Originals or Copies thereof)

**BY VIRTUE OF** the authority vested in me by Title 8, Code of Federal Regulations, Part 103 of the Immigration and Nationality Act, and Title IV, Subtitle E, Sec. 451 and Sec. 456 of the Homeland Security Act of 2002,

**I HEREBY CERTIFY** that the annexed documents are originals, or copies thereof, from the records of U.S. Citizenship and Immigration Service, Department of Homeland Security, which the Secretary is the legal custodian by virtue of Section 103 of the Immigration and Nationality Act. These documents relate to:

Subject:  Lily Helen Ko

Also known as (aka):

File and/or Certificate Number:  A#: 031243717 / DA#: 00606804

(Signature of Authorized Person)

A.Vu Immigration Services Officer

(Print-Name and Title of Authorized Person)

(Print-Name and Title of Authorized Person)

Form G-24 (Rev. 03/10/06) Y

# THE UNITED STATES OF AMERICA

## CERTIFICATE OF CITIZENSHIP

No. A-606804

·ORIGINAL·

Application No. A31 243 717

Personal description of holder as of date of issuance of this certificate. Sex _Female_ date of birth _October 25, 1967_ country of birth _Taiwan_ complexion _Medium_ color of eyes _Brown_ color of hair _Brown_ height _4_ feet _2_ inches; weight _55_ pounds; visible distinctive marks _None_ Marital status _Single_

I certify that the description above given is true, and that the photograph affixed hereto is a likeness of me.

*Lily Helen Ko — by Milton Mochiko, father*
(Complete and true signature of holder)



Seal

Be it known that **LILY HELEN KO**
now residing at _2307 Snohomish Avenue, Richland, Washington 99352_
having applied to the Commissioner of Immigration and Naturalization for a certificate of citizenship pursuant to Section 341 of the Immigration and Nationality Act having proved to the satisfaction of the Commissioner that (s)he is now a citizen of the United States of America became a citizen thereon _November 19, 1976_ and is now in the United States.

Now Therefore, in pursuance of the authority contained in Section 341 of the Immigration and Nationality Act this certificate of citizenship is issued this _Sixteenth_ day of _March_ in the year of our Lord nineteen hundred and _Seventy-eight_ and the seal of the Department of Justice affixed pursuant to statute.

*Leonel J. Castillo*

COMMISSIONER OF IMMIGRATION AND NATURALIZATION

IS PUNISHABLE BY U. S. LAW TO COPY, OR PHOTOGRAPH THIS CERTIFICATE.

## DEPARTMENT OF JUSTICE

COPY

LAMAR COUNTY, GA SUPERIOR COURT
FILED & RECORDED IN CLERKS OFFICE
APR 11 2016 AT 10:30 A.M.
BPA BOOK 58 PAGES 570
DEPUTY CLERK

COPY





LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
APR 11 2016 AT 10:30A M
BPA BOOK _____ 58 _____ PAGES 880
DEPUTY CLERK

)
)
)

### For Declaration in the Nature of an Affidavit:
### the Notice Executing Deed to Certificate Title by Acknowledgement and Acceptance
### Without Consideration—Nunc Pro Tunc Ab Initio

TO:      STATE OF WASHINGTON, grantor/issuer/transferor/assignor
            UNITED STATES OF AMERICA, grantor/issuer/transferor/assignor

IN RE:   LILY HELEN KO, STATE OF WASHINGTON CERTIFICATION OF NATURALIZATION
            STATE FILE NUMBER A-606804

FROM:  Lily-Helen: family Ko transferee/assignee/grantee, "Grantee"

BE IT KNOWN to all persons and men worldwide, and to the Grantors:

That i am living woman; Lily-Helen: family Ko grantee/assignee/transferee herein, with intent and purpose, freewill act and deed execute this deed by my acknowledgement and acceptance nunc pro tunc ab initio without consideration for the above-referenced CERTIFICATION OF NATURALIZATION regarding LILY HELEN KO (see Exhibit 1A attached herewith) under the terms of the deed.

Grantee requires that the record on file in a court of record be updated to show my acknowledgement and acceptance without consideration of said deed. This record replaces the previously filed said acknowledgements on record with any public record custodian.

Done by my hand and seal with intent, special purpose, freewill act and deed.

That i am living woman; Lily-Helen: family Ko, of lawful age and being first duly affirm, depose and state that i am familiar with the facts recited, and the party named in said naturalization certificate is the same party as one of the owners named in said certificate of title for the following:

LILY HELEN KO

                                  *without prejudice*
                                  *without United States*
                                  *by i lily-helen: Ko*

#### Georgia, Lamar County
I hereby certify the within and foregoing to be a true, correct and complete copy of the original that appears of record in this office.

This 11ᵗʰ day of APRIL , 20 16

_W. Patterson_
_United States of America)_
Deputy Clerk, Lamar Superior Court

by: Lily-Helen: family Ko, autograph, copy-claim, under reserve
c/o General Delivery
Rural Route 95046
San Martin, California [95046-9999]

### Acknowledgement

State of Washington    ) s.a.
County of King        )

Before Me, on this day Lily-Helen: family Ko, known to me to be the living woman described herein, made a restricted visitation and solemnly affirmed under the Law of God and the Maxims of Equity that every statement given above is the whole truth to the best of her knowledge.

Subscribed and Affirmed before me on this ___7___ day of __April__ , 2016

_Rigoberto Perez_ Notary Public

My commission expires: _10/15/19_ [seal]

1 of 3

by: Lily-Helen: Ko
copy-claim

COPY

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
APR 11 2016 AT 10:30 A M
BPA BOOK 58 PAGES 384
DEPUTY CLERK

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**  CIVIL CODE § 1189

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California )
County of _____ Santa Clara _____ )

On 7 April 2016 before me, Rigoberto Perez , Notary Public ,
Date Here Insert Name and Title of the Officer
personally appeared Lily Helen Ko
Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

RIGOBERTO PEREZ
Commission # 2130224
Notary Public - California
Santa Clara County
My Comm. Expires Oct 15, 2019

Signature _____
Signature of Notary Public

Place Notary Seal Above

——————— OPTIONAL ———————
Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

**Description of Attached Document**
Title or Type of Document: Affidavit   Document Date: 4/7/16
Number of Pages: 3   Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

| | |
|---|---|
| Signer's Name: same as above | Signer's Name: _____ |
| ☐ Corporate Officer — Title(s): _____ | ☐ Corporate Officer — Title(s): _____ |
| ☐ Partner — ☐ Limited ☐ General | ☐ Partner — ☐ Limited ☐ General |
| ☒ Individual   ☐ Attorney in Fact | ☐ Individual   ☐ Attorney in Fact |
| ☐ Trustee   ☐ Guardian or Conservator | ☐ Trustee   ☐ Guardian or Conservator |
| ☐ Other: _____ | ☐ Other: _____ |
| Signer Is Representing: _____ | Signer Is Representing: _____ |

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5907

COPY





LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
APR 11 2016    AT  10:30 AM
BPA BOOK ___ 58 ___ PAGES 559
_____
DEPUTY CLERK

)
)
)
)

### For Declaration in the Nature of an Affidavit:
### the Release Without Consideration—Nunc Pro Tunc Ab Initio

TO:     STATE OF WASHINGTON, Releasee/Obligor
        UNITED STATES OF AMERICA, Releasee/Obligor

IN RE:  Public U.S. Citizen 'LILY HELEN KO', 'LILY H. KO', 'Lily Helen Ko', 'KO, LILY HELEN', 'LILY KO', all other derivative spelling(s) in reference to LILY HELEN KO, STATE OF WASHINGTON CERTIFICATION OF NATURALIZATION STATE FILE NUMBER A-606804

FROM:   Lily-Helen: family Ko in personam, and in esse, Releasor/Obligee

Resolved that i am living woman; Lily-Helen: family Ko in esse, and in personam, of the age of majority, competent and able to release, and now coming with express intent and purpose, being duly affirmed, hereby depose, certify and declare:

That i am living woman; Lily-Helen, expressly intend no longer to be Surety for the State-created, Public U.S. Citizen 'LILY HELEN KO' including all other derivative spelling(s), combined given and family name(s) 'Lily Ko', combined given with middle and family name(s) 'Lily Helen Ko' or any derivative of said commercial NAME and nom de guerre thereof;

That i am living woman; Lily-Helen, expressly intend to irrevocably terminate the guardian/ward legal relation but reserve all personal property rights, legal and equitable by nature or by characteristic, granted or secured by The Constitution of the United States of America, The Constitution of the State of WASHINGTON, the historic fundamental rights of American Equity Jurisprudence under the principles and Maxims of Equity and trust law where I am without any adequate remedy at Law and "in all matters in which there is any conflict or variance between the rules of equity and the rules of common law with reference to the same matter, the rules of Equity shall prevail" (Judicature Act of 1873);

That i am living woman; Lily-Helen, presently a surety "U.S. citizen" and therefore a statutory resident of the State of WASHINGTON, expressly intend, upon the filing of this Release, to return to my former natural born Citizen status conferred at my natural birth on October 28, 1967, that status being a private individual National Citizen of the United States of America, conferred by Section 1 of the Fourteenth Amendment to the Constitution of the United States of America and further defined in Hale v. Henkel, 201 US 43, 74 (1906) and Selective Draft Law Cases, 245 U.S. 366, 389 (1918);

KNOW ALL MEN BY THESE PRESENTS, That i am living woman; Lily-Helen, do absolutely and irrevocably release and disclaim Nunc Pro Tunc Ab Initio all personal property interests, legal and equitable, in the Public U.S. Citizen "LILY HELEN KO", created by the STATE OF WASHINGTON and the UNITED STATES OF AMERICA (severally and jointly hereinafter referred to as RELEASEES) on November 19, 1976, upon the public filing of a "CERTIFICATE OF NATURALIZATION" (Exhibit 1A);

That i am living woman; Lily-Helen, absolutely release and disclaim said property interests so as to limit the RELEASEES in whose favor said property interests would otherwise be exercisable, hereby discharging said RELEASEES of all duties and obligations relating to said interests effective immediately;

Georgia, Lamar County
I hereby certify the within and foregoing to be a true, correct and complete copy of the original that appears of record in this office.
This 11th day of April, 2016
_____
Deputy Clerk Superior Court

2 of 3                                          by: Lily-Helen: Ko
                                                    copy-claim

COPY

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
APR 11 2016 AT 10:30 AM
BPA BOOK _____ 58 PAGES 890
_____
DEPUTY CLERK

That i am living woman; Lily-Helen, upon returning to my former status defined above, intend to be identified as a beneficial member of the Posterity for whom The Constitution of the United States of America was ordained and established as intended and declared in its Preamble by its sovereign creator, "We the People of the United States of America;"

That i am living woman; Lily-Helen, reserve all personal and property rights, legal and equitable by nature, granted or secured by The Constitution of the United States of America, The Constitution of the State of WASHINGTON and the historic American Equity Jurisprudence and intend to be legally bound by this Release executed and delivered in accordance with the spirit and intent of the Maxims of the Law of Contract and the Maxims of Equity;

That i am living woman; Lily-Helen, in returning to my former status defined above upon the filing of this Release with a third party public office and no longer deemed a "rebel, belligerent or enemy" of the UNITED STATES OF AMERICA during its permanent state of "temporary" national emergency and war, expressly intend to claim a purely beneficial interest by nature to all property, including "money," for the use and enjoyment of the Protective/Spendthrift trust established by Congress with the consent of President Woodrow Wilson on October 6, 1917, for an "enemy" of the United States, (the elements of which trust are articulated in the Act "Trading With the Enemy Act" amended by the "Emergency Banking Relief Act" on March 9, 1933, the Act subsequently applying to "any person within the United States" . . . "subject to the jurisdiction thereof"), said Protective/Spendthrift trust being under the care of the President as Commander in chief, with the powers of the former Alien Property Custodian presently vested in and exercised by the Secretary of the Treasury.

Maxim: "Equity regards as done that which ought to have been done."

The public filing of this Release renders null and void any previous Release filed with any state-created public office serving as a third party custodian record keeper.

IN WITNESS whereof I have hereunto set my Hand and Seal, this ___7th___ Day of ___April___ in the year of our Lord Two Thousand Sixteen.

*without prejudice*
*without United States*
*by: lily-helen: Ko*
_____
by: Lily-Helen: family Ko, autograph
copy-claim, under reserve
c/o General Delivery
Rural Route 95046
San Martin, California [95046-9999]

### Acknowledgement

United States of America )
State of Washington        ) s.a.
County of King               )

Before Me, on this day Lily-Helen: family Ko, known to me to be the living woman described herein, made a restricted visitation and solemnly affirmed under the Law of God and the Maxims of Equity that every statement given above is the whole truth to the best of her knowledge.

Subscribed and Affirmed before me on this ___ ___ day of _____, 2016
_____ Notary Public

My commission expires: _____ [seal]

COPY

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
APR 11 2016 AT 10:30 A M
BPA BOOK 58 PAGES 891
DEPUTY CLERK

## CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California )

County of _____ Santa Clara _____ )

On 7 April 2016 before me, Rigoberto Perez , Notary Public,

*Date*   *Here Insert Name and Title of the Officer*

personally appeared Lily Helen Ko

*Name(s) of Signer(s)*

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

RIGOBERTO PEREZ
Commission # 2130224
Notary Public - California
Santa Clara County
My Comm. Expires Oct 15, 2019

Signature _____

*Signature of Notary Public*

*Place Notary Seal Above*

─────────── **OPTIONAL** ───────────

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: Affidavit   Document Date: 4/7/16

Number of Pages: 3   Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: Same as above   Signer's Name: _____
☐ Corporate Officer — Title(s): _____   ☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General   ☐ Partner — ☐ Limited ☐ General
☒ Individual   ☐ Attorney in Fact   ☐ Individual   ☐ Attorney in Fact
☐ Trustee   ☐ Guardian or Conservator   ☐ Trustee   ☐ Guardian or Conservator
☐ Other: _____   ☐ Other: _____
Signer Is Representing: _____   Signer Is Representing: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5907



# United States of America



COPY

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
APR 11 2016 AT 10:30 AM
BPA BOOK ____ 58 ____ PAGES 871
_____
DEPUTY CLERK

## DEPARTMENT OF STATE

### *To all to whom these presents shall come, Greetings:*

I Certify That the document hereunto annexed is under the Seal of the State(s) of California, and that such Seal(s) is/are entitled to full faith and credit.*

*For the contents of the annexed document,the Department assumes no responsibility*
*This certificate is not valid if it is removed or altered in any way whatsoever*

Georgia, Lamar County
I hereby certify the within and foregoing to be
a true, correct and complete copy of the original
that appears of record in this office.
This __11th__ day of __APRIL__, 20 __16__
_____
Deputy Clerk, Lamar Superior Court

In testimony whereof, I, John F. Kerry, Secretary of State , have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this eleventh day of March, 2016.

*Issued pursuant to CHXIV. State of Sept. 15. 1789. 1 Stat. 68-59: 22 USC 2657: 22USC 2651a; 5 USC 301: 28 USC 1733 et. seq.: 8 USC 1443(f); RULE 44 Federal Rules of Civil Procedure.*

_____ Secretary of State

By _____
Assistant Authentication Officer,
Department of State



COPY

# State of California

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
APR 11 2016 AT 10:50 A M
BPA BOOK 58 PAGES 872
DEPUTY CLERK

## SECRETARY OF STATE

I, ALEX PADILLA, Secretary of State of the State of California, hereby certify:

That, Regina Alcomendras whose name appears on the annexed certificate, was on February 29, 2016, the duly qualified and acting County Clerk-Recorder of the County of Santa Clara, in said State.

That the seal affixed thereto is the seal of said County; that the signature thereon appears to be the signature of Regina Alcomendras and that the annexed certificate is in due form and by proper officer.

In Witness Whereof, I execute this certificate and affix the Great Seal of the State of California this 2nd day of March 2016.

Secretary of State

BY

NP 24 A (REV. 1-07)                                    OSP 12 128262

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY of SANTA CLARA
### SAN JOSE, CALIFORNIA



COPY

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
APR 11 2016 AT 10:804 M
BPA BOOK ___58___ PAGES 815

DEPUTY CLERK _____

### CERTIFICATE OF LIVE BIRTH
### STATE OF CALIFORNIA
USE BLACK INK ONLY

L200143020048

| | | | | LOCAL REGISTRATION DISTRICT AND CERTIFICATE NUMBER |
|---|---|---|---|---|
| STATE FILE NUMBER | | | | |
| **THIS CHILD** | 1A NAME OF CHILD – FIRST (GIVEN) FRANK | 1B MIDDLE LEONARDO | 1C LAST (FAMILY) KO SHARMA | |
| | 2 SEX MALE | 3 THIS BIRTH SINGLE-TWIN ETC SINGLE | 3B IF MULTIPLE THIS CHILD 1ST 2ND ETC | 4A DATE OF BIRTH MMDDCCYY 08/16/2001 | 4B HOUR – (24 HOUR CLOCK TIME) 0810 |
| **PLACE OF BIRTH** | 5A PLACE OF BIRTH NAME OF HOSPITAL OR FACILITY COLUMBIA GOOD SAMARITAN HOSPITAL | 5B STREET ADDRESS – STREET, NUMBER, OR LOCATION 2425 SAMARITAN DR. | | |
| | 5C CITY SAN JOSE | 5D COUNTY SANTA CLARA | 5E PLANNED PLACE OF BIRTH HOSPITAL | |
| **FATHER OF CHILD** | 6A NAME OF FATHER – FIRST (GIVEN) – | 6B MIDDLE – | 6C LAST (FAMILY) – | 7 STATE OF BIRTH – | 8 DATE OF BIRTH |
| **MOTHER OF CHILD** | 9A NAME OF MOTHER – FIRST (GIVEN) LILY | 9B MIDDLE HELEN | 9C LAST (MAIDEN) KO | 10 STATE OF BIRTH TAIWAN | 11 DATE OF BIRTH 10/25/1967 |
| **INFORMANT CERTIFICATION** | I CERTIFY THAT I HAVE REVIEWED THE INFORMATION AND THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE | 12A PARENT OR OTHER INFORMANT – SIGNATURE | | 12B RELATIONSHIP TO CHILD MOTHER | 12C DATE SIGNED 08/17/2001 |
| **CERTIFICATION OF BIRTH** | I CERTIFY THAT THE CHILD WAS BORN ALIVE AT THE DATE HOUR AND PLACE STATED | 13A ATTENDANT OR CERTIFIER – SIGNATURE – DEGREE OR TITLE | | 13B LICENSE NUMBER A062240 | 13C DATE SIGNED 08/17/2001 |
| | 13D TYPED NAME, TITLE AND MAILING ADDRESS OF ATTENDANT C E RSIMNITZ, MD, 15151 NATIONAL AVE, LOS GATOS | | | 14 TYPED NAME AND TITLE OF CERTIFIER IF OTHER THAN ATTENDANT L. ANDRADE, BIRTH RECORDER | |
| **LOCAL REGISTRAR** | 25A DATE OF DEATH | 15B STATE FILE NO STATE USE ONLY | 16 LOCAL REGISTRAR – SIGNATURE | 17 DATE ACCEPTED FOR REGISTRATION 08/25/2001 | |





**CERTIFIED COPY OF VITAL RECORDS**
STATE OF CALIFORNIA, COUNTY OF SANTA CLARA
This is a true and exact reproduction of the document
officially registered and placed on file in the Office of the
Santa Clara County Clerk-Recorder.

REGINA ALCOMENDRAS,
COUNTY CLERK-RECORDER

DATE ISSUED   FEB 2 9 2016

This copy is not valid unless prepared on an engraved border, displaying the date, seal and signature of the County Clerk.

*R0017659585*

COPY





LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
APR 11 2016 AT 10:30 A M
BPA BOOK ___ 58 ___ PAGES 885
_____
DEPUTY CLERK

)
)
)
)

**For Declaration in the Nature of an Affidavit:**
**the Notice Executing Deed to Certificate Title by Acknowledgement and Acceptance**
**Without Consideration—Nunc Pro Tunc Ab Initio**

TO:     STATE OF CALIFORNIA, grantor/issuer/transferor/assignor
        UNITED STATES OF AMERICA, grantor/issuer/transferor/assignor

IN RE:  FRANK LEONARDO KO SHARMA, STATE OF CALIFORNIA CERTIFICATION OF BIRTH
        STATE FILE NUMBER 1200143020048

FROM:   Mother Lily-Helen: family Ko for Frank-Leonardo: Sharma-Ko transferee/assignee/
        grantee, "Grantee"

BE IT KNOWN to all persons and men worldwide, and to the Grantors:

That i am living woman; mother Lily-Helen: family Ko for Frank-Leonardo: Sharma-Ko
grantee/assignee/transferee herein, with intent and purpose, freewill act and deed execute
this deed by my acknowledgement and acceptance nunc pro tunc ab initio without
consideration for the above-referenced CERTIFICATION OF BIRTH regarding FRANK
LEONARDO KO SHARMA (see Exhibit 1A attached herewith) under the terms of the deed.

Grantee requires that the record on file in a court of record be updated to show my
acknowledgement and acceptance without consideration of said deed. This record replaces
the previously filed said acknowledgements on record with any public record custodian.

Done by my hand and seal with intent, special purpose, freewill act and deed.

That i am living woman; Lily-Helen: family Ko, of lawful age and being first duly affirm,
depose and state that i am familiar with the facts recited, and the party named in said birth
certificate is the same party as one of the owners named in said certificate of title for the
following:

FRANK LEONARDO KO SHARMA          without prejudice
                                  without United States
                                  by: lily-helen: ko

**Georgia, Lamar County**          by: Lily-Helen: family Ko, autograph
I hereby certify the within and foregoing to be    for: Frank-Leonardo: Ko-Sharma,
a true, correct and complete copy of the original   copy-claim, under reserve
that appears of record in this office.              c/o General Delivery
                                                    Rural Route 95046
This __11th__ day of __APRIL__, 20 16               San Martin, California [95046-9999]
_____

_____
Deputy Clerk, Lamar Superior Court      **Acknowledgement**
United States of America     )
STATE OF CALIFORNIA          )  s.a.
County of Santa Clara        )
Before Me, on this day Lily-Helen: family Ko, known to me to be the living woman described herein,
made a restricted visitation and solemnly affirmed under the Law of God and the Maxims of Equity
that every statement given above is the whole truth to the best of her knowledge.

Subscribed and Affirmed before me on this _____ 7 day of __April_____, 2016
Rigoberto Perez, Notary Public
My commission expires: _10|15|19_ [seal]

1 of 3                                      by: Lily-Helen: Ko
                                  for : Frank-Leonardo: Sharma-Ko copy-claim

COPY

LAMAR COUNTY, GA. SUPERIOR COURT.
FILED & RECORDED IN CLERK'S OFFICE
APR 11 2016   AT 10:30 A M
BPA BOOK ___58___   PAGES 886
DEPUTY CLERK

## CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

CIVIL CODE § 1189

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California )

County of ____Santa Clara____ )

On _7 April 2016_ before me, _Rigoberto Perez_, Notary Public
          *Date*                               *Here Insert Name and Title of the Officer*

personally appeared _____Lily Helen Ko_____
                          *Name(s) of Signer(s)*

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
          *Signature of Notary Public*

RIGOBERTO PEREZ
Commission # 2130224
Notary Public - California
Santa Clara County
My Comm. Expires Oct 15, 2019

*Place Notary Seal Above*

─────────────── **OPTIONAL** ───────────────
*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: _Affidavit_____   Document Date: _4/7/16_
Number of Pages: __3__   Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**
Signer's Name: _Same as above_         Signer's Name: _____
☐ Corporate Officer — Title(s): _____   ☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General         ☐ Partner — ☐ Limited ☐ General
☒ Individual    ☐ Attorney in Fact        ☐ Individual    ☐ Attorney in Fact
☐ Trustee    ☐ Guardian or Conservator   ☐ Trustee    ☐ Guardian or Conservator
☐ Other: _____              ☐ Other: _____
Signer Is Representing: _____     Signer Is Representing: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5907



COPY

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
APR 11 2016    AT  10:30 A .M
BPA BOOK    ·  55   PAGES 892
~~~
DEPUTY CLERK



)
)
)
)

**For Declaration in the Nature of an Affidavit:**
**the Release Without Consideration—Nunc Pro Tunc Ab Initio**

TO:    STATE OF CALIFORNIA, Releasee/Obligor
       UNITED STATES OF AMERICA, Releasee/Obligor

IN RE:   Public U.S. Citizen 'FRANK LEONARDO KO SHARMA', 'FRANK L. KO',
         'Frank Leonardo Ko Sharma', 'KO, FRANK LEONARDO', 'FRANK KO SHARMA', all
         other derivative spelling(s) in reference to FRANK LEONARDO KO SHARMA

FROM:    Mother Lily-Helen: family Ko for Frank-Leonardo: Sharma-Ko in personam, and in
         esse, Releasor/Obligee

Resolved that i am living woman; mother Lily-Helen: family Ko for son Frank-Leonardo:
Sharma-Kko in esse, and in personam, of the age of majority, competent and able to release,
and now coming with express intent and purpose, being duly affirmed, hereby depose, certify
and declare:

That i am living man; Frank-Leonardo, expressly intend no longer to be Surety for the State-
created, Public U.S. Citizen 'FRANK LEONARDO KO SHARMA' including all other derivative
spellilng(s), combined given and family name(s) 'Lily Ko', combined given with middle and
family name(s) 'Lily Helen Ko' or any derivative of said commercial NAME and nom de guerre
thereof;

That i am living man; Frank-Leonardo, expressly intend to irrevocably terminate the
guardian/ward legal relation but reserve all personal property rights, legal and equitable by
nature or by characteristic, granted or secured by The Constitution of the United States of
America, The Constitution of the STATE OF CALIFORNIA, the historic fundamental rights of
American Equity Jurisprudence under the principles and Maxims of Equity and trust law
where I am without any adequate remedy at Law and "in all matters in which there is any
conflict or variance between the rules of equity and the rules of common law with reference
to the same matter, the rules of Equity shall prevail" (Judicature Act of 1873);

That i am living man; Frank-Leonardo, presently a surety "U.S. citizen" and therefore a
statutory resident of the STATE OF CALIFORNIA, expressly intend, upon the filing of this
Release, to return to my former natural born Citizen status conferred at my natural birth on
October 25, 1967, that status being a private individual National Citizen of the United States
of America conferred by Section 1 of the Fourteenth Amendment to the Constitution of the
United States of America and further defined in Hale v. Henkel, 201 US 43, 74 (1906) and in
Selective Draft Law Cases, 245 U.S. 366, 389 (1918);

KNOW ALL MEN BY THESE PRESENTS, That i am living man; Frank-Leonardo, do absolutely
and irrevocably release and disclaim Nunc Pro Tunc Ab Initio all personal property interests,
legal and equitable, in the Public U.S. Citizen "LILY HELEN KO", created by the STATE OF
CALIFORNIA and the UNITED STATES OF AMERICA (severally and jointly hereinafter
referred to as RELEASEES) on November 19, 1976, upon the public filing of a "CERTIFICATE
OF NATURALIZATION" (Exhibit 1A);

That i am living man; Frank-Leonardo, absolutely release and disclaim said property interests
so as to limit the RELEASEES in whose favor said property interests would otherwise be
exercisable, hereby discharging said RELEASEES of all duties and obligations relating to said

Georgia, Lamar County
I hereby certify the within and foregoing to be
a true, correct and complete copy of the original
that appears of record in this office.

This __11__ day of __Apr__, 20 _16_
Deputy Clerk Lamar Superior Court

**2 of 3**

by: Lily-Helen: Ko
for : Frank-Leonardo: Sharma-Ko copy-claim

COPY



LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
APR 11 2016 AT 10:30 A M
BPA BOOK _____ 58 PAGES 595
DEPUTY CLERK

interests effective immediately;

That i am living man; Frank-Leonardo, upon returning to my former status defined above, intend to be identified as a beneficial member of the Posterity for whom The Constitution of the United States of America was ordained and established as intended and declared in its Preamble by its sovereign creator, "We the People of the United States of America;"

That i am living man; Frank-Leonardo, reserve all personal and property rights, legal and equitable by nature, granted or secured by The Constitution of the United States of America, The Constitution of the STATE OF CALIFORNIA and the historic American Equity Jurisprudence and intend to be legally bound by this Release executed and delivered in accordance with the spirit and intent of the Maxims of the Law of Contract and the Maxims of Equity;

That i am living man; Frank-Leonardo, in returning to my former status defined above upon the filing of this Release with a third party public office and no longer deemed a "rebel, belligerent or enemy" of the UNITED STATES OF AMERICA during its permanent state of "temporary" national emergency and war, expressly intend to claim a purely beneficial interest by nature to all property, including "money," for the use and enjoyment of the Protective/Spendthrift trust established by Congress with the consent of President Woodrow Wilson on October 6, 1917, for an "enemy" of the United States, (the elements of which trust are articulated in the Act "Trading With the Enemy Act" amended by the "Emergency Banking Relief Act" on March 9, 1933, the Act subsequently applying to "any person within the United States" . . . "subject to the jurisdiction thereof"), said Protective/Spendthrift trust being under the care of the President as Commander in chief, with the powers of the former Alien Property Custodian presently vested in and exercised by the Secretary of the Treasury.

Maxim: "Equity regards as done that which ought to have been done."

The public filing of this Release renders null and void any previous Release filed with any state-created public office serving as a third party custodian record keeper.

IN WITNESS whereof I have hereunto set my Hand and Seal, this ___7th___ Day of ___April___ in the year of our Lord Two Thousand Sixteen.

*without prejudice*
*without United States*

___by: lily-helen: Ko___
by: Lily-Helen: family Ko, autograph
for: Frank-Leonardo: Ko-Sharma,
copy-claim, under reserve
c/o General Delivery
Rural Route 95046
San Martin, California [95046-9999]

[Seal]

## Acknowledgement

United States of America )
STATE OF CALIFORNIA        ) s.a.
County of King             )
Before Me, on this day Lily-Helen: family Ko, known to me to be the living woman described herein, made a restricted visitation and solemnly affirmed under the Law of God and the Maxims of Equity that every statement given above is the whole truth to the best of her knowledge.

Subscribed and Affirmed before me on this ___7___ day of ___April___, 2016
___Roberto Perez___ Notary Public

My commission expires: __10|15|19__ [seal]

3 of 3

by: Lily-Helen: Ko
for : Frank-Leonardo: Sharma-Ko copy-claim

COPY

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
AT ___10:30 AM___
BPA BOOK ___58___ PAGES ___894___
DEPUTY CLERK

## CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

**CIVIL CODE § 1189**

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California      )

County of ___Santa Clara___ )

On ___7 April 2016___ before me, ___Rigoberto Perez___, Notary Public,
    *Date*                      *Here Insert Name and Title of the Officer*

personally appeared ___Lily Helen Ko___
                                  *Name(s) of Signer(s)*

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

**RIGOBERTO PEREZ**
Commission # 2130224
Notary Public - California
Santa Clara County
My Comm. Expires Oct 15, 2019

Signature _____
                *Signature of Notary Public*

*Place Notary Seal Above*

──────── **OPTIONAL** ────────
*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: ___Affidavit___ Document Date: ___4/7/16___
Number of Pages: ___3___ Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

| | |
|---|---|
| Signer's Name: ___Same as above___ | Signer's Name: _____ |
| ☐ Corporate Officer — Title(s): _____ | ☐ Corporate Officer — Title(s): _____ |
| ☐ Partner — ☐ Limited ☐ General | ☐ Partner — ☐ Limited ☐ General |
| ☒ Individual     ☐ Attorney in Fact | ☐ Individual     ☐ Attorney in Fact |
| ☐ Trustee     ☐ Guardian or Conservator | ☐ Trustee     ☐ Guardian or Conservator |
| ☐ Other: _____ | ☐ Other: _____ |
| Signer Is Representing: _____ | Signer Is Representing: _____ |

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5907

16023784-2



# United States of America ~~COPY~~



LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
APR 11 2016 AT 10:30 AM
BPA BOOK ____ 55 ____ PAGES 574
_____
DEPUTY CLERK

## DEPARTMENT OF STATE

### *To all to whom these presents shall come, Greetings:*

I Certify That the document hereunto annexed is under the Seal of the State(s) of California, and that such Seal(s) is/are entitled to full faith and credit.*

*For the contents of the annexed document, the Department assumes no responsibility
This certificate is not valid if it is removed or altered in any way whatsoever

Georgia, Lamar County
I hereby certify the within and foregoing to be
a true, correct and complete copy of the original
that appears of record in this office.
This 11th day of APRIL, 2016
_____
Deputy Clerk, Lamar Superior Court

in testimony whereof, I, John F. Kerry, Secretary of State , have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this eleventh day of March, 2016.

*Issued pursuant to CHXIV. State of Sept. 15, 1789, 1 Stat. 68-69; 22 USC 2657; 22USC 2651a; 5 USC 301; 28 USC 1733 et. seq.; 8 USC 1443(f); RULE 44 Federal Rules of Civil Procedure.*

_____ Secretary of State

By _____

Assistant Authentication Officer,
Department of State

COPY



# State of California

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
APR 11 2016 AT 10:30 A M
BPA BOOK _____ 58 _____ PAGES 879
DEPUTY CLERK

## SECRETARY OF STATE

I, ALEX PADILLA, Secretary of State of the State of California, hereby certify:

That, Sean Saldavia whose name appears on the annexed certificate, was on November 04, 2009, the duly qualified and acting County Recorder of the County of Santa Cruz, in said State.

That the seal affixed thereto is the seal of said County; that the signature thereon appears to be the signature of Sean Saldavia and that the annexed certificate is in due form and by proper officer.

In Witness Whereof, I execute this certificate and affix the Great Seal of the State of California this 29th day of February 2016.



Secretary of State

BY

NP-24 A (REV 1-07)                                    OSP 12 128282

CERTIFICATION OF VITAL RECORD

# COUNTY OF SANTA CRUZ
### SANTA CRUZ, CALIFORNIA

COPY

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
APR 11 2010 AT 10:304 M
BPA BOOK 58 PAGES 376

DEPUTY CLERK

### CERTIFICATE OF LIVE BIRTH
### STATE OF CALIFORNIA
### USE BLACK INK ONLY

1200744000472

| | | | |
|---|---|---|---|
| 1A. NAME OF CHILD - FIRST JAYA | 1B. MIDDLE JANE PAGAN | 1C. LAST KO | |
| 2. SEX FEMALE | 3A. THIS BIRTH, SINGLE, TWIN, ETC. SINGLE | 3B. IF MULTIPLE, THIS CHILD 1ST, 2ND, ETC. | 4A. DATE OF BIRTH MM/DD/CCYY 02/27/2007 | 4B. HOUR - 24 HOUR CLOCK TIME 2322 |
| 5A. PLACE OF BIRTH - NAME OF HOSPITAL OR FACILITY SUTTER MATERNITY & SURG CTR | 5B. STREET ADDRESS - STREET AND NUMBER, OR LOCATION 2900 CHANTICLEER AVE | | |
| 5C. CITY SANTA CRUZ | 5D. COUNTY SANTA CRUZ | | |
| 6A. NAME OF FATHER/PARENT - FIRST | 6B. MIDDLE | 6C. LAST | 7. BIRTHPLACE - STATE/COUNTRY CA | 8. DATE OF BIRTH - MM/DD/CCYY |
| 9A. NAME OF MOTHER/PARENT - FIRST LILY | 9B. MIDDLE HELEN | 9C. LAST - BIRTH NAME KO | 10. BIRTHPLACE - STATE/COUNTRY TAIWAN | 11. DATE OF BIRTH - MM/DD/CCYY 10/25/1967 |
| I CERTIFY THAT I HAVE REVIEWED THE STATED INFORMATION AND THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE. | 12A. PARENT OR OTHER INFORMANT - SIGNATURE | 12B. RELATIONSHIP TO CHILD MOTHER | 12C. DATE SIGNED - MM/DD/CCYY 03/01/2007 |
| I CERTIFY THAT THE CHILD WAS BORN ALIVE AT THE DATE, HOUR, AND PLACE STATED. | 13A. ATTENDANT CERTIFIER - SIGNATURE AND DEGREE OR TITLE | 13B. LICENSE NUMBER NMW1712 | 13C. DATE SIGNED - MM/DD/CCYY 03/01/2007 |
| | 14. TYPED NAME AND TITLE OF CERTIFIER IF OTHER THAN ATTENDANT | | |
| 15A. TYPED NAME, TITLE AND MAILING ADDRESS OF ATTENDAN NATALIE MARTINA, CNM, 1595 SOQUEL DRIVE, SANTA CRUZ | | | |
| 16A. DATE OF DEATH - MM/DD/CCYY | 16B. STATE FILE NO - STATE USE ONLY | 16. LOCAL REGISTRAR - SIGNATURE POKI NAMKUNG, MD | 17. DATE ACCEPTED FOR REGISTRATION 03/15/2007 |

CERTIFIED COPY OF VITAL RECORDS
STATE OF CALIFORNIA, COUNTY OF SANTA CRUZ

This is a true and exact reproduction of the document officially registered and placed
on file in the OFFICE OF THE SANTA CRUZ COUNTY RECORDER.

DATE ISSUED November 4, 2009 _____ DEPUTY

This copy is not valid unless printed on an engraved border, displaying date and the signature of the Deputy County Recorder.

*000280804*

Sean Saldavia
SEAN SALDAVIA
COUNTY RECORDER

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE



COPY





LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
APR 11 2016   AT 10:30 AM
BPA BOOK ___ 55 ___ PAGES 881
_____
DEPUTY CLERK

)
)
)
)

### For Declaration in the Nature of an Affidavit:
### the Notice Executing Deed to Certificate Title by Acknowledgement and Acceptance
### Without Consideration—Nunc Pro Tunc Ab Initio

TO:     STATE OF CALIFORNIA, grantor/issuer/transferor/assignor
        UNITED STATES OF AMERICA, grantor/issuer/transferor/assignor

IN RE:  JAYA JANE PAGAN KO, STATE OF CALIFORNIA CERTIFICATION OF BIRTH STATE FILE
        NUMBER 1200744000472

FROM:   Mother Lily-Helen: family Ko for Jaya-Jane: Pagan-Ko transferee/assignee/grantee,
        "Grantee"

BE IT KNOWN to all persons and men worldwide, and to the Grantors:

That i am living woman; mother Lily-Helen: family Ko for Jaya-Jane: Pagan-Ko grantee/
assignee/transferee herein, with intent and purpose, freewill act and deed execute this deed
by my acknowledgement and acceptance nunc pro tunc ab initio without consideration for
the above-referenced CERTIFICATION OF BIRTH regarding JAYA JANE PAGAN KO (see Exhibit
1A attached herewith) under the terms of the deed.

Grantee requires that the record on file in a court of record be updated to show my
acknowledgement and acceptance without consideration of said deed. This record replaces
the previously filed said acknowledgements on record with any public record custodian.

Done by my hand and seal with intent, special purpose, freewill act and deed.

That i am living woman; Lily-Helen: family Ko, of lawful age and being first duly affirm,
depose and state that i am familiar with the facts recited, and the party named in said birth
certificate is the same party as one of the owners named in said certificate of title for the
following:

JAYA JANE PAGAN KO                        *without prejudice*
                                          *without United States*

                                          *by: lily-helen: ko*

Georgia, Lamar County                     by: Lily-Helen: family Ko, autograph
I hereby certify the within and foregoing **to be**     for: Jaya-Jane: Ko-Sharma,
**a true, correct and complete copy of the original**   copy-claim, under reserve
that appears of record in this office.    c/o General Delivery
                                          Rural Route 95046
This __11th__ day of _April_ ,20__16__    San Martin, California [95046-9999]
_____

Deputy Clerk, Lamar Superior Court        ### Acknowledgement

United States of America        )
STATE OF CALIFORNIA             )  s.a.
County of Santa Clara           )
Before Me, on this day Lily-Helen: family Ko, known to me to be the living woman described herein,
made a restricted visitation and solemnly affirmed under the Law of God and the Maxims of Equity
that every statement given above is the whole truth to the best of her knowledge.

Subscribed and Affirmed before me on this __7__ day of ___April___ , 2016
_Rigoberto Perez_ Notary Public
My commission expires: __10/15/19__ [seal]

1 of 3                                    by: Lily-Helen: Ko
                                          for: Jaya-Jane: Pagan-Ko copy-claim

COPY

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
APR 11 2016 AT 10:30 A M
BPA BOOK _____ 53 _____ PAGES 885
DEPUTY CLERK

## CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT    CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California )
County of _____ Sa ta Clara _____ )

On 7 April 2016 before me, Rigoberto Perez , Notary Public,
    *Date*                    *Here Insert Name and Title of the Officer*

personally appeared Lily Helen Ko
                    *Name(s) of Signer(s)*

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

RIGOBERTO PEREZ
Commission # 2130224
Notary Public - California
Santa Clara County
My Comm. Expires Oct 15, 2019

Signature _____
              *Signature of Notary Public*

*Place Notary Seal Above*
———————————— **OPTIONAL** ————————————
*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: Affidavit      Document Date: 4/7/16
Number of Pages: 3   Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**
Signer's Name: Same as above        Signer's Name: _____
☐ Corporate Officer — Title(s): _____   ☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General     ☐ Partner — ☐ Limited ☐ General
☒ Individual  ☐ Attorney in Fact      ☐ Individual  ☐ Attorney in Fact
☐ Trustee  ☐ Guardian or Conservator   ☐ Trustee  ☐ Guardian or Conservator
☐ Other: _____         ☐ Other: _____
Signer Is Representing: _____     Signer Is Representing: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5907

COPY





LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
APR 11 2016    AT  10:30 A M
BPA BOOK ____ 52 ____ PAGES 895
_____
DEPUTY CLERK

)
)
)
)

**For Declaration in the Nature of an Affidavit:**
**the Release Without Consideration—Nunc Pro Tunc Ab Initio**

TO:      STATE OF CALIFORNIA, Releasee/Obligor
         UNITED STATES OF AMERICA, Releasee/Obligor

IN RE:   Public U.S. Citizen 'JAYA JANE PAGAN KO', 'JAYA J. KO', Jaya Jane Pagan Ko,
         'JAYA JANE PAGAN KO', 'KO, JAYA JANE', 'JAYA PAGAN KO', all other derivative
         spelling(s) in reference to JAYA JANE PAGAN KO

FROM:    Mother Lily-Helen: family Ko for Jaya-Jane: Pagan-Ko in personam, and in esse,
         Releasor/Obligee

Resolved that i am living woman; mother Lily-Helen: family Ko for daughter Jaya-Jane: Pagan-
Ko in esse, and in personam, of the age of majority, competent and able to release, and now
coming with express intent and purpose, being duly affirmed, hereby depose, certify and
declare:

That i am living woman; Jaya-Jane, expressly intend no longer to be Surety for the State-
created, Public U.S. Citizen 'JAYA JANE PAGAN KO' including all derivaive spelling(s)',
combined given and family name(s) 'Lily Ko', combined given with middle and family
name(s) 'Lily Helen Ko' or any derivative of said commercial NAME and nom de guerre
thereof;

That i am living woman; Jaya-Jane, expressly intend to irrevocably terminate the guardian/
ward legal relation but reserve all personal property rights, legal and equitable by nature or
by characteristic, granted or secured by The Constitution of the United States of America, the
Constitution of the STATE OF CALIFORNIA, the historic fundamental rights of American
Equity Jurisprudence under the principles and Maxims of Equity and trust law where I am
without any adequate remedy at Law and "in all matters in which there is any conflict or
variance between the rules of equity and the rules of common law with reference to the same
matter, the rules of Equity shall prevail" (Judicature Act of 1873);

That i am living woman; Jaya-Jane, presently a surety "U.S. citizen" and therefore a statutory
resident of the STATE OF CALIFORNIA, expressly intend, upon the filing of this Release, to
return to my former natural born Citizen status conferred at my natural birth on October 25,
1967, that status being a private individual National Citizen of the United States of America
conferred by Section 1 of the Fourteenth Amendment to the Constitution of the United States
of America and further defined in Hale v. Henkel, 201 US 43, 74 (1906) and Selective Draft
Law Cases, 245 U.S. 366, 389 (1918);

KNOW ALL MEN BY THESE PRESENTS, That i am living woman; Jaya-Jane, do absolutely and
irrevocably release and disclaim Nunc Pro Tunc Ab Initio all personal property interests, legal
and equitable, in the Public U.S. Citizen "LILY HELEN KO", created by the STATE OF
CALIFORNIA and the UNITED STATES OF AMERICA (severally and jointly hereinafter
referred to as RELEASEES) on November 19, 1976, upon the public filing of a "CERTIFICATE
OF NATURALIZATION" (Exhibit 1A);

That i am living woman; Jaya-Jane, absolutely release and disclaim said property interests so
as to limit the RELEASEES in whose favor said property interests would otherwise be
exercisable, hereby discharging said RELEASEES of all duties and obligations relating to said

Georgia, Lamar County
I hereby certify the within and foregoing to be
a true, correct and complete copy of the original
that appears of record in this office.
This 11th day of April, 20 16
_____ Clerk Lamar Superior

2 of 3                                        by: Lily-Helen: Ko
                                      for: Jaya-Jane: Pagan-Ko copy-claim



COPY



LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
APRIL 2016 AT 10:56 AM
BPA BOOK    58    PAGES 896
DEPUTY CLERK

interests effective immediately;

That i am living woman; Jaya-Jane, upon returning to my former status defined above, intend to be identified as a beneficial member of the Posterity for whom The Constitution of the United States of America was ordained and established as intended and declared in its Preamble by its sovereign creator, "We the People of the United States of America;"

That i am living woman; Jaya-Jane, reserve all personal and property rights, legal and equitable by nature, granted or secured by The Constitution of the United States of America, The Constitution of the STATE OF CALIFORNIA and the historic American Equity Jurisprudence and intend to be legally bound by this Release executed and delivered in accordance with the spirit and intent of the Maxims of the Law of Contract and the Maxims of Equity;

That i am living woman; Jaya-Jane, in returning to my former status defined above upon the filing of this Release with a third party public office and no longer deemed a "rebel, belligerent or enemy" of the UNITED STATES OF AMERICA during its permanent state of "temporary" national emergency and war, expressly intend to claim a purely beneficial interest by nature to all property, including "money," for the use and enjoyment of the Protective/Spendthrift trust established by Congress with the consent of President Woodrow Wilson on October 6, 1917, for an "enemy" of the United States, (the elements of which trust are articulated in the Act "Trading With the Enemy Act" amended by the "Emergency Banking Relief Act" on March 9, 1933, the Act subsequently applying to "any person within the United States" ... "subject to the jurisdiction thereof"), said Protective/Spendthrift trust being under the care of the President as Commander in chief, with the powers of the former Alien Property Custodian presently vested in and exercised by the Secretary of the Treasury.

     Maxim: "Equity regards as done that which ought to have been done."

The public filing of this Release renders null and void any previous Release filed with any state-created public office serving as a third party custodian record keeper.

IN WITNESS whereof I have hereunto set my Hand and Seal, this __7th__ Day of __April__ in the year of our Lord Two Thousand Sixteen.

*without prejudice*
*without United States*                    by: lily-helen: ko
                                           by: Lily-Helen: family Ko, autograph
                                           for: Jaya-Jane: Ko-Sharma,
                                           copy-claim, under reserve
                                           c/o General Delivery
                                           Rural Route 95046
                                           San Martin, California [95046-9999]

                    **Acknowledgement**

United States of America )
STATE OF CALIFORNIA        ) s.a.
County of King             )
Before Me, on this day Lily-Helen: family Ko, known to me to be the living woman described herein, made a restricted visitation and solemnly affirmed under the Law of God and the Maxims of Equity that every statement given above is the whole truth to the best of her knowledge.

Subscribed and Affirmed before me on this __7__ day of __April__, 2016
_Rigoberto Perez_ Notary Public

My commission expires: _10/15/19_ [seal]

by: Lily-Helen: Ko
for: Jaya-Jane: Pagan-Ko copy-claim

COPY

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
APR 11 2016 AT 10:30 A M
BPA BOOK _____ 58 ____ PAGES 891
DEPUTY CLERK

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**                    CIVIL CODE § 1189

| A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document. |
| --- |

State of California                          )

County of _____ Santa Clara _____            )

On _7 April 2016_ before me, _____ Rigoberto Perez _____, Notary Public
    *Date*                                  *Here Insert Name and Title of the Officer*

personally appeared _____ Lily Helen Ko _____
                                      *Name(s) of Signer(s)*

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

**RIGOBERTO PEREZ**
Commission # 2130224
Notary Public - California
Santa Clara County
My Comm. Expires Oct 15, 2019

Signature _____
           *Signature of Notary Public*

    *Place Notary Seal Above*

———————————————————— **OPTIONAL** ————————————————————
*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: _Affidavit_ _____ Document Date: _4|7|16_
Number of Pages: __3__ Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

| Signer's Name: _Same as above_ | Signer's Name: _____ |
| --- | --- |
| □ Corporate Officer — Title(s): _____ | □ Corporate Officer — Title(s): _____ |
| □ Partner — □ Limited □ General | □ Partner — □ Limited □ General |
| ☒ Individual ☐ Attorney in Fact | □ Individual □ Attorney in Fact |
| □ Trustee □ Guardian or Conservator | □ Trustee □ Guardian or Conservator |
| □ Other: _____ | □ Other: _____ |
| Signer Is Representing: _____ | Signer Is Representing: _____ |

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5907

# EXHIBIT 'I'

GABRIELLA CÁZARES-KELLY, RECORDER
Recorded By: MRR
                 DEPUTY RECORDER
                 5019


PIMA COUNTY

SEQUENCE:            20222360249
NO. PAGES:                    22
                      08/24/2022
                        13:01:44

MAIL
LILY KO
GENERAL DELIVERY
ROHNERT PARK CA  94928

# AFFIDAVIT OF LIFE

i, Lily Helen of the house of Ko, Affiant, being over the age of eighteen (18) years
(at age of majority), competent to witness does state for the public record the following:

1. That the public record on file with the Office of the Registrar of the Commonwealth of
   Washington, shows that the entity known as LILY HELEN KO, took the first breath of life on the
   Twenty-fifth day of the month of October in the year one-thousand nine hundred sixty-seven
   (25th October 1967);

2. That as of the date of this Affidavit of Life the entity known as Lily Helen of the house of Ko, is
   still alive and breathing, and

3. Since the Twenty-fifth day of the month of October in the year one-thousand nine hundred
   Sixty-seven (25 October 1967) has not surrendered nor abandoned any claims of life nor of
   any and all claims of estate to include but not limited to LILY HELEN KO, and

4. Further Affiant saith naught;

i, Lily Helen of the house of Ko, do affirm that i have read the above affidavit and do know the
contents to be true, correct, complete, and not misleading, the truth, the whole truth, and nothing
but the truth;

*18th August 2022*

date

Done in good faith;
Given for patent right;
All rights retained, without prejudice;
by: *by: Lily Helen Ko*

(seal)

Lily Helen of the house of Ko

Right Thumb Print

*5-18-2022*

*Mark Ko (?)*

General Post Office

Anytown, Anystate

**WITNESSES**

*Cristian Mejo*
*8/18/2022*

General Post Office

Anytown, Anystate

We, the undersigned witnesses, attest that we individually and collectively know the entity
known as Lily Helen Ko to be alive and breathing and that she is not lost beyond the sea,
but walks among us upon the land, and that we did witness her affix her autograph to the
above AFFIDAVIT OF LIFE and also to place her right thumb print in her own blood upon this
document;



# Exhibit A

**Corpus Juris Secundum**

**Section 16, Page 892:**

FACT OF DEATH: Death of the person on whose estate administration is sought is a jurisdiction requisite; and while the presumption of death arising from absence may present a prima facie case sufficient to warrant a grant of administration, yet if it subsequently develops that such person was in fact alive, the administration is void.

While it is true that the presumption of death arising from a person's absence, unheard from, for a considerable length of time, see "Death Section 6", may present a prima facie case sufficient to warrant a grant of administration on his estate, the arising of such presumption does not take the case out of the operation of the general rule on the subject, and if it is made to appear that the person was in fact alive at the time such administration was granted, the administration is absolutely void. Although, that payment to an administrator of an absentee who is not in fact dead is no defense against the absentee or his legal representative, nor are costs and disbursement incurred by such administrator a legal charge against the absentee or his property; but where the administrator has paid debts of the absentee, he is subrogated to the rights of the creditors whom he has paid. It has been considered, however, that the invalidity of the administration does not relate back, but that it is invalid only the time when the presumptions of death is rebutted

# Exhibit B



## Cestui Que Vie Act 1666

**1666 CHAPTER 11**

An Act for Redresse of Inconveniences by want of Proof of the Deceases of Persons beyond the Seas or absenting themselves, upon whose Lives Estates doe depend.

**Annotations:**

**Editorial Information**

**X1** Abbreviations or contractions in the original form of this Act have been expanded into modern letting in the text set out above and below.

**Modifications etc. (not altering text)**

**C1** Short title "The Cestui que Vie Act 1666" given by Statute Law Revision Act 1948 (c.62). Sch. 2

**C2** Preamble omitted in part under authority of Statute Law Revision Act 1948 (c.62). sch.1

**C3** Certain words of enactment repealed by Statue Law Revision Act 1888 (c 3) and remainder omitted under authority of Statue Law Revision Act 1948 (c.62), s.3

**Annotations:**

**Editorial Information**

**X1** Abbreviations or contractions in the original form of this Act have been expanded into modern lettering in the text set out above and below.

**Modifications etc. (not altering text)**

**C1** Short title "The Cestui que Vie Act 1666" given by Statute Law Revision Act 1948 (c.62). Sch  2

**C2** Preamble omitted in part under authority of Statute Law Revision Act 1948 (c.62). sch 1

**C3** Certain words of enactment repealed by Statue Law Revision Act 1888 (c.3) and remainder omitted under authority of Statue Law Revision Act 1948 (c 62), s.3

**I] Cestui que vie remaining beyond Sea for Seven Years together and no Proof of their Lives, Judge in Action to direct a Verdict as though Cestui que vie were dead.**

If such person or persons for whose life or lives such Estates have been or shall be granted as aforesaid shall remain beyond the Seas or elsewhere absent themselves in this Realm by the space of seven years together and not sufficient and evident proof be made of the lives of such persons respectively in any Action commenced for recovery of such Tenements by the Lessors or Reversioners in every such case the person or persons upon whose life or lives such Estate depended shall be accounted as naturally dead, And in every Action brought for the recovery of said Tenements by the Lessors or Reversioners their Heirs or Assignees, the Judges before whom such Action shall be brought shall direct the Jury to give their Verdict as if the person so remaining beyond the Seas or otherwise absenting himself were dead.

**II] .....................................F1**

**Annotations:**

**Amendments (Textual)**

**F1** S. II repealed by Statue Law Revision Act 1948 (c.62), Sch. 1

**III] .......................................F2**

**Annotations:**

**Amendments (Textual)**

**F2** S. III repealed by Statue Law Revision Act 1863 (c.125)

**IV] If the supposed dead Man prove to be alive, then the Title is revealed.  Action for mean Profits with Interest.**

**X2**Provided always That if any person or (x3person or] persons shall be evicted out of any Lands or Tenements by virtue of this Act, and afterwards if such person or persons upon whose life or lives such Estate and Estates depend shall return again from beyond the Seas, or shall on proof in any Action to be brought for recovery of the same [to] be made appear to be liveing; or to have been liveing at the time of the Eviction That then and from thenceforth the Tennant and Lessee who was outed of the same his or their Executors Administrators or Assignees shall or may reenter repossesses have hold and enjoy the said Lands or Tenements in his or their former Estate for and during the Life or Lives the said Estate or Estates depend shall be liveing, and also shall upon Action or Actions to be brought by him or them against the Lessors or Tenements in possession or other persons respectively which since the time of the said Eviction received the Profits of the said Lands or Tenements recover for damages the full Profits of the said Lands or Tenements respectively with lawful Interest for and from the time that he or they were outed of the said Lands or Tenements or any of them respectively as well in the case when the said person or persons upon whose Life or Lives such Estate or Estates did depend are or shall be dead at the time of bringing of the said Action or Actions as if he said person or person where then liveing.]

**Annotations:**

**Editorial Information**

**X2** annexed to the Original Act in a separate Schedule

**X3** Variant reading of the text noted in *The Statutes of the Realm* as follows: *O.* omits [*O.* refers to collection in the library of Trinity

# AFFIDAVIT OF CORRECTION

STATE OF CALIFORNIA   }

                             }ss.

COUNTY OF SONOMA   |

i, Lily Helen Ko, fully aware and competent, hereby state that this Affidavit is for the purpose of correcting an error on the Naturalization certificate:

1.  The error(s) made consist(s) of:
    The name LILY HELEN KO, that appears on the naturalization certificate in all capital letters is mistyped -- according to 18 United States Code § 1342 any name that is not in 'proper form' is considered a 'fictitious name';

2.  The corrected amendment is:
    The name was intended to be in 'proper form' which is written as: Lily Helen Ko, this is what it was intended to be for my benefit;

Done by my hand as my free act and deed; Signed under the penalties of perjury on

                                          Done in good faith;                    (seal)
                                          Given for patent right;
                                          All rights retained, without prejudice;
                                          by:

*18 August 2022*                  *by: Lily-Helen Ko, bene.*

date                                        Lily Helen Ko

---

# ACKNOWLEDGMENT

Notice: Use of notary shall not be construed against declarant as adhesion, indicia, nor submission to any foreign, domestic, or municipal jurisdiction or presumed contract;

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _ SONOMA _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

On _ AUGUST 18, 2022 _ _ _ _ before me, _ KIMBERLY ANN VEIK, NOTARY PUBLIC
                                        (insert name and title of the officer)

personally appeared _ LILY HELEN KO _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct. WITNESS my hand and official seal.

Signature _ Kimberley Ann Veik _                       (Seal)



KIMBERLY ANN VEIK
Notary Public - California
Marin County
Commission # 2290439
My Comm. Expires May 28, 2023

# AFFIDAVIT OF KNOWLEDGE OF FACTS

STATE OF CALIFORNIA    }

                              }ss.

COUNTY OF SONOMA    |

The undersigned, Ko, Lily Helen do hereby swear, certify, and affirm that:

1. Ko, Lily Helen having personal knowledge of facts set out that are admissible into evidence and if called as a witness, could testify completely thereto;

2. i am over the age of 18 (at age of majority to handle my own affairs), and domicile in California;

3. i signed and executed the back of the certificate,

Done by my hand as my free will act and deed i declare that, to the best of my knowledge and belief, the information herein is true, correct, and complete;

Executed on this day of

Done in good faith;                    (seal)
Given for patent right;
All rights retained, without prejudice;
by:

*18th August 2022*

*by: d.ly-Helen: Ko, bene.*

date                                     Lily Helen Ko

# ACKNOWLEDGMENT

Notice: Use of notary shall not be construed against declarant as adhesion, indicia, nor submission to any foreign, domestic, or municipal jurisdiction or presumed contract;

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of ____ SONOMA _____

On __ August 18, 2022 ____ before me, Kimberly Ann Veik, Notary Public
                                          (insert name and title of the officer)

personally appeared __ LILY HELEN KO _____,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct. WITNESS my hand and official seal.

Signature _Kimberly Ann Veik_                  (Seal)

KIMBERLY ANN VEIK
Notary Public - California
Marin County
Commission # 2290439
My Comm. Expires May 28, 2023

# NOTICE OF FEE SCHEDULE

Any corporation or Natural person who, by coercion, threat, force, or demand, requires an employee, trustee, or fiduciary of the Trust to perform, produce material, answer, comply with, or act in accord with any particular act as set forth in this schedule, shall be assessed according to this schedule of fees; All intervenors agree to be held liable in their private, individual, and corporate capacity for their actions, and further may be subject to parallel claims of criminal activity including piracy, slavery (suretyship), trespassing, and breach of Fiduciary Duty, Malfeasance of Trust, Perjury, Misprision of Felony, RICO, and Forfeiture;

**Administrative Fees:**
Any Trustee of Fiduciary employed for the matter of processing this claim shall be entitled to:
5% of first $1,000,000.00; 4% of next $500,000.00; 3% of next $500,000.00; 2% over $2,000,000;

**Copyright, trademark, trade name violation**
1. Usage of, LILY HELEN KO,©TM including all derivatives, spellings, and upper case lower case combinations and renderings of the trademark and trade name without express written consent: $1,000,000.00

**Acceptance of Presentments ( without contract )**
2. Unauthorized Citations: $10,000.00
3. Warnings Issued on Paper: $10,000.00
4. Summons, Court Notices (without contract): $10,000.00
5. All other related items, fees, or offers: $10,000.00

**Deposition, Interrogation ( unsolicited )**
6. Name: $10,000.00
7. Driver's License Number: $10,000.00
8. Social Security Number: $50,000.00
9. Retinal Scans: $50,000.00
10. Fingerprinting: $50,000.00
11. Photographing: $50,000.00

**DNA or Body Fluids**
12. Mouth swab: $1,000,000.00
13. Blood samples: $1,000,000.00
14. Urine samples: $1,000,000.00
15. Breathalyzer testing: $1,000,000.00
16. Hair samples: $1,000,000.00
17. Skin samples: $1,000,000.00
18. Clothing samples: $1,000,000.00
19. Forced giving of liquids/samples: $1,000,000.00

**Obstruction of Travel, Property Search, Trespass, Theft, Carjacking, Interference with Commerce**
20. Interference with travel (without contract or emergency): $2,000.00/minute after warning
21. Temporary detention, obstruction, or restraint (without warrant): $2,000.00/minute after warning
22. Automobile/Vessel/Car Search: $1,000,000.00
23. Body/Clothing Search: $1,000,000.00
24. Handcuffing, being tied or otherwise restricted: $1,000,000.00
25. Taking/Theft/Deprivation of Property: $10,000.00 per day
26. Jailed, Warehousing, Incarceration: $1,000,000.00 per day

**Signature, Endorsement, Autograph (SEA)**
27. Autograph under threat, duress, or coercion: $1,000,000.00

date *18th August 2022*   by: Lily Helen Ko   *by: Lily-Helen: Ko, bene.*   (Seal)

# JURAT

Notice: Use of notary shall **not be construed against declarant as adhesion, indicia, nor submission to any foreign, domestic, or municipal jurisdiction or presumed contract;**

> A notary public or other **officer completing this certificate verifies only the identity of the individual who signed** the document to which **this certificate is attached, and not the truthfulness, accuracy, or validity of that document.**

State of California
County of _SONOMA_
Subscribed and sworn to (or affirmed) before me on this ___*18* day of _*August*___, 20 *22*

by __*LILY HELEN KO*_____,
proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me

Signature _*Kimberly Ann Veik*_   (Seal)

KIMBERLY ANN VEIK
Notary Public · California
Marin County
Commission # 2290439
My Comm. Expires May 28, 2023

Page 1 of 1

# NOTICE AND WARNING TO UTILITY COMPANIES

NOTICE & WARNING TO: EVERY/ALL UTILITY COMPANIES FOR EMBEZZLEMENT, THEFT BY DECEPTION & EXTORTION FAILING TO DISCHARGE ALL DEBTS PURSUANT TO 73RD CONGRESS. SESS 1. CHS. 48 49. JUNE 5, 6,1933 HJR 192 HR 1491 PUBLIC LAW 1 48 STAT 1 PUBLIC LAW 10 CHAPTER 48 STAT 112 PUBLIC LAW 73-10 40 STAT 411 TRADING WITH THE ENEMY ACT (TWEA) OCT 6, 1917 but not limited to:

Since House Joint Resolution 192 (HJR 192) (Public law 7310) was passed in 1933 we have only had debt, because all property and gold was seized by the government as collateral in the bankruptcy of the United States.

In 1863 the first Bank Act was passed. The Office of the Comptroller of the Currency (or OCC) is a US federal agency established by the National Currency Act of 1863 and serves to charter, regulate, and supervise all national banks and the federal branches and agencies of foreign banks in the United States.

The OCC was created by Abraham Lincoln to fund the American Civil War but was later transformed into a regulatory agency to instill confidence in the National Banking system and protect consumers from misleading business practices.

The Lieber Code, or General Order 100 was also created by Abraham Lincoln in 1863.

The National Bank Act (ch. 58, 12 Stat. 665, February 25, 1863) was a United States federal law that established a system of national charters for banks, the United States national banks. It encouraged development of a national currency based on bank holdings of U.S. Treasury securities, the so-called National Bank Notes. It also established the Office of the Comptroller of the Currency (OCC) as part of the Department of the Treasury. This was to establish a national security holding body for the existence of the monetary policy of the state. The Act, together with Abraham Lincoln's issuance of "greenbacks", raised money for the federal government in the American Civil War by enticing banks to buy federal bonds and taxing state bank issued currency out of existence. The law proved defective and was replaced by the National Bank Act of 1864. The money was used to fund the Union army in the fight against the Confederacy. This authorized the OCC to examine and regulate nationally-chartered banks.

The above only partially begins to include the historical records and other Acts of Congress that proves the US bankruptcy of 1933 and that there is no money, only credit that the American people are the Creditors.

All utilities companies knowingly have been sending their (customers) dividends but, in fact, making each recipient believe that dividend was an invoice for services provided by the utilities companies.

The utilities companies have mailed through the U.S. Mail an intentional misrepresentation of facts, unfair business practices and each utility company and agents thereof have knowingly with forethought and malice created a fraudulent debt, defrauding the Creditor, that is the recipient of said dividends, from which the utilities companies (through deception) lead the recipient to believe is an invoice.

The utilities companies in turn then extract through extortionate measures payment from the customers instead of the utilities companies informing those same recipients that this dividend is in actuality payment to the recipient as a charged off debt pursuant to the incorporated in entirety documented evidence provided herein.

ALL utilities companies have thus created a convertible and fraudulent debt.
(see ANALYSIS OF A COUNTRY EMBEZZLED).

Every/all utilities companies have failed to pay off any of the public debt; but have instead rather unlawfully redirected ill-gotten gains into private corporate accounts through embezzlement, theft by deception, fraudulent conversion, and in violation to each all incorporated in entirety laws established through and as a result of the U.S. Bankruptcy of 1933, wherein there is no money, only "bank Notes" which are but only a promise to pay.

**Thus all debts are to be discharged as agreed,** but the utilities companies (and banks) through their greed have not discharged any debt, fraudulently making the utility customer deeper in debt by utilities companies use of "Bank Notes" or "promissory Notes" that the utilities companies add to the public debt side of the books rather than discharging the debts as stipulated in Public Laws, House Resolutions, and House Joint Resolutions.

Additionally, the alleged invoices sent to every recipient is a dividend an/or a coupon to the recipient. The utilities companies all know this to be a fact.

The Comptroller of The Currency also knows all of the above to be irrefutable facts, but is acting as a money laundering agency by/for/through/ the privately owned Federal Reserve, in All (50) fifty states of the unions, et al.

The Comptroller of the Currency at County, State, and Federal level all know the incorporated documents and testimony to be true, but have yet to discharge any of the public debt, therefore have misappropriated funds through embezzlement, theft by deception, obtaining money through false pretenses, extortion and other predicate acts since the date of Comptroller of the Currency inception of 1863.

All utility companies, which are private for profit corporations, regardless of location, are knowingly participating in the fraud and Ponzi scheme with the intent to fraudulently convert this and every other country's wealth into private industry accounts by fraudulent conveyance, embezzlement, theft by deception, creating fraudulent debts, Ponzi scheme and fraud through the U.S. Mail, just for starters.

Every judge and every attorney in America, especially those who hold positions with several direct connections into the utilities companies bank accounts and acting as attorneys for the banks, most presumably in all other countries as well, since they all get their instructions from England the same place that all the banks get their instructions through the Comptroller of The Currency headquarters in London, England, each knowing the above and incorporated to be true, since they are well versed on the U.S. Bankruptcy of 1933 and that America still remains to date in a state of Emergency and operates under English Law, though that also is supposed to be a well kept secret.

This means there "IS NO MONEY." It further means that since there is no money American's signatures are used as the credit to run this country. That in turn means that it is the American people whom are the Creditors not the Debtors, as the banks and utilities companies would like everyone to believe.

The utilities companies have been operating with this knowledge with intent, forethought and malice to commit not only the crimes mentioned herein but also beyond.

Due to the facts incorporated herein in entirety, all debts are to be charged off, including but not limited to every alleged utilities invoice, which each/all have actually been a dividend, for which every utilities company embezzled payment through fraud, using extortion and other threats to discontinue service if "Payment is not made."

These alleged invoices were dividends that every utilities company using deceptive business practice lead the public to believe were debts owed, when it is a fact that it is the utilities companies who owe the American public all those fraudulently received ill gotten gains plus the interest, stocks, bonds and other proceeds derived therefrom.

All utilities companies are now put on notice that all debts are to be charged off pursuant to the stipulated and incorporated herein Acts et al.

Facts assembled and presented by:          (seal)
"Without Prejudice"

*18th August 2022*          as Woman,

          by: *Lily Helen: Ko, woman*
          _____
          [Lily Helen Ko – Authorized Representative]
          All Natural Rights "Explicitly" Reserved
date          U.C.C. 1-207/2-207/1-308/1-103.6



# NONTAXPAYER AFFIDAVIT OF
# DURABLE POWER OF ATTORNEY GENERAL IN FACT
# OF REVOCATION TO ALL PREVIOUS POWER OF ATTORNEY

**DECLARATION OF USE OF UCC 9-102 & 9-109, as "household goods" and "consumer goods" not for commercial use or for profit or gain:**

**NOTICE OF INTENT! WITH CERTIFICATES AND OTHER EQUITABLE TITLES ATTACHED HERETO: please note that the information in reference above and below is to be taken within context and applied as indicated with respect to the terms and/or conditions contained herein and shall be construed contextually and not otherwise.**

## KNOW ALL MEN BY THESE PRESENTS:

**IT SHALL BE KNOWN TO ALL MEN/WOMEN, men/women, and or man/woman, MAN/WOMAN BY THESE PRESENTS:**

i, (Lily Helen Ko), a Natural Woman, having firsthand knowledge of the facts stated herein do hereby affirm, attest, certify, as well is declare that i am the sole owner of the (LILY HELEN KO) ESTATE to include any and all derivative's and or assumed names, marks, codes and or presumptions, herein reference to as PRINCIPAL, in the County of Sonoma, do appoint the PRINCIPAL, stands as a non-adverse, non-belligerent, and non-combatant party, and as true and lawful ATTORNEY GENERAL-in-fact. i (Lily Helen Ko), a Natural Woman as a native American disavow and reject any and all rights associated with the 14th Amendment Section 1; of the United States of America Constitution!

 **NOTICE OF LACK OF JURISDICTION PRESENTATION** 

(Lily Helen Ko), a Natural Woman, a Natural Person as defined by Statute

Day of Birth (October 25), (1967) (4'11); (140) lbs.; Eyes: (Brn); Hair: (Blk);

Day of Attaining Age of Majority – ((October)) 25, 1985

Identification Number: **9654767654257751L10251967**

A Private Citizen and Non-Taxpayer as defined in statute - (165 56 0756)

Expiration date: (12-31-2099)                    Nationality: (American National)

Perpetual Election to remove minors Disabilities or Disabilities of Minority!

**NOTICE OF INTENT OF PERPETUAL ELECTON OF WITHDRAWAL OF CONSENT i (Lily Helen Ko), AM THE BENEFICIAL OWNER OF THE EQUITABLE CESTUI QUE VIE TRUST, i deny infancy, am of the age of majority, managing and maintaining my own affairs, competent and aware of this, my standing, and not a member of the craft, i have not and do not participate in the belief in a so-called TEMPLE LEGENDS, and not a member of the KINGDOM OF CAIN, not a descendent and/or follower of TUBALCAIN, LAMACH, NIMROD, SAMIEL, THE BROTHERHOOD OF THE ROSE CROSS! And although i have knowledge of THE GENIE OF FIRE, THE ANCESTRY OF THE LEGEND, THE SO-CALLED TWO ELOHIM, TUBALCAIN CIPHER, THE RACE OF CAIN, THE HOSTS OF MARS, THE RESACRATION CREATION STORY, THE LION'S PILLARS OF KNOWLEDGE, THE SEVEN SCIENCES, AMARU LAND OF THE PLUMED SERPENT, THE TEMPLE LEGEND, HIRAM ABIV [Abiff], i do not profess to propagate such non-Gnostic, highly improbable, fictional storytelling.**

**THIS IS IN THE INTEREST OF THE UNITED STATES OF AMERICA AND IN THE INTEREST OF THE AMERICAN PEOPLE!!!!!!!!!!!!!! i am here in a non-military capacity, as a friend to United States, to aid in reducing the public Debt and removing the wounded from the field of battle. No matter what the construction, the construing, the interpretation, and/or the reasoning anything to**

the contrary of the information stated herein shall be held, deemed void as well as unreasonable, frivolous, meritless, moot, nonsensical.

- **Not a US "citizen" under federal law pursuant to 8 U.S.C. §1101(a)(21). However, Naturalized in state of the Union. A citizen of The Sovereign State and Republic of California:**
- **"alien" (per 26 U.S.C. §7701(b)(1)(A)); NOT part of the "State" defined in 26 U.S.C. §7701(a)(10), 4 U.S.C.**
- **"Individual" (per 26 C.F.R. §1.1441-1(c)(3)).**
- **"citizen of the United States" per 8 U.S.C. §1401 and 26 C.F.R. §1.1-1(c) per Rogers v. Bellei, 401**
- **U.S. 815 (1971). "Stateless Person" as per Newman-Green v. Alfonso Larrain, 490 §11 0(d). 42**
- **U.S.C. §1301(a)(1). or 28 U.S.C. §1332(d) nor part of the geographical sense of "United States" defined in 26 U.S.C. §7701 (a)(9), or 42 U.S.C. §1301 (a)(2). U.S. 826 (1989). Constitutional diversity of citizenship pursuant to U.S. Const. Art. III. Section 2, but NOT statutory diversity pursuant Not a political "alien" pursuant to 8 U.S.C. §11 01 (a)(3)) nor a "resident alien" pursuant to 26 U.S.C. §7701 (b)(1)(A) since a national of the nation to 28 U.S.C. §1332. Rebut the following if you disagree within 30 days or you stipulate it as truth.**
- **United States. A civil sensed, or legal "alien", pursuant to 8 U.S.C. §1101(a)(3) since not domiciled in the geographical sensed "United States" defined in either 26 U.S.C. §7701(a)(9) or 42 U.S.C. §1301(a)(2). No "residence" within the meaning of the I.R.C., because only statutory "aliens" can have a "residence" per 26 C.F.R. §1.871-2. Constitutional citizens or "nationals of the United States*** of America" have a domicile rather than a residence. Only privileged constitutional/political "aliens" have a "residence".**
- **i have a religious objection to having an earthly presence Described in 8 U.S.C. §1401. 8 U.S.C. §1 101(a)(2)(B). and 26 C.F.R. §1.1 -1(c). Born on federal territory and domiciled in the District of Columbia or federal territory or possession. Not a constitutional or Fourteenth Amendment section 1 "citizen of the United States" per Rogers v. Bellei, 401 U.S. 815 (1971). domicile within any existing, Man/Woman-made government. i am a "transient foreigner" but not an "in-habitant" with respect to the Man/Woman-made government having jurisdiction in the place where i temporarily live.**
- **"Free Inhabitant" of any Federal territory or possession. Territory/Possession Confederation but not Constitutional "Citizen" or name: "citizen of the United States". Articles of Confederation identify themselves as "perpetual", and therefore this status is perpetual.**
- **DIPLOMATIC STATUS, i'm of the following statuses which constitute internationally protected persons pursuant to 18 U.S.C. §112 who are immune (not "exempt") from federal income taxation pursuant to 26 U.S.C. §892. Those claiming such status must file I.R.S. OR OTHER KNOWLEDGEABLE GOVERNMENT AGENTS Form W-8EXP to claim immunity from taxation.**
- **i waive any and all aid and protection of Man/Woman-made statutory national laws and became a "stateless person" relative only to the national government pursuant to Newman- Green v. Alfonso Larrain, 490 U.S. 826 (1989), i'm not as defined by the Internal Revenue Code, Subtitle A "trade or business" franchise/excise tax. Also called "income tax". "trade or business" is defined in 26 U.S.C. §7701 (al(261 as "the functions of a public office" in the government.**
- **Those not engaged are a "foreign estate" pursuant to 26 U.S.C. §7701(a)(31); See and rebut following within 30 days if disagree or be held in default, estoppel, and laches.**
- **Any and all powers of ATTORNEY GENERAL NON-ADVERSE, NON-BELLIGERENT, NON-COMBATANT PARTY does supersede former Attorney In Fact powers, and furthermore current Powers cures all previous signatures given by principal, as i revoke as well as resend via disaffirmance any and all previous contracts and or Powers Of Attorneys entered into during infancy. i (Lily Helen Ko), a Natural Woman am the principal having attained the age of Majority, acknowledging and accepting the certificate of title of Naturalization being the sole owner of the Instrument and the Holder in Due Course, do hereby exercise the RIGHT OF DISAFFIRMANCE.**

(**Lily Helen Ko**), herein reference to as PRINCIPAL, in the County of (**SONOMA**) of sound mind, does appoint (**Lily Helen Ko**), a non-adverse, non-belligerent, and non-combatant party, as (**her**) true and lawful ATTORNEY GENERAL-in-fact. Any and all powers of ATTORNEY GENERAL NON-ADVERSE, NON-BELLIGERENT, NON-COMBATANT PARTY does **supercede former Attorney In Fact powers, and furthermore current Powers cures all previous signatures given by principal.** In the principal's name, and for the principal's use and benefit, said ATTORNEY GENERAL-in-fact **has full and complete authorization for the facilitation by the conveyance through any communications in translation for assimilation in account science correction techniques in all facets of interstate, intrastate, domestic, and foreign commerce relations with full protection of Safe Harbour and Sinking Funds Provisions for all accounts, proceeds, products, fixtures, and services** such as:

(1) Sell, exchange, buy, invest, **and** / or reinvest any assets **and** / or property **whether by possession and / or ownership**, which may have income production or non-income production assets and property.

(2) Open, maintain, **and** / or close bank accounts: **with express provisions for; demand deposit (checks, custodial) accounts, term deposit (savings) accounts, and certificates of deposit, brokerage accounts, and other similar accounts with depository and repository and financial institutions.**

(a) Conduct any business with any **depository institution, any repository institution, and all financial** institution **service providers in particular; all issue agents, all transfer agents, and all payout agents** with respect to any of principal's accounts. W**ith express provisions for creation of** deposits and withdrawals, **acquisition and procurement for all** bank statements, passbooks, drafts, money orders, warrants, certificates, **stocks, shares, bonds, mortgages, encumbrances, liens, financial obligations, promissory notes, bills of exchange, assigns, hardship claims, abandonment claims, salvage claims, quitclaims**, and vouchers; **either assignable to, assignable to the order of**, payable to, pay to, pay to the order of, or **payable to the order of, for** the principal by any **legal** person, **body corporate, body politic, body ecclesiastical, and any** corporation **sole**.

(b) Perform any act necessary to deposit, negotiate, sell, transfer, **or exchange** any **legal and / or lawful obligation in the style of a** note, security, **bond, stock, share**, of the Treasury of the United States of America, and **all Treasuries of every United Nations Member States and all Foreign Governments and their political subdivisions**.

(c) Have access to any safe deposit box **whether in possession and / or by ownership with the express provision for the** contents.

(3) Take any and all legal/**lawful** steps necessary to collect any amount or debt **due and/or past due, and/or to** settle any claim, whether made against or **from affirmation** on behalf of principal against any other person or entity.

(4) Exercise all stock rights as proxy, **with this express provisions for** all rights, **privileges, and powers** with respect to stocks, bonds, debentures, **and /** or other investments.

(5) Maintain and/or operate any business, personal property, and **ownership** interests of, with, for, and by principal.

(6) Purchase **and /** or maintain insurance, **re-insurance, and /** or bond rights herein.

(7) Enter into **legal and lawful bound** contracts on behalf of principal.

(8) Employ professional and business assistance as may be appropriate.

(9) Sell, convey, lease, mortgage, manage, insure, improve, repair, or perform any other act with respect to any of principal's property **whether as current ownership, possession holder, and / or as potential acquisition and procurements of ownership and / or possession placement, with the express provision for** real estate, real estate rights, **privileges, powers, without limit to** the right to remove tenants **and/**or to recover possession and settlement. This **express provision without limit is also for** the right to sell **and /** or to encumber any current homestead **possession and /** or ownership **and /** or **potential possession and / or ownership**.

(10) Transfer any of principal's assets to the trustee of any **style of cestui que vie trust and / or foreign situs trust; whether it be deed of trust, express trust, irrevocable trust**, revocable trust, **and/or any other legal and/or lawful** creation by principal, **whether or not said** such trust is in existence at the time of such transfer.

(11) Prepare, sign, and file documents with any governmental body or agency, **with the express provision without limit as** authorization to **implement account science of units of exchange and units of account for all depository and repository events**:

(a) Prepare, sign and file income and other tax returns with federal, state, local, and other governmental bodies.

(b) Obtain information **and /** or documents from any government **and /** or its agencies; and negotiate, compromise, **and /** or settle any matter with such government **and /** or agency for **any/all lawful** tax matters.

(c) Prepare applications, provide information, and perform any other act **which is a** reasonable request by any government **and /** or its agencies **whom have either a sworn oath, sworn affirmation, sworn affidavit of appointment, and public bond, lawful insurance provider, and lawful re-insurance provider** in connection with governmental benefits **with the express provision for** military benefits, social security benefits, **health benefits**.

(12) Make gifts from assets to members of family and to such other persons **and /** or charitable organizations with whom principal **does** establish **a pattern to provide gifts**. However, said ATTORNEY GENERAL NON-ADVERSE, NON-BELLIGERENT, NON-COMBATANT PARTY may not make gifts of principal's property to the said ATTORNEY GENERAL NON- ADVERSE, NON-BELLIGERENT, NON-COMBATANT PARTY. The Principal hereby appoints **Lily Helen Ko**, a non adverse, non belligerent, and non combatant party; **of** SONOMA**, Country of United States of America** as substitute Authorization Representative and for the sole purpose **to provide** gifts of property to said ATTORNEY GENERAL NON-ADVERSE, NON-BELLIGERENT, NON-COMBATANT PARTY, **as the event does** deem **to be** appropriate.

(13) Disclaim any interest that might otherwise be **a** transfer or distribution to principal from any other person, estate, trust, **and /** or other entity, as may be appropriate. Said ATTORNEY GENERAL-in-fact shall not be liable for any loss that results from a judgment error that was made in good faith. Wherein, said ATTORNEY GENERAL NON-ADVERSE, NON-BELLIGERENT, NON-COMBATANT PARTY **is given grant** for a HOLD HARMLESS and FULL INDEMNITY **stance in law**, in good faith **performance of duty as active action through** the authority of this Power of ATTORNEY GENERAL NON-ADVERSE, NON-BELLIGERENT, NON-COMBATANT PARTY. Principal authorizes said ATTORNEY GENERAL NON-ADVERSE, NON-BELLIGERENT, NON-COMBATANT PARTY to further indemnify and hold harmless any third party who accepts and acts under good faith to uphold this document.

(14) **Herein given through gift and by grant** to said ATTORNEY GENERAL NON-ADVERSE, NON-BELLIGERENT, NON-COMBATANT PARTY full power and authority to do all and every act and thing whatsoever requisite and necessary to be done relative to any of the **current events and their continuation** as fully to all intents and purposes as principal might or could do if personally present.

**REGISTRATION FOR MEMORIAL AN AFFIDAVIT BY THE OWNER OF COLLATERAL SECURITY**
As per statute the following is being placed on the public record:

Birth/Naturalization Certificates: The Registrar of Titles is authorized to receive for registration of memorials upon any outstanding certificate of title an official naturalization certificate pertaining to a registered owner named in said certificate of title showing the date of birth of said registered owner, providing there is attached to said naturalization certificate an affidavit of an affiant who states that (**she**) is familiar with the facts recited, stating that the party named in said naturalization certificate is the same party as one of the owners named in said certificate of title; and that thereafter the Registrar of Titles shall treat said registered owner as having attained the age of the majority at a date 18 years after the date of birth shown by said certificate.

i, (**Lily Helen Ko**), a Natural Woman place on the record before this body my certificate of naturalization, for registration and to serve as a memorial for and to all future generations. i am the official registered owner of the certificate of naturalization attached hereto, and the associated interests, trusts, to include the Cestui Que Vie;

1. That i was Produced on (**October 25**), (**1967**);
2. That my family followed a long tradition of not naming a child until after the eighth day of birth, and i was given the name (**Hui Lian**) of the clan (**Ke**);
3. That i was naturalized in, located at the city of (**Seattle**) of county of (**King**) of the state and Republic of (**Washington**);
4. That my mother's name is (**Fu Mei Hsu**);
5. That my father's name is (**Yan Ching Ke**);
6. My mother was born in Taiwan and my father was born in Taiwan;
7. The naturalization certificate was created ten years (on **March 16, 1978**) after the borne event (on **October 25, 1967**) in (**Seattle**) of the Republic of (**Washington**), signed by my father, and the Commissioner of United States Immigration and Naturalization Service for the United States of America Department of Justice who recorded this event on (**March 16, 1978**) as stated in the certificate of naturalization;
8. The serial number for the certificate of naturalization is #(**A-606804**); (**A31 243 717**) registered with the county of (**King**);
9. The Social Security number associated with this certificate of naturalization which is evidence of an estate, is – **165 56 0756**
10. The naturalization certificate instrument carries the Great Seal of the United States of America Department of Justice, and an official Immigration and Naturalization Services stamp of certification as to authenticity of the certificate of naturalization;
    a. According to the law of evidence in the United States self-authenticating documents are that which can be admitted into evidence at a trial without proof being submitted to support the claim that the document is what it appears to be. In short, these are documents those which do not require outside evidence of authenticity in order to be admitted in evidence.
    b. GOOD FAITH AND CREDIT CLAUSE: The Full Faith and Credit Clause—Article IV, Section 1, of the U.S. Constitution—provides that the various states must recognize legislative acts, public records, and judicial decisions of the other states within the United States. It states that "Full Faith and Credit shall be given in each State to the public Acts, Records, and judicial Proceedings of every other State." The statute that implements the clause, 28 U.S.C.A. § 1738, further specifies that "a state's preclusion rules should control matters originally litigated in that state." The Full Faith and Credit Clause ensures that judicial decisions rendered by the courts in one state are recognized and honored in every other state.

11. i attest that not only of my being familiar with the facts as stated in the certificate of naturalization attached hereto, but i am the registered owner of said certificate of title, and the party named in said certificate of naturalization, having attained the age of the age of majority on the 18th anniversary of my birth:

   a. "... stating that the party named in said naturalization certificate is the same party as one of the owners named in said certificate of title; and that thereafter the Registrar of Titles shall treat said registered owner as having attained the age of the majority at a date 18 years after the date of birth shown by said certificate."

### Statement of duress:

This affidavit of duress and void declaration especially includes, but is not limited to, anything relating to government franchises, disclosures of government identifying numbers such as SSN or TIN, tax withholding or reporting forms such as the W-4 contract forms (26 C.F.R. §31.3401(a)-3(a) and 26 C.F.R. §31.3402(p)-1), tax returns, or any other declarations of status (e.g. "employee", "taxpayer", "individual", "inhabitant", "U.S. citizen") arising out of any tax, citizenship, or licensing forms provided to the government such as driver's license applications, applications for ID cards, voter registration, or benefit applications. An expanded version of this duress statement is contained at the following address and is hereby incorporated into this document by reference.

### RESIGNATION OF AGENT AND AGENCY

   (b) A registered agent may resign (**her**) agency appointment by signing and delivering to the Secretary of State for filing a statement of resignation. The statement may include a statement that the registered office is also discontinued.

   (c) On or before the date of the filing of the statement of resignation, the registered agent shall deliver or mail a written notice of the agent's intention to resign to the chief executive officer, chief financial officer, secretary of the corporation, or a person holding a position comparable to any of the foregoing, as named and at the address shown in the annual registration, or in the articles of incorporation if no annual registration has been filed.

   (d) The agency appointment is terminated, and the registered office discontinued if so provided, on the earlier of the filing by the corporation of an amendment to its annual registration designating a new registered agent and registered office if also discontinued or the thirty-first day after the date on which the statement was filed.

i The undersigned natural person, currently listed in the records of the secretary of state as the registered agent authorized to receive service of process for the entity named below, submits this resignation of appointment.

12. The name of the entity for which the undersigned is designated as registered agent is: (**LILY HELEN KO**)

13. The file number issued by the secretary to the entity making the appointment is: (**A-606804**)

### Statement of Notice:

14. **i** ATTEST THAT THIS Written notice of MY resignation has been given by the undersigned registered agent to the entity at the address of the entity most recently known by the agent.

### i do here and now disaffirm any and all contracts associated with infancy:

.We said in Western Lawrence County Road Improvement District v. Friedman-D'Oench Bond Co., 162 Ark. 362, 258 S.W. 378, 382: 'At section 537 of Page on Contracts (2d Ed.), it is said: 'One who has entered into a contract which (**she**) might avoid because of personal incapacity, such as an infant, an insane person, a drunkard, and the like, has the election to affirm such contract, or to disaffirm it, and when (**she**) has exercised (**her**) election, with full knowledge of the facts, such election is final...An infant's contracts relating to personal rights or personality may be disaffirmed by him while (**she**) is still an infant. 'The general rule, ... is that the disaffirmance of a contract made by an infant nullifies it and renders it void ab initio, ... and an infant may disaffirm contract during (**her**) minority or within a reasonable time after reaching (**her**) majority. The general rule, ... is that the disaffirmance of a contract made by an infant nullifies it and renders it void ab initio, and that the rights of the parties are to be determined as though the contract had not been made, the parties being restored to the status quo * * ...**In 27 Am.Jur. Infants, § 11, p. 753; ...43 C.J.S. Infants § 76 c, at page 183; In 43 C.J.S. Infants § 75 b, at p. 171; 43 C.J.S. Infants § 75f, p. 176, Executors and Administrators, § 189; In 43 C.J.S. Infants § 75, p. 176, 43 C.J.S., Infants, § 78, pp. 190, 192....**

## ASSUMED NAME RECORD (D.B.A.)

**ASSUMED NAME RECORD (D.B.A.) CERTIFICATE OF OWNERSHIP FOR UNINCORPORATED BUSINESS OR PROFESSION. NOTICE: THIS CERTIFICATE OF OWNERSHIP PROPERLY EXECUTED IS TO BE FILED AND RECORDED WITH THE COUNTY CLERK AS PROVIDED BY LAW.**

**NAME IN WHICH BUSINESS IS TO BE CONDUCTED:** (LILY HELEN KO), AND ALL DERIVATIONS OF SAID BUSINESS NAME
**BUSINESS TYPE:** OTHER, GRANTEE, PRIVATE / PUBLIC / SIGNATURE
**BUSINESS DESCRIPTION:** COMMERCE, GRANTEE, PRIVATE / PUBLIC / SIGNATURE
**STYLE:** MAJUSCULE
i FORMALLY AND FOREVER STAKE MY CLAIM ON THE NAME (**LILY HELEN KO**) AS THE OWNER OF THE TRUE AND REAL NAME: Private Attorney in fact in Proper Persona, (**Lily Helen Ko**)
**OWNER DESCRIPTION:** Grantor / Returnee / Settlor / Beneficiary / Trustor / Signature
**POST OFFICE [PHYSICAL]:** care of General Delivery, Rohnert Park, California 94928
**STYLE:** Bicameral & Surname
**NOTICE:** **i claim all Titles and Deeds and want all such paperwork related to said D.B.A. to be returned. i am claiming the Writ of Habeas Corpus to institute and maintain actions of any kind in the courts of this state. To take hold of and dispose of property either real, intangible or personal and exemptions from taxes or impositions. Under the form of creating a qualification or attaching a condition, the states cannot, in effect, inflict a punishment for a past act which was not punishable at the time the act was committed. i, the undersigned, am the owner of the above business and name and address given are true and correct and there are no other owners of said business.**

**COST SCHEDULE:** **110% of assessed value of the total assessment and costs plus 40% interest at the time of accumulated engagement.**

**i, (Lily Helen Ko), hereby Certify, Attest as well as affirm that i was naturalized**
**March 16, 1978,**
**that the Certificate of Naturalization, Registration Number A-606804;**
**Address: Seattle Washington; Property Type: Commercial / Industrial;**
**belongs to Me, i am the Owner.**

i further attest, affirm, DECLARE, as well as certify that i have firsthand actual knowledge of all of the events described herein. That the legal document, certificate of title, security instrument noted above carries information of my name as well as other credentials that of no other person, i am the owner. That i have resigned as registered agent for the agency associated with this instrument, and did so by sending proper notification to Responsive parties. That i hereby withdraw any and all permissions extended to any and every party at any and every time to oversee my properties with reference to this instrument, my securities, and/or my interest, i am the true holder in due course, and disaffirm any and all contracts to the contrary.

i have attained the age of majority, i am competent, and capable of handling my own affairs and require/request that this be reflected in all records associated thereto/hereto immediately! i hereby of my own accord and in compliance with the Age of Majority Act and the associated local act[s] assume, commandeer, seize control of any and all accounts, assets, affairs associated with the minor account[s] and any and all primary account[s], heretofore, forthwith, retroactively, and perpetually.

The record shall reflect the attaining of the age of majority/adulthood, binding upon all jurisdictions, that i am an American National, naturalized in North America of the Republic of (**Washington**), city of (**Seattle**), in the County known as (**King**), on the date indicated on the certificate of naturalization, and this is my will, and **i** place this information as a Memorial of my will, and do so attesting under the organic Constitution of the United States of America, that the aforementioned information is accurate AND
**i** DO HEREBY ATTEST, DECLARE AS WELL AS AFFIRM THAT **i** HAVE NOTICE OF ESTOPPEL AND STIPULATION OF CONSTITUTIONAL CHALLENGE TO ALL (**CALIFORNIA**), DISTRICT OF COLUMBIA AND STATE OF (**CALIFORNIA**) STATE STATUTES, CODES, REGULATIONS, ADMINISTRATIVE ORDERS, EXECUTIVE ORDERS, QUASI-EXECUTIVE/ADMINISTRATOR/ LEGISLATIVE ORDERS WHERE No general law affecting private rights- and all of (**LILY HELEN KO**)'s actions are to be forever construed as private actions, done in a private citizen capacity, shall be varied in any particular case, by special legislation, except BY the free consent, in writing of all persons to be affected thereby;

**TAKE NOTICE THAT:** all agents, representatives, parties principal and or otherwise are hereby estopped, prohibited, and/or ordered to cease and desist any and all further contact, contracts, attempts to impede, infringe upon, intercept, commandeer, seize, prevent, and or otherwise interfere in the life, and/or other experiences and/or affairs of the presenter (**Lily Helen Ko**) and/or (**her**) interest and/or affairs heretofore,

henceforth, retroactively and/or perpetually. i hereby disaffirm, disavowal, and forever suspend any and all contracts entered into during infancy. You are hereby commanded an ordered to cease and desist with reference to and/or concerning my affairs, my estate, my trust, my interests, my essence, my property, my accounts, your assistance is not warranted, necessary, and/or needed henceforth;

**DISTRICT OF COLUMBIA ORGANIC ACT OF 1871 FORTY FIRST CONGRESS, Sess III. CH. 62. 1871**
Sec. 17. And be it further enacted, That the legislative assembly shall not pass special laws in any of the following cases, that is to say: ... regulating the practice in courts of justices of the peace, police magistrates, or constables; providing for changes of venue in civil or criminal cases, or swearing and impaneling jurors; **remitting fines, penalties, or forfeitures; the sale or mortgage of real estate belonging to minors or others under disability;** changing the law of descent; ...granting to any corporation, association, or individual, any special or exclusive privilege, immunity, or franchise whatsoever, The legislative assembly shall have no power to ... authorize any company or individual to issue notes for circulation as money or currency.

Sec. 20. And be it further enacted, That the said legislative assembly shall not have power to pass any ex post fact law, nor law impairing the obligation of contracts, nor to tax the property of the United Sates, nor to tax the lands, or other property of nonresidents higher than the lands or other property of residents; ..., as hereinafter [herein before] provided.

**AND TAKE FURTHER NOTICE THAT i, (LILY HELEN KO)**, did not consent for me or my private property to being a 14th amendment section 1 citizen of the U.S. or state of (**CALIFORNIA**) or any other state sub-class, minor, infant, incompetent person and/or entity and disaffirm any other obligation entered into knowingly or otherwise any other quasi-consent, especially since this was done while i was considered/construed a baby/infant/incompetent person/minor, as such contracts would have put me under legal disability to contract, and not capable of such a contract, as the above mention (1879) (**CALIFORNIA**) Constitution said.

**AND TAKE FURTHER NOTICE THAT i,** "(**Lily Helen Ko**), of the age of Majority," Reserve my right to sue you and all your agency and contractors administratively or otherwise for using my name or my property (**LILY HELEN KO**), OF THE AGE OF MAJORITY/ (**LILY HELEN KO**) FOUNDATION. That as a direct result of Executive Order's 2039 & 2040, and **The Emergency Economic Banking Relief Act of March 9, 1933, and The Gold Repeal Act of June 5 and 6, 1933**; that my use of any emergency script it's only because i have not been given my correct allowance and have no access to lawful monies, and i do hereby accept and declare my own state of emergency what respects to my financials, my estate, and my interest commercially and otherwise.

**AND TAKE FURTHER NOTICE THAT** the material facts giving rise to the constitutional question are as follows:

15. unalienable rights, protected by Original (1879) (**CALIFORNIA**), in particular the right of travel have been violated; in the past.
"that the authority of the department of safety and DMV is limited to only the commercial users of the public ways and that the corporate state employees have, by their silence, failed to fully inform the sovereign people of this state that an automobile has been confirmed, to be "private property" defined by current UCC 9-109, as "household goods" and "consumer goods" not for commercial use or for profit or gain. Further, the courts have found that corporate public servants **who ignore their accountability as mandated in the Bill of Rights have by their** silence and failure **to fully inform the sovereign people of the consequences arising from the** corporate "offer to **contract," is deemed silent deception and inducement by fraud.**

16. unalienable rights **were violated; protected by Original (CALIFORNIA) Constitution and the** Northwest Ordinance of **1789 The right of the people to be secure in their persons, houses,** papers and effects, **against unreasonable seizures and searches shall not be violated; and no** warrant shall issue **but on probable cause, supported by oath or affirmation, particularly** describing the place to be searched, and the persons and things to be seized.

In accordance with the Emancipation Proclamation issued by Executive Order of President Abraham Lincoln On January 1, 1863 and the **still-standing order** of Abraham Lincoln acting as Commander-in-Chief of the United States Army and Navy, all Federal Officers and Government Officials in every capacity and at every level **are given Notice** of the following:

That on the first day of January, in the year of our Lord one thousand eight hundred and sixty-three (1863), **all persons held as slaves within any State or designated part of a State, the people whereof shall then be in rebellion against the United States, shall be then, thenceforward, and forever free;** and the Executive Government of the United States, including the military and naval authority thereof, will recognize and maintain the freedom of such persons, and will do no act or acts to repress such persons, or any of them, in any efforts they may make for their actual freedom "
— President and Commander-in-Chief.

The President issued the Emancipation Proclamation in the midst of the Civil War by an Executive Order on January 1, 1863, under his authority as Commander in Chief of the Army and Navy, pursuant to Article II, section 2 of the United States Constitution, and relying on martial power to suspend civil law in those states which were in rebellion; and

**WHEREAS,** The Emancipation Proclamation applied in ten states, specifically: Arkansas, Texas, parts of Louisiana, Mississippi, Alabama, Florida, Georgia, South Carolina, North Carolina, and parts of Virginia, that were still in rebellion in 1863; it did not cover the nearly 500,000 slaves in the slave-holding border states of Missouri, Kentucky, Maryland or Delaware; and

**WHEREAS,** The Proclamation provided the legal framework for the emancipation of nearly all four million slaves as the Union Armies advanced, and committed the Union to ending slavery, which was accomplished by July 1865 when nearly all four million slaves were freed; and

**WHEREAS,** The Proclamation also announced that the freed slaves would be accepted into the

Union Army and Navy, enabling the liberated to become liberators, so that by the end of the war almost 200,000 African-American soldiers and sailors had fought for the union and freedom; and

**WHEREAS,** The Proclamation served as a forerunner to the passage by the Congress of the United States, and the ratification by the states in 1865, of the Thirteenth Amendment which ensured the abolition of slavery everywhere in the United States; and That numerous persons named after states and people have been press-ganged, kidnapped, and enslaved for the profit of private, mostly foreign-owned corporations and that those persons have been deliberately manipulated by those responsible so as to bring false claims against the actual states of the union and the actual people of the United States;

That all these persons are considered slaves and treated as criminals by definition under the 14th Amendment to the Constitution of the United States of America and that they do or have in the past included a **foreign situs trust** called (**Lily Helen Ko**), a Cestui Que Vie ESTATE trust called (**LILY HELEN KO**), and a public transmitting utility called (**LILY HELEN KO**);

That all these similarly named corporate franchises have been created and operated without the knowing consent and agreement of the **free-born living Woman (Lily Helen Ko)** who was never told about this abuse of (**her**) given name this infringement upon (**her**) copyright and this disrespect of (**her**) position as Holder in Due Course and Entitlement Holder of (**her**) earthly estate and who is not at fault for the mismanagement of these corporate franchises;

That the living Woman (**Lily** Helen Ko) is not deceived and is owed (**her**) freedom and (**her**) estate free and clear of all false presumptions, claims, debts, deliberate confusions and acts of personage against (**her**) and against (**her**) private property including (**her**) inherited Trade Names: (**Lily Helen Ko**), (**Lily H. Ko**), and (**Lily Ko**);

That the living Woman (**Lily Helen Ko**) relies upon the Emancipation Proclamation to secure the willing and ready assistance (**she**) requires of all federal officials and officers at every level including federal state and territory officials to honor and assist in emancipating –that is—liquidating all of the en legis slaves on paper that have been named after (**her**) and used as a means to control and defraud (**she**) of (**her**) estate.

AND TAKE FURTHER NOTICE THAT i, (**Lily Helen Ko**), of the age of Majority, DEMAND, for you to put the name (**LILY HELEN KO**), OF THE AGE OF MAJORITY; (**LILY HELEN KO**) FOUNDATION, ON THE **DO NOT STOP, DO NOT DETAIN LIST** FOR WASHINGTON D.C., (**CALIFORNIA**) STATE and all the OTHER STATES. **i** reserve as well as retain all rights protected by above said DISTRICT OF COLUMBIA AND STATE OF (**CALIFORNIA**) STATE Constitutions, inalienable as well as alienable rights as i determine at any given time. **i** do not accept nor do i recognize any rights afforded to any individual, entity, person under the 14th amendment section 1 of the United States Constitution, and waive any part of said privileges and/or benefits associated thereto. TAKE NOTICE THAT there will be a charge of **$12,000.00** and up dollars against you and your agencies or contractors, this shall constitute an ill revocable contract where you agree to pay this amount to me, (**Lily Helen Ko**), of the age of Majority in the Name (**LILY HELEN KO**), FOR THE TRESPASS of my unalienable rights, protected by the Original (1879) (**CALIFORNIA**) State Constitution and District of Columbia Organic Act of 1871 Forty First Congress, Sess III. CH. 62. 1871.

As owner of said certificate, securities, bond, Estate, agency, trust, properties, assets etc., al., **i** am lawfully entitled to oversee, manage, and maintain power of attorney in fact were respects the aforementioned properties and shall never consent to the otherwise.

**AND TAKE FURTHER NOTICE THAT THIS IS A CONTRACT, your failure to answer and rebut this affidavit is acquiescence as recognized by basic fundamental due process requirements respecting notification, you have 72 hrs. to answer, then this contract is law. i declare under penalty of perjury under the Constitution of the United States of America and of the state of (California) that the aforegoing is accurate as attested so help me God." " "**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*A SERIOUS EMERGENCY EXISTS/EXTANT!!!!!!!!!!\*\*\*\*\*\*\*\*\*\*\*\*\*\***

*"Be it enacted by the Senate and the House of Representative of the United States of America in Congress assembled, That the Congress hereby declares that a serious emergency exists and that it is imperatively necessary speedily to put into effect remedies of uniform national application."*

*"Whereas, under the Act of March 9, 1933, all Proclamations heretofore or hereafter issued by the President pursuant to the authority enforced by section 5(b) of the Act of October 6, 1917, as amended, are approved and confirmed;" [President Roosevelt's Proclamation 2040].*

*"During time of war or during any other period of national emergency declared by the President, the President may, through any agency that he may ... regulate, or prohibit under such rules and regulations ... by means of licensure... any ... transactions of credit between or payments by banking institutions as defined by the President and ... currency, by any person within the United States or anyplace subject to the jurisdiction thereof." [Title 1, Sec. 2, 48 Statute 1, March 9, 1933]*

*"Bank holiday of 1933. Presidential Proclamations No. 2039, issued March 6, 1939, and No. 2040, issued March 9, 1933, temporarily suspended banking transactions by member banks of the Federal Reserve System... The first proclamation, it was held, had no authority in law until the passage on March 9, 1933, of a ratified act (12 U.S.C.A. § 95b). The present law forbids member banks of the Federal Reserve System to transact banking business, except under regulations of the Secretary of the Treasury, **during an emergency proclaimed by the President**. 12 U.S.C.A. § 95." [Black's Law Dictionary, 5th Edition];*

*"The Secretary of the Treasury will issue licenses to banks which are members of the Federal Reserve system whether national bank or state, located in each of the 12 Federal Reserve bank cities, to open Monday morning." [President Roosevelt's papers]*

*"When required to do so by the Secretary of the Treasury, each Federal Reserve agent shall act as agent of the Treasurer of the United States or of the Comptroller of the currency, or both, for the performances of any functions which the Treasurer or the Comptroller may be called upon to perform in carrying out the provisions of this paragraph. [48 Stat. 1]*

*"Whenever in the judgment of the Secretary of the Treasury such action is necessary to protect the currency system of the United State, the Secretary of the Treasury, in his discretion, may regulate any or all individuals, partnerships, associations and corporations to pay and deliver to the Treasurer of the United States any or all gold*

*... Whoever shall not comply with the provisions of this act shall be fined not more than $10,000 or if a natural person, may in addition to such fine may be imprisoned for a year, not exceeding ten years." [Stat 48, Section 1, Title 1, Subsection N, March 9, 1933]*

*"During this banking holiday it was at first believed that some form of script or emergency currency would be necessary for the conduct of **ordinary business**. We knew that it would be essential when the banks reopened to have **an adequate supply of currency to meet all possible demands** ... On March 7, 1933, the Secretary of the Treasury issued a regulation authorizing clearing houses to issue demand certificates ... this authority was not to become effective until March 10th ... after the passage of **the Emergency Banking Act of March 9, 1933** (48 Stat. 1) ... the act made possible the issue of the necessary amount of emergency currency in the form of **Federal Reserve Bank Notes** which could be based on any sound assets owned by the banks." [Roosevelt's papers]*

*"That (a) every provision contained in or made with respect to any obligation which purports to give the obligee a right to require payment in gold or particular kind of coin or currency, or in as amount of money of the United States measured thereby is declared to be against public policy; and no such provision shall be contained in or made with respect to any obligation hereafter incurred." **[THE GOLD REPEAL ACT of** June 5, 1933]*

The new currency was supposed to be Federal Reserve Bank Notes. These notes were to be backed by "direct obligations of the United States" which are Treasury notes. However, what we have today in circulation is emergency currency, i.e. for lack of a better term emergency [non- value] currency. The treasury on its own website has admitted that the Federal Reserve note, [not to be mistaken for the Federal Reserve bank note, which is backed by the full faith and credit of the United States government, i.e. legal tender], has no value at all, and is backed by nothing- Federal Reserve notes are not redeemable in gold, silver or any other commodity, and receive no backing by anything This has been the case since 1933. The notes have no value for themselves."

`https://www.treasury.gov/resource-center/faqs/Currency/Pages/legal- tender.aspx`

This can be further proven by excepts from the Congressional Record during the debate over the Emergency Banking Act of 1933.

    **a.** **[Mr. McPhadin] "... The first section of the bill, as I grasped it, is practically the war powers that were given back in 1917. I would like to ask the chairman of the committee if this is a plan to change the holding of the security back of the Federal Reserve notes to the Treasury of the United States rather than the Federal Reserve agent."**

    **b.** **[Mr. Stiggle] "This provision is for the issuance of Federal Reserve bank notes; and not for Federal Reserve notes; and the security back of it is the obligations, notes, drafts, bills of exchange, bank acceptances, outlined in the section to which the gentleman has referred."**

1. in 1934 the Supreme Court announced that the banking emergency was still ongoing HOME BLDG. & LOAN ASS'N v. BLAISDELL, (1934) "Appellant contests the validity of chapter 339 of the Laws of Minnesota of 1933, p. 514, approved April 18, 1933, called the Minnesota Mortgage Moratorium Law, [290 U.S. 398, 416] The act provides that, **during the emergency declared to exist...**"

2. Did you see the Supreme Court of the United States stated that case that started April 1933 was relevant to the **EMERGENCY DECLARED TO EXIST**, present tense.

3. In fact, **The Emergency** was not to end until there was another Executive Order and/or declaration"

Recognizing the limitations of the legal authority the President had cited for his declaration of a national bank holiday, the legislation amended § 5(b) of the Trading with the Enemy Act to allow it to be used not only in time of war but also "during any other period of national emergency declared by the President." The banking legislation also declared that "a serious emergency exists," conferred extensive discretionary powers over the banking and currency systems on the President and the basis of this expansive statutory authority, the President in Proclamation No. 2040 on March 9 extended the national emergency and the bank holiday he had declared on March 6 "until further proclamation by the President", In the middle of that decade the Senate created a Special Committee on National Emergencies and Delegated Emergency Powers to conduct an investigation into Presidential use and abuse of emergency powers.

On the basis of that Committee's findings and recommendations, Congress in 1976 enacted the "National Emergencies Act." The Act repealed several statutory delegations of emergency powers and, in addition, imposed a number of controls on the President's exercise of emergency powers, as follows:

**(1) With one pertinent exception, it terminated "all powers and authorities possessed by the President, any other officer or employee of the Federal Government, or any executive agency, ... as a result of the existence of any declaration of national emergency in effect on September 14, 1976." The Senate Special Committee had found** *that not only President Roosevelt's 1933 proclamation of a national emergency* **but also a proclamation by President Truman and two by President Nixon were still extant. Technically, the National Emergencies Act did not repeal or terminate those four declarations of national emergency.**

    i. EXTANT- it's the legalese word, it means still in existence, still active, still binding, still alive, it means that it hasn't been repealed. This was the 1976 Senate stating for a fact, that the declarations issued by Pres. Roosevelt in 1933 respecting the national emergency, were still in effect, imagine that we are still in a national emergency after all these years, Government do anything right?

    4. It must be noted that the **emergency holiday** foresaw the necessity for ordinary business to be conducted, however, this was with the provision that there would be an adequate supply of currency to meet demand, I never received my adequate supply of currency as was promised and as such I cannot operate or conduct ordinary business during the emergency, which means my government has failed to provide me a remedy which it is under obligation to do so.

**provisions of this section are concerned, yes."——————— [It is from this that we can deduce that there was no intention of Congress to stand behind Federal Reserve notes, as the statute known as the emergency economic making relief act of March 9, 1933 never authorize the use of Federal Reserve notes, it specifically stated that they were to be Federal Reserve bank notes].———**

**d. [Mr. Britain} "From my observations of the bill as it was read to the House, it would appear that the amount of bank notes that might be issued by the Federal Reserve System is not limited. That will depend entirely upon the mount of collateral that is presented from time to time from exchange for bank notes. Is that not correct?"**

**e. [McPhadin] "Yes, I think that is correct."**

## THE EMERGENCY CONTINUES

In 1934 the Supreme Court announced that the banking emergency was still ongoing HOME BLDG. & LOAN ASS'N v. BLAISDELL, (1934) "Appellant contests the validity of chapter 339 of the Laws of Minnesota of 1933, p. 514, approved April 18, 1933, called the Minnesota Mortgage Moratorium Law, [290 U.S. 398, 416] The act provides that, **during the emergency declared to exist...**"

The Supreme Court of the United States stated that case that started April 1933 was relevant to the **EMERGENCY DECLARED TO EXIST**, present tense. In fact, **The Emergency** was not to end until there was another Executive Order and/or declaration "

'Recognizing the limitations of the legal authority the President had cited for his declaration of a national bank holiday, the legislation amended § 5(b) of the Trading with the Enemy Act to allow it to be used not only in time of war but also "during any other period of national emergency declared by the President." The banking legislation also declared that "a serious emergency exists," conferred extensive discretionary powers ... the President in Proclamation No. 2040 on March 9 extended the national emergency and the bank holiday he had declared on March 6 "**until further proclamation by the President**", In the middle of that decade the Senate created a Special Committee on National Emergencies and Delegated Emergency Powers to conduct an investigation into Presidential use and abuse of emergency powers.

On the basis of that Committee's findings and recommendations, Congress in 1976 enacted the "National Emergencies Act." The Act repealed several statutory delegations of emergency powers and, in addition, imposed a number of controls on the President's exercise of emergency powers, as follows:

**(1) With one pertinent exception, it terminated "all powers and authorities possessed by the President, any other officer or employee of the Federal Government, or any executive agency, ... as a result of the existence of any declaration of national emergency in effect on September 14, 1976." The Senate Special Committee had found that not only President Roosevelt's 1933 proclamation of a national emergency ... were still extant. Technically, the National Emergencies Act did not repeal or terminate those four declarations of national emergency.**

ii. EXTANT- it's the legalese word, it means still in existence, still active, still binding, still alive, it means that it hasn't been repealed. This was the 1976 Senate stating for a fact, that the declarations issued by Pres. Roosevelt in 1933 respecting the **national emergency**, were still in effect, imagine that we are still in a national emergency after all these years, Government do anything right?

It must be noted that the **emergency holiday** foresaw the necessity for ordinary business to be conducted, however, this was with the provision that there would be an adequate supply of currency to meet demand, I never received my adequate supply of currency as was promised and as such I cannot operate or conduct ordinary business during the emergency, which means my government has failed to provide me a remedy which it is under obligation to do so.

AND TAKE FURTHER NOTICE THAT **i**, (Lily Helen Ko), of the age of Majority, DEMAND, for you to put the name (LILY HELEN KO), OF THE AGE OF MAJORITY; (LILY HELEN KO) FOUNDATION, ON THE DO NOT STOP, DO NOT DETAIN LIST FOR WASHINGTON D.C., CALIFORNIA STATE and all the OTHER STATES. i reserve as well as retain all rights protected by above said DISTRICT OF COLUMBIA AND STATE OF CALIFORNIA STATE Constitutions, inalienable as well as alienable rights as **i** determine at any given time.

i do not accept nor do i recognize any rights afforded to any individual, entity, person under the 14th amendment section 1 of the United States Constitution, and waive any part of said privileges and/or benefits associated thereto. **TAKE NOTICE THAT** there will be a charge of **$12,000.00** and up dollars against you and your agencies or contractors, this shall constitute an ill revocable contract where you agree to pay this amount to me, (Lily Helen Ko), of the age of Majority in the Name (**LILY HELEN KO**), FOR THE TRESPASS of my unalienable rights, protected by the Original 1879 California State Constitution and District of Columbia Organic Act of 1871 Forty First Congress, Sess III. CH. 62. 1871.

As owner of said certificate, securities, bond, Estate, agency, trust, properties, assets etc., al., **i** am lawfully entitled to oversee, manage, and maintain power of attorney in fact were respects the aforementioned properties and shall never consent to the otherwise.

**Affidavit of Pledged Collateral Security in the interest of the United States Government**

<u>Assignment of Revisionary Interest in (LILY HELEN KO) (U.S. CITIZEN/STATE AGENCY -
Collateral (9654767654257751L10251967)) to the United States Government by way of the
District Director of Internal Revenue in the interest of the United States Government</u>

In accordance with 12 U.S. Code § 95 a (2); i, **(Lily Helen Ko) (Power of Attorney & Beneficiary
CAF# ON-FILE)** on behalf of **(LILY HELEN KO) (U.S. CITIZEN/STATE AGENCY)** pledge, guaranteed
by collateral (**9654767654257751L10251967**) (18 U.S. Code § 8 - Obligation or other security of
the United States defined) have fully assigned the reversionary interest in **(LILY HELEN KO)** to the
United States Government by way of the District Director of Internal Revenue in the interest of the
United States Government. i am aware that the Government obligation refers to a public debt
obligation of the United States Government (in accordance with 31 CFR 225.2) and an obligation
whose principal and interest is unconditionally guaranteed by the United States Government (in
accordance with 31 U.S. Code § 3123 - Payment of obligations and interest on the public debt and
12 U.S. Code § 411 - Issuance to reserve banks; nature of obligation; redemption). Interest accruing
upon Government obligations pledged to the United States by way of the District Director of
Internal Revenue in accordance with this part will be remitted to **(LILY HELEN KO)**. Please review
31 U.S. Code § 3123 and IRM 5.6.1.1 (10-25-2011) Collateral Agreements (6-2).

### 18 U.S. Code § 8 - Obligation or other security of the United States defined

The term "obligation or other security of the United States" includes all bonds, certificates of
indebtedness, national bank currency, Federal Reserve notes, Federal Reserve bank notes, coupons,
United States notes, Treasury notes, gold certificates, silver certificates, fractional notes, certificates
of deposit, bills, checks, or drafts for money, drawn by or upon authorized officers of the United
States, stamps and other representatives of value, of whatever denomination, issued under any Act
of Congress, and canceled United States stamps.

### 12 U.S. Code § 95 a (2) - Regulation of transactions in foreign exchange of gold and silver; property transfers; vested interests, enforcement and penalties

Any payment, conveyance, transfer, assignment, or delivery of property or interest therein, made to
or for the account of the United States, or as otherwise directed, pursuant to this section or any rule,
regulation, instruction, or direction issued hereunder shall to the extent thereof be a full
acquittance and discharge for all purposes of the obligation of the person making the same; and no
person shall be held liable in any court for or in respect to anything done or omitted in good faith in
connection with the administration of, or in pursuance of and in reliance on, this section, or any
rule, regulation, instruction, or direction issued hereunder.

**i AM NOT BANKRUPT AND DID NOT CONSENT TO THE COMMANDEERING OF MY
PROPERTY AT NO TIME NOR TO THE SURRENDERING OR THE SUSPENDING OF ANY
OF MY RIGHTS / PROPERTY / OR OTHERWISE. i AM NOT AN ENEMY BUT A FRIEND OF
THE UNITED STATES OF AMERICA AND i REBUT ANY PRESUMPTION TO THE
CONTRARY!!!!!!!!!!!!!!!!!!!!**

date *18th August 2022*

Done in good faith;  (seal)
Given for patent right;
All rights retained, without prejudice;

*by: Lily-Helen Ko, beneficiary*

By:_____
(Lily Helen Ko)- Power of Attorney & Beneficiary (CAF# ON-FILE) on behalf of (LILY HELEN KO) (U.S. CITIZEN/STATE AGENCY)

## COLLATERAL AGREEMENT

**Pledged Collateral (9654767654257751L10251967); Assignment of Revisionary Interest in (LILY HELEN KO) (U.S. CITIZEN/STATE AGENCY) to the United States Government by way of the District Director of Internal Revenue in the interest of the United States Government**

This collateral agreement is executed by **(Lily Helen Ko) (Power of Attorney & Beneficiary CAF# ON-FILE)** on behalf of **(LILY HELEN KO) (U.S. CITIZEN/STATE AGENCY)** and collateral **(9654767654257751L10251967) (18 U.S. Code § 8 - Obligation or other security of the United States defined)** which will ensure the performance and terms of this agreement. *Please review IRM 5.6.1.1 (10-25-2011) Collateral Agreements (1).*

i, **(Lily Helen Ko)** pledge, guaranteed by collateral **(9654767654257751L10251967)**; to the United States (hereinafter called the Government), by way of the District Director of Internal Revenue, regarding all past, present, and future public debt obligation incurred by **LILY HELEN KO)** within the United States Government as per **31 CFR 225.2 - Government obligation**. To honor the pledge of **(LILY HELEN KO) (U.S. CITIZEN/STATE AGENCY)**, i fully assign the reversionary interest in **(LILY HELEN KO)** to the United States Government as per 12 U.S. Code § 95 a (2), by way of the District Director of Internal Revenue in the interest of the United States Government. **Please review IRM 5.6.1.2 (10-25-2011) Types of Acceptable Securities, 18 U.S. Code § 8 - Obligation or other security of the United States defined and IRM 5.6.1.1 (10-25-2011) Collateral Agreements (6-1).**

i am aware that the Government obligation refers to a public debt obligation of the United States Government and an obligation whose principal and interest is unconditionally guaranteed by the United States Government. **Please review 31 CFR 225.2, 31 U.S. Code § 3123 - Payment of obligations and interest on the public debt, 12 U.S. Code § 411 - Issuance to reserve banks; nature of obligation; redemption and IRM 5.6.1.1 (10-25-2011) Collateral Agreements (6).** The value of said collateral is sufficient to protect the interest of the Government throughout the life of this agreement. Considerations were given regarding possible market fluctuations prior to giving value to said collateral. Please utilize pledged collateral **(9654767654257751L10251967)** to resolve all public debt obligations including tax liabilities in connection with **(LILY HELEN KO)**.

Nothing shall affect or impair the priority of any claim of the United States against Government obligations. **Please review IRM 5.6.1.1 (10-25-2011) Collateral Agreements (6), 31 CFR 225.2, 31 U.S. Code § 3123 and 12 U.S. Code § 411**. The District Director of Internal Revenue or assignees will take all reasonable and appropriate steps to ensure that all procedures or transactions conform **to the appropriate provisions thereof including precautionary measures** taken to safeguard the collateral. **Please review IRM 10.2.13, Information Protection.**

Collateral shall be deposited with the district director or, in his/her discretion, with a responsible financial institution acting as escrow agent.
Interest accruing upon Government obligations pledged to the United States by way of the District Director of Internal Revenue in accordance with this part will be remitted to

(LILY HELEN KO). **Please review 31 U.S. Code § 3123 and IRM 5.6.1.1 (10-25-2011) Collateral Agreements (6-2).** The District Director will return the Government obligations, and any interest retained therefrom, to **(LILY HELEN KO)**, without written application from **(LILY HELEN KO)**, when the District Director determines that the Government obligations are no longer required under the terms of the collateral agreement.

Please contact me regarding this matter should any question(s) arise,

date 18th August 2022

Done in good faith;                    (seal)
Given for patent right;
All rights retained, without prejudice;

by: *by: Lily-Helen: Ko, beneficiary*
(Lily Helen Ko)- Power of Attorney & Beneficiary (CAF# ON-FILE) on behalf of (LILY HELEN KO) (U.S. CITIZEN/STATE AGENCY)

**12 U.S. Code § 95 a (2) - Regulation of transactions in foreign exchange of gold and silver; property transfers; vested interests, enforcement and penalties**
(2) Any payment, conveyance, transfer, assignment, or delivery of property or interest therein, made to or for the account of the United States, or as otherwise directed, pursuant to this section or any rule, regulation, instruction, or direction issued hereunder shall to the extent thereof be a full acquittance and discharge for all purposes of the obligation of the person making the same; and no person shall be held liable in any court for or in respect to anything done or omitted in good faith in connection with the administration of, or in pursuance of and in reliance on, this section, or any rule, regulation, instruction, or direction issued hereunder.

**12 U.S. Code § 411 - Issuance to reserve banks; nature of obligation; redemption**
Federal reserve notes, to be issued at the discretion of the Board of Governors of the Federal Reserve System for the purpose of making advances to Federal reserve banks through the Federal reserve agents as hereinafter set forth and for no other purpose, are authorized. The said notes shall be obligations of the United States and shall be receivable by all national and member banks and Federal reserve banks and for all taxes, customs, and other public dues. They shall be redeemed in lawful money on demand at the Treasury Department of the United States, in the city of Washington, District of Columbia, or at any Federal Reserve bank.

**31 CFR 225.2 – Definitions - Government obligation**
Government obligation means a public debt obligation of the United States Government and an obligation whose principal and interest is unconditionally guaranteed by the United States Government.

**18 U.S. Code § 8 - Obligation or other security of the United States defined**
The term "obligation or other security of the United States" includes all bonds, certificates of indebtedness, national bank currency, Federal Reserve notes, Federal Reserve bank notes, coupons, United States notes, Treasury notes, gold certificates, silver certificates, fractional notes, certificates of deposit, bills, checks, or drafts for money, drawn by or upon authorized officers of the United States, stamps and other representatives of value, of whatever denomination, issued under any Act of Congress, and canceled United States stamps.

# NOTICE OF INTENT

The accompanying documents are private. Any presumption of criminal intent which would result in an unwarranted conclusion of law that
(Lily Helen Ko) (American National/Power of Attorney & Beneficiary CAF# ON-FILE)
on behalf of (LILY HELEN KO) (U.S. CITIZEN/STATE AGENCY) and
(LILY HELEN KO) (U.S. CITIZEN/STATE AGENCY) is involved in a material scheme or artifice to defraud financial institutions (including foreign financial institutions that are without the United States or the United States Government) within the United States or the United States Government is herein rebutted.

This and subsequent transactions actions of the presenter/drawer should in no way be deemed to be knowingly and intentionally adversely affecting interstate or foreign commerce, or attempting or conspiring to use any counterfeit, fictitious, altered, forged, lost, stolen, or fraudulently obtained debt instrument to obtain money, goods, services, or anything else or value (See 15 United States Code §1693). No construction should be placed on the action of the drawer that the intent is an unlawful attempt to access a fictitious account. This transaction is the product of a private contract (Collateral Agreement - Pledged Collateral (9654767654257751L10251967)) which has been pledged to the United States Government by way of the District Director of Internal Revenue in the interest of the United States Government.

All that said ATTORNEY GENERAL NON-ADVERSE, NON-BELLIGERENT, NON-COMBATANT PARTY shall lawfully do or cause to be done under the authority of this power of ATTORNEY GENERAL NON-ADVERSE, NON-BELLIGERENT, NON-COMBATANT PARTY is express emergency approval . ALL VALID BY THE PRESCRIPTION OF THE LAW OF NECCESITY AND THE DOCTRINES OF UNCONSCIONABILITY AND LA MORT SAISIT LE VIF IN ACCORDANCE WITH APPLICABLE LAWS, CARDINAL ORDERS, ORDINAL ORDERS, AND COMMERCIAL STANDARD; PROVIDES FOR FULL ABSOLUTION THROUGH REDEMPTION.

The spelling, sentence structure, sentence context, the omissions, and or intermissions do not add or take away from the validity of this instrument if anything is held to be invalid and does not invalidate any other section or the impact or validity of the instrument in its entirety.

Done in good faith;                                    (seal)
Given for patent right;
All rights retained, without prejudice;
by: *by: Lily-Helen: Ko, bene.*

*18th August 2022*

date

Lily Helen Ko
The Beneficial Owner of the Cestui Que Vie Equitable Trust

# A C K N O W L E D G M E N T

Notice: Use of notary shall not be construed against declarant as adhesion, indicia, nor submission to any foreign, domestic, or municipal jurisdiction or presumed contract;

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _Sonoma_ _ _ _ _ _ _ _ _ _ _ _

On _August 18, 2022_ _ _ _ _ _ _ before me,_Kimberly Ann Veik, Notary Public_
                                                    (insert name and title of the officer)

personally appeared _Lily Helen Ko_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ ,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct. WITNESS my hand and official seal.

Signature _Kimberly Ann Veik_                        (Seal)

KIMBERLY ANN VEIK
Notary Public · California
Marin County
Commission # 2290439
My Comm. Expires May 28, 2023

Page 1 of 1

# EXHIBIT 'J'

GABRIELLA CÁZARES-KELLY, RECORDER
Recorded By: MRR
DEPUTY RECORDER
5019
MAIL
LILY KO
GENERAL DELIVERY
150 RALEYS TOWNE CENTER
ROHNERT PARK CA  94928





SEQUENCE:                20222310393
NO. PAGES:                        23
08/19/2022
13:55:49

DOCUMENT TITLE:

# AFFIDAVIT OF LIFE

i, Frank Leonardo of the house of Ko Sharma, Affiant, being over the age of eighteen (18) years (at age of majority), competent to witness does state for the public record the following:

1. That the public record on file with the Office of the Registrar of the Commonwealth of California, shows that the entity known as FRANK LEONARDO KO SHARMA, took the first breath of life on the Sixteenth day of the month of August in the year two-thousand one (16th August 2001);

2. That as of the date of this Affidavit of Life the entity known as Frank Leonardo of the house of Ko Sharma, is still alive and breathing, and

3. Since the Sixteenth day of the month of August in the year two-thousand one (16 August 2001) has not surrendered nor abandoned any claims of life nor of any and all claims of estate to include but not limited to FRANK LEONARDO KO SHARMA, and

4. Further Affiant saith naught;

i, Frank Leonardo of the house of Ko Sharma, do affirm that i have read the above affidavit and do know the contents to be true, correct, complete, and not misleading, the truth, the whole truth, and nothing but the truth;

Done in good faith;                          (seal)
Given for patent right;
All rights retained, without prejudice;
by: Frank Leonardo. Ko Sharma, *bene*

date 8·15·22

Frank Leonardo of the house of Ko Sharma          Right Thumb Print

**WITNESSES**

General Post Office
Anytown, Anystate

General Post Office
Anytown, Anystate

We, the undersigned witnesses, attest that we individually and collectively know the entity known as Frank Leonardo Ko Sharma to be alive and breathing and that he is not lost beyond the sea,
but walks among us upon the land, and that we did witness his affix his autograph to the above AFFIDAVIT OF LIFE and also to place his right thumb print in his own blood upon this document;

Exhibit A
Corpus Juris Secundum
Section 16, Page 892:

FACT OF DEATH:  Death of the person on whose estate administration is sought is a jurisdiction requisite; and while the presumption of death arising from absence may present a prima facie case sufficient to warrant a grant of administration, yet if it subsequently develops that such person was in fact alive, the administration is void.

While it is true that the presumption of death arising from a person's absence, unheard from, for a considerable length of time, see "Death Section 6", may present a prima facie case sufficient to warrant a grant of administration on his estate, the arising of such presumption does not take the case out of the operation of the general rule on the subject, and if it is made to appear that the person was in fact alive at the time such administration was granted, the administration is absolutely void.  Although, that payment to an administrator of an absentee who is not in fact dead is no defense against the absentee or his legal representative, nor are costs and disbursement incurred by such administrator a legal charge against the absentee or his property; but where the administrator has paid debts of the absentee, he is subrogated to the rights of the creditors whom he has paid.  It has been considered, however, that the invalidity of the administration does not relate back, but that it is invalid only the time when the presumptions of death is rebutted.

**Exhibit B**



# Cestui Que Vie Act 1666

**1666 CHAPTER 11**

## An Act for Redresse of Inconveniences by want of Proof of the Deceases of Persons beyond the Seas or absenting themselves, upon whose Lives Estates doe depend.

**Annotations:**
**Editorial Information**
**X1** Abbreviations or contractions in the original form of this Act have been expanded into modern letting in the text set out above and below.
**Modifications etc. (not altering text)**
**C1** Short title "The Cestui que Vie Act 1666" given by Statute Law Revision Act 1948 (c 62), Sch 2
**C2** Preamble omitted in part under authority of Statute Law Revision Act 1948 (c.62), sch.1
**C3** Certain words of enactment repealed by Statue Law Revision Act 1888 (c.3) and remainder omitted under authority of Statute Law Revision Act 1948 (c.62), s.3

**Annotations:**
**Editorial Information**
**X1** Abbreviations or contractions in the original form of this Act have been expanded into modern lettering in the text set out above and below.
**Modifications etc. (not altering text)**
**C1** Short title "The Cestui que Vie Act 1666" given by Statute Law Revision Act 1948 (c.62). Sch 2
**C2** Preamble omitted in part under authority of Statute Law Revision Act 1948 (c.62). sch.1
**C3** Certain words of enactment repealed by Statute Law Revision Act 1888 (c.3) and remainder omitted under authority of Statute Law Revision Act 1948 (c.62), s.3

**I] Cestui que vie remaining beyond Sea for Seven Years together and no Proof of their Lives, Judge in Action to direct a Verdict as though Cestui que vie were dead.**

If such person or persons for whose life or lives such Estates have been or shall be granted as aforesaid shall remain beyond the Seas or elsewhere absent themselves in this Realm by the space of seven years together and not sufficient and evident proof be made of the lives of such persons respectively in any Action commenced for recovery of such Tenements by the Lessors or Reversioners in every such case the person or persons upon whose life or lives such Estate depended shall be accounted as naturally dead, And in every Action brought for the recovery of said Tenements by the Lessors or Reversioners their Heirs or Assignees, the Judges before whom such Action shall be brought shall direct the Jury to give their Verdict as if the person so remaining beyond the Seas or otherwise absenting himself were dead.

**II] ......................................F1**

**Annotations:**
**Amendments (Textual)**
**F1** S. II repealed by Statue Law Revision Act 1948 (c.62), Sch. 1

**III] ......................................F2**

**Annotations:**
**Amendments (Textual)**
**F2** S III repealed by Statue Law Revision Act 1863 (c.125)

**IV] If the supposed dead Man prove to be alive, then the Title is revealed.  Action for mean Profits with Interest.**

**X2**Provided always That if any person or (x3person or] persons shall be evicted out of any Lands or Tenements by virtue of this Act, and afterwards if such person or persons upon whose life or lives such Estate and Estates depend shall return again from beyond the Seas, or shall on proof in any Action to be brought for recovery of the same [to] be made appear to be liveing; or to have been living at the time of the Eviction That then and from thenceforth the Tennant and Lessee who was outed of the same his or their Executors Administrators or Assignees shall or may reenter repossesses have hold and enjoy the said Lands or Tenements in his or their former Estate for and during the Life or Lives the said Estate or Estates depend shall be liveing, and also shall upon Action or Actions to be brought by him or them against the Lessors or Tenements in possession or other persons respectively which since the time of the said Eviction received the Profits of the said Lands or Tenements recover for damages the full Profits of the said Lands or Tenements respectively with lawful Interest for and from the time that he or they were outed of the said Lands or Tenements or any of them respectively as well in the case when the said person or persons upon whose Life or Lives such Estate or Estates did depend are or shall be dead at the time of bringing of the said Action or Actions as if he said person or person where then liveing.]

**Annotations:**
**Editorial Information**
**X2** annexed to the Original Act in a separate Schedule
**X3** Variant reading of the text noted in *The Statutes of the Realm* as follows: O. omits [O. refers to collection in the library of Trinity

# AFFIDAVIT OF CORRECTION

STATE OF CALIFORNIA       }

                         }ss.

COUNTY OF SANTA CLARA }

i, Frank Leonardo Ko Sharma, fully aware and competent, hereby state that this Affidavit is for the purpose of correcting an error on the Birth certificate.

1. The error(s) made consist(s) of:
   The name FRANK LEONARDO KO SHARMA, that appears on the birth certificate in all capital letters is mistyped -- according to 18 United States Code § 1342 any name that is not in 'proper form' is considered a 'fictitious name';
2. The corrected amendment is:
   The name was intended to be in 'proper form' which is written as: Frank Leonardo Ko Sharma, this is what it was intended to be for my benefit;

Done by my hand as my free act and deed; Signed under the penalties of perjury on

                                     Done in good faith;               (seal)
                                     Given for patent right;
                                     All rights retained, without prejudice;
                                     by: *Frank-Leonardo, Ko-Sharma, bene.*

date 8.15.2022                        Frank Leonardo Ko Sharma

# ACKNOWLEDGMENT

Notice: Use of notary shall not be construed against declarant as adhesion, indicia, nor submission to any foreign, domestic, or municipal jurisdiction or presumed contract;

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Santa Clara

On Aug 15th, 2022 before me, Henry Ghazanchian, Notary Public
(insert name and title of the officer)

personally appeared Frank Leonardo Kosharma,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct. WITNESS my hand and official seal.

Signature _H. Ghazanchian_

> HENRY GHAZANCHIAN
> Notary Public - California
> Santa Clara County
> Commission # 2261860
> My Comm. Expires Oct 8, 2022

(Seal)

# AFFIDAVIT OF KNOWLEDGE OF FACTS

STATE OF CALIFORNIA        }
                        }ss.

COUNTY OF SANTA CLARA }

The undersigned, Ko Sharma, Frank Leonardo do hereby swear, certify, and affirm that:

1. Ko Sharma, Frank Leonardo having personal knowledge of facts set out that are admissible into evidence and if called as a witness, could testify completely thereto;
2. i am over the age of 18 (at age of majority to handle my own affairs), and domicile in California;
3. i signed and executed the back of the certificate;

Done by my hand as my free will act and deed, i declare that, to the best of my knowledge and belief, the information herein is true, correct, and complete

Executed on this day of

Done in good faith;                                    (seal)
Given for patent right;
All rights retained, without prejudice;
by: Frank-Leonardo: Ko-Sharma, bene.

date 8.15.2022            Frank Leonardo Ko Sharma

# ACKNOWLEDGMENT

Notice: Use of notary shall not be construed against declarant as adhesion, indicia, nor submission to any foreign, domestic, or municipal jurisdiction or presumed contract;

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of ___ Santa Clara ___

On __ Aug 15th, 2022 ____ before me, Henry Ghazanchian, Notary Public _____
(insert name and title of the officer)

personally appeared ___ Frank Leonardo Kosharma _____,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct. WITNESS my hand and official seal.

Signature_____

HENRY GHAZANCHIAN
Notary Public - California
Santa Clara County
Commission # 2261860
My Comm. Expires Oct 8, 2022

(Seal)

# FEE SCHEDULE AND NOTICE

**Take Notice that:** Any corporation or Natural person who, by coercion, threat, force, or demand, requires an employee, trustee, or fiduciary of the Trust to perform, produce material, answer, comply with, or act in accord with any particular act as set forth in this schedule, shall be assessed according to this schedule of fees; All intervenors agree to be held liable in their private, individual, and corporate capacity for their actions, and further may be subject to parallel claims of criminal activity including piracy, slavery (suretyship), trespassing, and breach of Fiduciary Duty, Malfeasance of Trust, Perjury, Misprision of Felony, RICO, and Forfeiture:

**Administrative Fees:**
Any Trustee of Fiduciary employed for the matter of processing this claim shall be entitled to:
5% of first $1,000,000.00; 4% of next $500,000.00; 3% of next $500,000.00; 2% over $2,000,000;

**Copyright, Trademark, Trade Name Violation:**
1. Usage of, FRANK LEONARDO KO SHARMA,©TM including all derivatives, spellings, and upper case lower case combinations and renderings of the trademark and trade name without express written consent: $1,000,000.00

**Acceptance of Presentments ( without contract ):**
2. Unauthorized Citations: $10,000.00
3. Warnings Issued on Paper: $10,000.00
4. Summons, Court Notices (without contract): $10,000.00
5. All other related items, fees, or offers: $10,000.00

**Deposition, Interrogation ( unsolicited ):**
6. Name: $10,000.00
7. Driver's License Number: $10,000.00
8. Social Security Number: $50,000.00
9. Retinal Scans: $50,000.00
10. Fingerprinting: $50,000.00
11. Photographing: $50,000.00

**DNA or Body Fluids:**
12. Mouth swab: $1,000,000.00
13. Blood samples: $1,000,000.00
14. Urine samples: $1,000,000.00
15. Breathalyzer testing: $1,000,000.00
16. Hair samples: $1,000,000.00
17. Skin samples: $1,000,000.00
18. Clothing samples: $1,000,000.00
19. Forced giving of liquids/samples: $1,000,000.00

**Obstruction of Travel, Property Search, Trespass, Theft, Carjacking, Interference with Commerce:**
20. Interference with travel (without contract or emergency): $2,000.00/minute after warning
21. Temporary detention, obstruction, or restraint (without warrant): $2,000.00/minute after warning
22. Automobile/Vessel/Car Search: $1,000,000.00
23. Body/Clothing Search: $1,000,000.00
24. Handcuffing, being tied or otherwise restricted: $1,000,000.00
25. Taking/Theft/Deprivation of Property: $10,000.00 per day
26. Jailed, Warehousing, Incarceration: $1,000,000.00 per day

**Signature, Endorsement, Autograph (SEA):**
27. Autograph under threat, duress, or coercion: $1,000,000.00

by: _Jane Sepanas_
X _Jane Ko- Sharma, rene._   **JURAT**   date: 8/15/2022

Notice: Use of notary shall not be construed against declarant as adhesion, indicia, nor submission to any foreign, domestic, or municipal jurisdiction or presumed contract;

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

Signature _____

State of California
County of _Santa Clara_

Subscribed and sworn to (or affirmed) before me on this _____
day of _Aug 15th_, 20_22_, by _Henry Ghazanchian_
_Notary Public_
proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

HENRY GHAZANCHIAN
Notary Public - California
Santa Clara County
Commission # 2261860
My Comm. Expires Oct 8, 2022

(Seal)

# NOTICE AND WARNING TO UTILITY COMPANIES

NOTICE & WARNING TO: EVERY/ALL UTILITY COMPANIES FOR EMBEZZLEMENT, THEFT BY DECEPTION & EXTORTION FAILING TO DISCHARGE ALL DEBTS PURSUANT TO 73RD CONGRESS. SESS 1. CHS. 48 49. JUNE 5, 6,1933 HJR 192 HR 1491 PUBLIC LAW 1 48 STAT 1 PUBLIC LAW 10 CHAPTER 48 STAT 112 PUBLIC LAW 73-10 40 STAT 411 TRADING WITH THE ENEMY ACT (TWEA) OCT 6, 1917 but not limited to:

Since House Joint Resolution 192 (HJR 192) (Public law 7310) was passed in 1933 we have only had debt, because all property and gold was seized by the government as collateral in the bankruptcy of the United States.

In 1863 the first Bank Act was passed. The Office of the Comptroller of the Currency (or OCC) is a US federal agency established by the National Currency Act of 1863 and serves to charter, regulate, and supervise all national banks and the federal branches and agencies of foreign banks in the United States.

The OCC was created by Abraham Lincoln to fund the American Civil War but was later transformed into a regulatory agency to instill confidence in the National Banking system and protect consumers from misleading business practices.

The Lieber Code, or General Order 100 was also created by Abraham Lincoln in 1863.

The National Bank Act (ch. 58, 12 Stat. 665, February 25, 1863) was a United States federal law that established a system of national charters for banks, the United States national banks. It encouraged development of a national currency based on bank holdings of U.S. Treasury securities, the so-called National Bank Notes. It also established the Office of the Comptroller of the Currency (OCC) as part of the Department of the Treasury. This was to establish a national security holding body for the existence of the monetary policy of the state. The Act, together with Abraham Lincoln's issuance of "greenbacks", raised money for the federal government in the American Civil War by enticing banks to buy federal bonds and taxing state bank **issued currency out of existence. The law proved defective and was** replaced by the National **Bank Act of 1864. The money was used to fund the Union army in** the fight against the **Confederacy. This authorized the OCC to examine and regulate** nationally-chartered **banks.**

The above only partially **begins to include the historical records and other Acts of Congress** that proves the US ba**nkruptcy of 1933 and that there is no money, only credit that the** American people are the Creditors.

All utilities companies knowingly have been sending their (customers) dividends but, in fact, making each recipient believe that dividend was an invoice for services provided by the utilities companies.

The utilities companies have mailed through the U.S. Mail an intentional misrepresentation of facts, unfair business practices and each utility company and agents thereof have knowingly with forethought and malice created a fraudulent debt, defrauding the Creditor, that is the recipient of said dividends, from which the utilities companies (through deception) lead the recipient to believe is an invoice.

The utilities companies in turn then extract through extortionate measures payment from the customers instead of the utilities companies informing those same recipients that this dividend is in actuality payment to the recipient as a charged off debt pursuant to the incorporated in entirety documented evidence provided herein.

ALL utilities companies have thus created a convertible and fraudulent debt. (see ANALYSIS OF A COUNTRY EMBEZZLED).

Every/all utilities companies have failed to pay off any of the public debt; but have instead rather unlawfully redirected ill-gotten gains into private corporate accounts through embezzlement, theft by deception, fraudulent conversion, and in violation to each all incorporated in entirety laws established through and as a result of the U.S. Bankruptcy of 1933, wherein there is no money, only "bank Notes" which are but only a promise to pay.

**Thus all debts are to be discharged as agreed,** but the utilities companies (and banks) through their greed have not discharged any debt, fraudulently making the utility customer deeper in debt by utilities companies use of "Bank Notes" or "promissory Notes" that the utilities companies add to the public debt side of the books rather than discharging the debts as stipulated in Public Laws, House Resolutions, and House Joint Resolutions.

Additionally, the alleged invoices sent to every recipient is a dividend an/or a coupon to the recipient. The utilities companies all know this to be a fact.

The Comptroller of The Currency also knows all of the above to be irrefutable facts, but is acting as a money laundering agency by/for/through/ the privately owned Federal Reserve, in All (50) fifty states of the unions, et al.

The Comptroller of the Currency at County, State, and Federal level all know the incorporated documents and testimony to be true, but have yet to discharge any of the public debt, therefore have misappropriated funds through embezzlement, theft by deception, obtaining money through false pretenses, extortion and other predicate acts since the date of Comptroller of the Currency inception of 1863.

All utility companies, which are private for profit corporations, regardless of location, are knowingly participating in the fraud and Ponzi scheme with the intent to fraudulently convert this and every other country's wealth into private industry accounts by fraudulent conveyance, embezzlement, theft by deception, creating fraudulent debts, Ponzi scheme and fraud through the U.S. Mail, just for starters.

Every judge and every attorney in America, especially those who hold positions with several direct connections into the utilities companies bank accounts and acting as attorneys for the banks, most presumably in all other countries as well, since they all get their instructions from England the same place that all the banks get their instructions through the Comptroller of The Currency headquarters in London, England, each knowing the above and incorporated to be true, since they are well versed on the U.S. Bankruptcy of 1933 and that America still remains to date in a state of Emergency and operates under English Law, though that also is supposed to be a well kept secret.

This means there "IS NO MONEY." It further means that since there is no money American's signatures are used as the credit to run this country. That in turn means that it is the American people whom are the Creditors not the Debtors, as the banks and utilities companies would like everyone to believe.

The utilities companies have been operating with this knowledge with intent, forethought and malice to commit not only the crimes mentioned herein but also beyond.

Due to the facts incorporated herein in entirety, all debts are to be charged off, including but not limited to every alleged utilities invoice, which each/all have actually been a dividend, for which every utilities company embezzled payment through fraud, using extortion and other threats to discontinue service if "Payment is not made."

These alleged invoices were dividends that every utilities company using deceptive business practice lead the public to believe were debts owed, when it is a fact that it is the utilities companies who owe the American public all those fraudulently received ill gotten gains plus the interest, stocks, bonds and other proceeds derived therefrom.

All utilities companies are now put on notice that all debts are to be charged off pursuant to the stipulated and incorporated herein Acts et al.

Facts assembled and presented by:                    (seal)
"Without Prejudice"
as Man,

by: Frank-Leonardo:Ko-Sharma, bene.
[Frank Leonardo Ko Sharma – Authorized Representative]
All Natural Rights "Explicitly" Reserved
U.C.C. 1-207/2-207/1-308/1-103.6

date  8·15·2022



# NONTAXPAYER AFFIDAVIT OF
# DURABLE POWER OF ATTORNEY GENERAL IN FACT
# OF REVOCATION TO ALL PREVIOUS POWER OF ATTORNEY

**DECLARATION OF USE OF UCC 9-102 & 9-109, as "household goods" and "consumer goods" not for commercial use or for profit or gain:**

**NOTICE OF INTENT! WITH CERTIFICATES AND OTHER EQUITABLE TITLES ATTACHED HERETO: please note that the information in reference above and below is to be taken within context and applied as indicated with respect to the terms and/or conditions contained herein and shall be construed contextually and not otherwise.**

**KNOW ALL MEN BY THESE PRESENTS:**

**IT SHALL BE KNOWN TO ALL MEN/WOMEN, men/women, and or man/woman, MAN/WOMAN BY THESE PRESENTS:**
i, (Frank Leonardo Ko Sharma), a Natural Man, having firsthand knowledge of the facts stated herein do hereby affirm, attest, certify, as well is declare that i am the sole owner of the (FRANK LEONARDO KO SHARMA) ESTATE to include any and all derivative's and or assumed names, marks, codes and or presumptions, herein reference to as PRINCIPAL, in the County of Santa Clara, do appoint the PRINCIPAL, stands as a non-adverse, non-belligerent, and non-combatant party, and as true and lawful ATTORNEY GENERAL-in-fact.
i (Frank Leonardo Ko Sharma), a Natural Man as a native American disavow and reject any and all rights associated with the 14th Amendment Section 1; of the United States of America Constitution!

 **NOTICE OF LACK OF JURISDICTION PRESENTATION** 

(Frank Leonardo Ko Sharma), a Natural Man, a Natural Person as defined by Statute

Day of Birth (August 16), (2001) (5'10); (213) lbs.; Eyes: (Brn); Hair: (Blk);

Day of Attaining Age of Majority– (( August)) 16, 2019

Identification Number: (**9654767654257752F08162001**)

A Private Citizen and Non-Taxpayer as defined in statute - (622 27 6567)

Expiration date: (12-31-2099)                    Nationality: (American National)

Perpetual Election to remove minors Disabilities or Disabilities of Minority!

## NOTICE OF INTENT OF PERPETUAL ELECTON OF WITHDRAWAL OF CONSENT

**i (Frank Leonardo Ko Sharma), AM THE BENEFICIAL OWNER OF THE EQUITABLE CESTUI QUE VIE TRUST, i deny infancy, am of the age of majority, managing and maintaining my own affairs, competent and aware of this, my standing, and not a member of the craft, i have not and do not participate in the belief in a so-called TEMPLE LEGENDS, and not a member of the KINGDOM OF CAIN, not a descendent and/or follower of TUBALCAIN, LAMACH, NIMROD, SAMIEL, THE BROTHERHOOD OF THE ROSE CROSS! And although i have knowledge of THE GENIE OF FIRE, THE ANCESTRY OF THE LEGEND, THE SO-CALLED TWO ELOHIM, TUBALCAIN CIPHER, THE RACE OF CAIN, THE HOSTS OF MARS, THE RESACRATION CREATION STORY, THE LION'S PILLARS OF KNOWLEDGE, THE SEVEN SCIENCES, AMARU LAND OF THE PLUMED SERPENT, THE TEMPLE LEGEND, HIRAM ABIV [Abiff], i do not profess to propagate such non-Gnostic, highly improbable, fictional storytelling.**

**THIS IS IN THE INTEREST OF THE UNITED STATES OF AMERICA AND IN THE INTEREST OF THE AMERICAN PEOPLE!!!!!!!!!!!!!!** i am here in a **non-military capacity**, as a friend to United States, to aid in reducing the public Debt and removing the wounded from the field of battle.

No matter what the construction, the construing, the interpretation, and/or the reasoning anything to the contrary of the information stated herein shall be held, deemed void as well as unreasonable, frivolous, meritless, moot, nonsensical.

- Not a US "citizen" under federal law pursuant to 8 U.S.C. §1101(a)(21). However, Naturalized in state of the Union. A citizen of The Sovereign State and Republic of California:
- "alien" (per 26 U.S.C. §7701(b)(1)(A)); NOT part of the "State" defined in 26 U.S.C. §7701(a)(10), 4 U.S.C.
- "Individual" (per 26 C.F.R. §1.1441-1(c)(3)).
- "citizen of the United States" per 8 U.S.C. §1401 and 26 C.F.R. §1.1-1(c) per Rogers v. Bellei, 401
- U.S. 815 (1971). "Stateless Person" as per Newman-Green v. Alfonso Larrain, 490 §11 0(d). 42
- U.S.C. §1301(a)(1). or 28 U.S.C. §1332(d) nor part of the geographical sense of "United States" defined in 26 U.S.C. §7701 (a)(9), or 42 U.S.C. §1301 (a)(2). U.S. 826 (1989). Constitutional diversity of citizenship pursuant to U.S. Const. Art. III. Section 2, but NOT statutory diversity pursuant Not a political "alien" pursuant to 8 U.S.C. §11 01 (a)(3)) nor a "resident alien" pursuant to 26 U.S.C. §7701 (b)(1)(A) since a national of the nation to 28 U.S.C. §1332. Rebut the following if you disagree within 30 days or you stipulate it as truth.
- United States. A civil sensed, or legal "alien", pursuant to 8 U.S.C. §1101(a)(3) since not domiciled in the geographical sensed "United States" defined in either 26 U.S.C. §7701(a)(9) or 42 U.S.C. §1301(a)(2). No "residence" within the meaning of the I.R.C., because only statutory "aliens" can have a "residence" per 26 C.F.R. §1.871-2. Constitutional citizens or "nationals of the United States*** of America" have a domicile rather than a residence. Only privileged constitutional/ political "aliens" have a "residence".
- i have a religious objection to having an earthly presence Described in 8 U.S.C. §1401. 8 U.S.C. §1 101(a)(2)(B). and 26 C.F.R. §1.1 -1(c). Born on federal territory and domiciled in the District of Columbia or federal territory or possession. Not a constitutional or Fourteenth Amendment section 1 "citizen of the United States" per Rogers v. Bellei, 401 U.S. 815 (1971). domicile within any existing, Man/Woman-made government. i am a "transient foreigner" but not an "in-habitant" with respect to the Man/Woman-made government having jurisdiction in the place where i temporarily live.
- "Free Inhabitant" of any Federal territory or possession. Territory/Possession Confederation but not Constitutional "Citizen" or name: "citizen of the United States". Articles of Confederation identify themselves as "perpetual", and therefore this status is perpetual.
- DIPLOMATIC STATUS, i'm of the following statuses which constitute internationally protected persons pursuant to 18 U.S.C. §112 who are immune (not "exempt") from federal income taxation pursuant to 26 U.S.C. §892. Those claiming such status must file I.R.S. OR OTHER KNOWLEDGEABLE GOVERNMENT AGENTS Form W-8EXP to claim immunity from taxation.
- i waive any and all aid and protection of Man/Woman-made statutory national laws and became a "stateless person" relative only to the national government pursuant to Newman- Green v. Alfonso Larrain, 490 U.S. 826 (1989), i'm not as defined by the Internal Revenue Code, Subtitle A "trade or business" franchise/excise tax. Also called "income tax". "trade or business" is defined in 26 U.S.C. §7701 (a(261 as "the functions of a public office" in the government.
- Those not engaged are a "foreign estate" pursuant to 26 U.S.C. §7701(a)(31); See and rebut following within 30 days if disagree or be held in default, estoppel, and laches.
- Any and all powers of ATTORNEY GENERAL NON-ADVERSE, NON-BELLIGERENT, NON-COMBATANT PARTY does supersede former Attorney In Fact powers, and furthermore current Powers cures all previous signatures given by principal, as i revoke as well as resend via disaffirmance any and all previous contracts and or Powers Of Attorneys entered into during infancy.
i (Frank Leonardo Ko Sharma), a Natural Man am the principal having attained the age of Majority, acknowledging and accepting the certificate of title of Naturalization being the sole owner of the Instrument and the Holder in Due Course, do hereby exercise the RIGHT OF DISAFFIRMANCE.

(**Frank Leonardo Ko Sharma**), herein reference to as PRINCIPAL, in the County of (**SANTA CLARA**) of sound mind, does appoint (**Frank Leonardo Ko Sharma**), a non-adverse, non-belligerent, and non-combatant party, as (**his**) true and lawful ATTORNEY GENERAL-in-fact. Any and all powers of ATTORNEY GENERAL NON-ADVERSE, NON-BELLIGERENT, NON-COMBATANT PARTY does **supercede former Attorney In Fact powers, and furthermore current Powers cures all previous signatures given by principal.** In the principal's name, and for the principal's use and benefit, said ATTORNEY GENERAL-in-fact **has full and complete authorization for the facilitation by the conveyance through any communications in translation for assimilation in account science correction techniques in all facets of interstate, intrastate, domestic, and foreign commerce relations with full protection of Safe Harbour and Sinking Funds Provisions for all accounts, proceeds, products, fixtures, and services such as:**

(1) Sell, exchange, buy, invest, **and** / or reinvest any assets **and** / or property **whether by possession and / or ownership**, which may have income production or non-income production assets and property.

(2) Open, maintain, **and** / or close bank accounts: **with express provisions for; demand deposit (checks, custodial) accounts, term deposit (savings) accounts, and certificates of deposit, brokerage accounts, and other similar accounts with depository and repository and financial institutions**.

(a) Conduct any business with any **depository institution, any repository institution, and all financial** institution **service providers in particular; all issue agents, all transfer agents, and all payout agents** with respect to any of principal's accounts. With **express provisions for creation of** deposits and withdrawals, **acquisition and procurement for all** bank statements, passbooks, drafts, money orders, warrants, certificates, **stocks, shares, bonds, mortgages, encumbrances, liens, financial obligations, promissory notes, bills of exchange, assigns, hardship claims, abandonment claims, salvage claims, quitclaims,** and vouchers; **either assignable to, assignable to the order of,** payable to, pay to, pay to the order of, or **payable to the order of, for** the principal by any **legal** person, **body corporate, body politic, body ecclesiastical, and any** corporation **sole**.

(b) Perform any act necessary to deposit, negotiate, sell, transfer, **or exchange** any **legal and / or lawful obligation in the style of a** note, security, **bond, stock, share**, of the Treasury of the United States of America, and **all Treasuries of every United Nations Member States and all Foreign Governments and their political subdivisions**.

(c) Have access to any safe deposit box **whether in possession and / or by ownership with the express provision for the** contents.

(3) Take any and all legal/**lawful** steps necessary to collect any amount or debt **due and/or past due, and/or to** settle any claim, whether made against or **from affirmation** on behalf of principal against any other person or entity.

(4) Exercise all stock rights as proxy, **with this express provisions for** all rights, **privileges, and powers** with respect to stocks, bonds, debentures, **and /** or other investments.

(5) Maintain and/or operate any business, personal property, and **ownership** interests of, with, for, and by principal.

(6) Purchase **and /** or maintain insurance, **re-insurance, and /** or bond rights herein.

(7) Enter into **legal and lawful bound** contracts on behalf of principal.

(8) Employ professional and business assistance as may be appropriate.

(9) Sell, convey, lease, mortgage, manage, insure, improve, repair, or perform any other act with respect to any of principal's property **whether as current ownership, possession holder, and / or as potential acquisition and procurements of ownership and / or possession placement, with the express provision for** real estate, real estate rights, **privileges, powers, without limit to** the right to remove tenants **and/**or to recover possession and settlement. This **express provision without limit is also for** the right to sell **and /** or to encumber any current homestead **possession and /** or ownership **and /** or **potential possession and / or ownership**.

(10) Transfer any of principal's assets to the trustee of any **style of cestui que vie trust and / or foreign situs trust; whether it be deed of trust, express trust, irrevocable trust**, revocable trust, **and/or any other legal and/or lawful** creation by principal, **whether or not said** such trust is in existence at the time of such transfer.

(11) Prepare, sign, and file documents with any governmental body or agency, **with the express provision without limit as** authorization to **implement account science of units of exchange and units of account for all depository and repository events**:

(a) Prepare, sign and file income and other tax returns with federal, state, local, and other governmental bodies.

(b) Obtain information **and /** or documents from any government **and /** or its agencies; and negotiate, compromise, **and /** or settle any matter with such government **and /** or agency for a**ny/all lawful** tax matters.

(c) Prepare applications, provide information, and perform any other act **which is a** reasonable request by any government **and /** or its agencies **whom have either a sworn oath, sworn affirmation, sworn affidavit of appointment, and public bond, lawful insurance provider**, and lawful re-insurance provider in connection with governmental benefits **with the express provision for** military **benefits**, social security benefits, **health benefits**.

(12) Make gifts from assets to members of family and to such other persons **and /** or charitable organizations with whom principal **does** establish a pattern **to provide gifts**. However, said ATTORNEY GENERAL NON-ADVERSE, NON-BELLIGERENT, NON-COMBATANT PARTY may not make gifts of principal's property to the said ATTORNEY GENERAL NON- ADVERSE, NON-BELLIGERENT, NON-COMBATANT PARTY. The Principal hereby appoints **Frank Leonardo Ko Sharma**, a non adverse, non belligerent, and non combatant party; **of SANTA CLARA, Country of United States of America** as substitute Authorization Representative and for the sole purpose **to provide** gifts of property to said ATTORNEY GENERAL NON-ADVERSE, NON-BELLIGERENT, NON-COMBATANT PARTY, **as the event does** deem **to be** appropriate.

(13) Disclaim any interest that might otherwise be **a** transfer or distribution to principal from any other person, estate, trust, **and /** or other entity, as may be appropriate. Said ATTORNEY GENERAL-in-fact shall not be liable for any loss that results from a judgment error that was made in good faith. Wherein, said ATTORNEY GENERAL NON-ADVERSE, NON-BELLIGERENT, NON-COMBATANT PARTY **is given grant** for a HOLD HARMLESS and FULL INDEMNITY **stance in law**, in good faith **performance of duty as active action through** the authority of this Power of ATTORNEY GENERAL NON-ADVERSE, NON-BELLIGERENT, NON-COMBATANT PARTY. Principal authorizes said ATTORNEY GENERAL NON-ADVERSE, NON-BELLIGERENT, NON-COMBATANT PARTY to further indemnify and hold harmless any third party who accepts and acts under good faith to uphold this document.

(14) **Herein given through gift and by grant** to said ATTORNEY GENERAL NON-ADVERSE, NON-BELLIGERENT, NON-COMBATANT PARTY full power and authority to do all and every act and thing whatsoever requisite and necessary to be done relative to any of the **current events and their continuation** as fully to all intents and purposes as principal might or could do if personally present.

## REGISTRATION FOR MEMORIAL AN AFFIDAVIT BY THE OWNER OF COLLATERAL SECURITY

As per statute the following is being placed on the public record:

Birth/Naturalization Certificates: The Registrar of Titles is authorized to receive for registration of memorials upon any outstanding certificate of title an official naturalization certificate pertaining to a registered owner named in said certificate of title showing the date of birth of said registered owner, providing there is attached to said naturalization certificate an affidavit of an affiant who states that (**he**) is familiar with the facts recited, stating that the party named in said naturalization certificate is the same party as one of the owners named in said certificate of title; and that thereafter the Registrar of Titles shall treat said registered owner as having attained the age of the majority at a date 18 years after the date of birth shown by said certificate.

i, (**Frank Leonardo Ko Sharma**), a Natural Man place on the record before this body my certificate of naturalization, for registration and to serve as a memorial for and to all future generations. i am the official registered owner of the certificate of naturalization attached hereto, and the associated interests, trusts, to include the Cestui Que Vie;

1. That i was Produced on (**August 16**), (**2001**) at **8:10am**;
2. That my family followed a long tradition of not naming a child until after the eighth day of birth;
3. That i was borne at (Good Samaritan Hospital), located at the city of (**San Jose**) of county of (**Santa Clara**) of the state and Republic of (**California**);
4. That my mother's name is (**Lily Helen Ko**);
5. My father's name is (**Guarav Vinay Sharma**);
6. My mother was born in Taipei, Taiwan and my father was born in Gujrat, India;
7. The birth certificate was created a few days after the borne event on (**August 16, 2001**) in (**San Jose**) of the Republic of (**California**), signed by my mother, the treating Physician, and the local registrar recorded this event on (**August 25, 2001**) as stated in the certificate of live birth;
8. The serial number for the certificate of live birth is #(**1 05 2001 300726**); (**1 2001 43 020048**) registered with the county of (**Santa Clara**);
9. The Social Security number associated with this certificate of naturalization which is evidence of an estate, is – **622 27 6567**
10. The birth certificate instrument carries the Great Seal of the State of (California), and an official notary stamp of certification as to authenticity of the certificate of live birth;
    a. According to the law of evidence in the United States self-authenticating documents are that which can be admitted into evidence at a trial without proof being submitted to support the claim that the document is what it appears to be. In short, these are documents those which do not require outside evidence of authenticity in order to be admitted in evidence.
    b. GOOD FAITH AND CREDIT CLAUSE: The Full Faith and Credit Clause—Article IV, Section 1, of the U.S. Constitution—provides that the various states must recognize legislative acts, public records, and judicial decisions of the other states within the United States. It states that "Full Faith and Credit shall be given in each State to the public Acts, Records, and judicial Proceedings of every other State." The statute that implements the clause, 28 U.S.C.A. § 1738, further specifies that "a state's preclusion rules should control matters originally litigated in that state." The Full Faith and Credit Clause ensures that judicial decisions rendered by the courts in one state are recognized and honored in every other state.

11. i attest that not only of my being familiar with the facts as stated in the certificate of naturalization attached hereto, but i am the registered owner of said certificate of title, and the party named in said certificate of naturalization, having attained the age of the age of majority on the 18th anniversary of my birth:

   a. "... stating that the party named in said naturalization certificate is the same party as one of the owners named in said certificate of title; and that thereafter the Registrar of Titles shall treat said registered owner as having attained the age of the majority at a date 18 years after the date of birth shown by said certificate."

**Statement of duress:**
This affidavit of duress and void declaration especially includes, but is not limited to, anything relating to government franchises, disclosures of government identifying numbers such as SSN or TIN, tax withholding or reporting forms such as the W-4 contract forms (26 C.F.R. §31.3401(a)-3(a) and 26 C.F.R. §31.3402(p)-1), tax returns, or any other declarations of status (e.g. "employee", "taxpayer", "individual", "inhabitant", "U.S. citizen") arising out of any tax, citizenship, or licensing forms provided to the government such as driver's license applications, applications for ID cards, voter registration, or benefit applications. An expanded version of this duress statement is contained at the following address and is hereby incorporated into this document by reference.

## RESIGNATION OF AGENT AND AGENCY

   (a) A registered agent may resign (**his**) agency appointment by signing and delivering to the Secretary of State for filing a statement of resignation. The statement may include a statement that the registered office is also discontinued.

   (b) On or before the date of the filing of the statement of resignation, the registered agent shall deliver or mail a written notice of the agent's intention to resign to the chief executive officer, chief financial officer, secretary of the corporation, or a person holding a position comparable to any of the foregoing, as named and at the address shown in the annual registration, or in the articles of incorporation if no annual registration has been filed.

   (c) The agency appointment is terminated, and the registered office discontinued if so provided, on the earlier of the filing by the corporation of an amendment to its annual registration designating a new registered agent and registered office if also discontinued or the thirty-first day after the date on which the statement was filed.

i The undersigned natural person, currently listed in the records of the secretary of state as the registered agent authorized to receive service of process for the entity named below, submits this resignation of appointment.

   1. The name of the entity for which the undersigned is designated as registered agent is: (**FRANK LEONARDO KO SHARMA**)

   2. The file number issued by the secretary to the entity making the appointment is: (**1 05 2001 300726**)

### Statement of Notice:

   3. **i** ATTEST THAT THIS Written notice of MY resignation has been given by the undersigned registered agent to the entity at the address of the entity most recently known by the agent.

### i do here and now disaffirm any and all contracts associated with infancy:

..We said in Western Lawrence County Road Improvement District v. Friedman-D'Oench Bond Co., 162 Ark. 362, 258 S.W. 378, 382: 'At section 537 of Page on Contracts (2d Ed.), it is said: 'One who has entered into a contract which (**he**) might avoid because of personal incapacity, such as an infant, an insane person, a drunkard, and the like, has the election to affirm such contract, or to disaffirm it, and when (**he**) has exercised (**his**) election, with full knowledge of the facts, such election is final...An infant's contracts relating to personal rights or personality may be disaffirmed by him while (**he**) is still an infant.. 'The general rule, ... is that the disaffirmance of a contract made by an infant nullifies it and renders it void ab initio, ... and an infant may disaffirm contract during (**his**) minority or within a reasonable time after reaching (**his**) majority. The general rule, ... is that the disaffirmance of a contract made by an infant nullifies it and renders it void ab initio, and that the rights of the parties are to be determined as though the contract had not been made, the parties being restored to the status quo * * ...**In 27 Am.Jur. Infants, § 11, p. 753; ...43 C.J.S. Infants § 76 c, at page 183; In 43 C.J.S. Infants § 75 b, at p. 171; 43 C.J.S. Infants § 75f, p. 176, Executors and Administrators, § 189; In 43 C.J.S. Infants § 75, p. 176, 43 C.J.S., Infants, § 78, pp. 190, 192....**

## ASSUMED NAME RECORD (D.B.A.)

**ASSUMED NAME RECORD (D.B.A.) CERTIFICATE OF OWNERSHIP FOR UNINCORPORATED BUSINESS OR PROFESSION. NOTICE: THIS CERTIFICATE OF OWNERSHIP PROPERLY EXECUTED IS TO BE FILED AND RECORDED WITH THE COUNTY CLERK AS PROVIDED BY LAW.**

<u>NAME IN WHICH BUSINESS IS TO BE CONDUCTED:</u> (FRANK LEONARDO KO SHARMA), AND ALL DERIVATIONS OF SAID BUSINESS NAME

<u>BUSINESS TYPE:</u> OTHER, GRANTEE, PRIVATE / PUBLIC / SIGNATURE

<u>BUSINESS DESCRIPTION:</u> COMMERCE, GRANTEE, PRIVATE / PUBLIC / SIGNATURE

<u>STYLE:</u> MAJUSCULE

i FORMALLY AND FOREVER STAKE MY CLAIM ON THE NAME **(FRANK LEONARDO KO SHARMA)** AS THE <u>OWNER OF THE TRUE AND REAL NAME:</u> Private Attorney in fact in Proper Persona, **(Frank Leonardo Ko Sharma)**

<u>OWNER DESCRIPTION:</u> Grantor / Returnee / Settlor / Beneficiary / Trustor / Signature

<u>POST OFFICE [PHYSICAL]:</u> care of General Delivery, Rohnert Park, California 94928

<u>STYLE:</u> Bicameral & Surname

<u>NOTICE:</u> i claim all Titles and Deeds and want all such paperwork related to said D.B.A. to be returned. i am claiming the Writ of Habeas Corpus to institute and maintain actions of any kind in the courts of this state. To take hold of and dispose of property either real, intangible or personal and exemptions from taxes or impositions. Under the form of creating a qualification or attaching a condition, the states cannot, in effect, inflict a punishment for a past act which was not punishable at the time the act was committed. i, the undersigned, am the owner of the above business and name and address given are true and correct and there are no other owners of said business.

<u>COST SCHEDULE:</u> 110% of assessed value of the total assessment and costs plus 40% interest at the time of accumulated engagement.

i, (Frank Leonardo Ko Sharma), hereby Certify, Attest as well as affirm that i was born August 16, 2001,

that the Certificate of Certificate of Live Birth, Registration Number 1 05 2001 300726;
Address: 2425 Samaritan Drive, San Jose, California;
Property Type: Commercial / Industrial;
belongs to Me, i am the Owner.

i further attest, affirm, DECLARE, as well as certify that i have firsthand actual knowledge of all of the events described herein. That the legal document, certificate of title, security instrument noted above carries information of my name as well as other credentials that of no other person, i am the owner. That i have resigned as registered agent for the agency associated with this instrument, and did so by sending proper notification to Responsive parties. That i hereby withdraw any and all permissions extended to any and every party at any and every time to oversee my properties with reference to this instrument, my securities, and/or my interest, i am the true holder in due course, and disaffirm any and all contracts to the contrary.

i have attained the age of majority, i am competent, and capable of handling my own affairs and require/request that this be reflected in all records associated thereto/hereto immediately! i hereby of my own accord and in compliance with the Age of Majority Act and the associated local act[s] assume, commandeer, seize control of any and all accounts, assets, affairs associated with the minor account[s] and any and all primary account[s], heretofore, forthwith, retroactively, and perpetually.

The record shall reflect the attaining of the age of majority/adulthood, binding upon all jurisdictions, that i am an American National, naturalized in North America of the Republic of (**California**), city of (**San Jose**), in the County known as (**Santa Clara**), on the date indicated on the certificate of naturalization, and this is my will, and i place this information as a Memorial of my will, and do so attesting under the organic Constitution of the United States of America, that the aforementioned information is accurate AND i DO HEREBY ATTEST, DECLARE AS WELL AS AFFIRM THAT i HAVE NOTICE OF ESTOPPEL AND STIPULATION OF CONSTITUTIONAL CHALLENGE TO ALL (**CALIFORNIA**), DISTRICT OF COLUMBIA AND STATE OF (**CALIFORNIA**) STATE STATUTES, CODES, REGULATIONS, ADMINISTRATIVE ORDERS, EXECUTIVE ORDERS, QUASI-EXECUTIVE/ADMINISTRATOR/ LEGISLATIVE ORDERS WHERE No general law affecting private rights- and all of (**FRANK LEONARDO KO SHARMA**)'s actions are to be forever construed as private actions, done in a private citizen capacity, shall be varied in any particular case, by special legislation, except BY the free consent, in writing of all persons to be affected thereby;

**TAKE NOTICE THAT:** all agents, representatives, parties principal and or otherwise are hereby estopped, prohibited, and/or ordered to cease and desist any and all further contact, contracts, attempts to impede, infringe upon, intercept, commandeer, seize, prevent, and or otherwise interfere in the life, and/or other experiences and/or affairs of the presenter (**Frank Leonardo Ko Sharma**) and/or (**his**) interest and/or affairs heretofore, henceforth, retroactively and/or perpetually. i hereby disaffirm, disavowal, and forever suspend any and all contracts entered into during infancy. You are hereby commanded an ordered to cease and desist with reference to and/or concerning my affairs, my estate, my trust, my interests, my essence, my property, my accounts, your assistance is not warranted, necessary, and/or needed henceforth;

## DISTRICT OF COLUMBIA ORGANIC ACT OF 1871 FORTY FIRST CONGRESS, Sess III. CH. 62. 1871

Sec. 17. And be it further enacted, That the legislative assembly shall not pass special laws in any of the following cases, that is to say: ... regulating the practice in courts of justices of the peace, police magistrates, or constables; providing for changes of venue in civil or criminal cases, or swearing and impaneling jurors; <u>remitting fines, penalties, or forfeitures; the sale or mortgage of real estate belonging to minors or others under disability</u>; changing the law of descent; ...granting to any corporation, association, or individual, any special or exclusive privilege, immunity, or franchise whatsoever, The legislative assembly shall have no power to ... authorize any company or individual to issue notes for circulation as money or currency.

Sec. 20. And be it further enacted, That the said legislative assembly shall not have power to pass any ex post fact law, nor law impairing the obligation of contracts, nor to tax the property of the United Sates, nor to tax the lands, or other property of nonresidents higher than the lands or other property of residents; ..., as hereinafter [herein before] provided.

AND TAKE FURTHER NOTICE THAT i, (FRANK LEONARDO KO SHARMA), did not consent for me or my private property to being a 14th amendment section 1 citizen of the U.S. or state of (**CALIFORNIA**) or any other state sub-class, minor, infant, incompetent person and/or entity and disaffirm any other obligation entered into knowingly or otherwise any other quasi-consent, especially since this was done while i was considered/construed a baby/infant/incompetent person/minor, as such contracts would have put me under legal disability to contract, and not capable of such a contract, as the above mention (1879) (**CALIFORNIA**) Constitution said.

AND TAKE FURTHER NOTICE THAT i, "(**Frank Leonardo Ko Sharma**), of the age of Majority," Reserve my right to sue you and all your agency and contractors administratively or otherwise for using my name or my property (**FRANK LEONARDO KO SHARMA**), OF THE AGE OF MAJORITY/ (**FRANK LEONARDO KO SHARMA**) FOUNDATION. That as a direct result of Executive Order's 2039 & 2040, and **The Emergency Economic Banking Relief Act of March 9, 1933, and The Gold Repeal Act of June 5 and 6, 1933**; that my use of any emergency script it's only because i have not been given my correct allowance and have no access to lawful monies, and i do hereby accept and declare my own state of emergency what respects to my financials, my estate, and my interest commercially and otherwise.

AND TAKE FURTHER NOTICE THAT the material facts giving rise to the constitutional question are as follows:

1. unalienable rights, protected by Original (1879) (**CALIFORNIA**), in particular the right of travel have been violated; in the past.
   "that the authority of the department of safety and DMV is limited to only the commercial users of the public ways and that the corporate state employees have, by their silence, failed to fully inform the sovereign people of this state that an automobile has been confirmed, to be "private property" defined by current UCC 9-109, as "household goods" and "consumer goods" not for commercial use or for profit or gain. Further, the courts have found that corporate public servants who ignore their accountability as mandated in the Bill of Rights have by their silence and failure to fully inform the sovereign people of the consequences arising from the corporate "offer to contract," is deemed silent deception and inducement by fraud.

2. unalienable rights were violated; protected by Original (**CALIFORNIA**) Constitution and the Northwest Ordinance of 1789 The right of the people to be secure in their persons, houses, papers and effects, against unreasonable seizures and searches shall not be violated; and no warrant shall issue but on probable cause, supported by oath or affirmation, particularly describing the place to be searched, and the persons and things to be seized.

In accordance with the Emancipation Proclamation issued by Executive Order of President Abraham Lincoln On January 1, 1863 and the **still-standing order** of Abraham Lincoln acting as Commander-in-Chief of the United States Army and Navy, all Federal Officers and Government Officials in every capacity and at every level **are given Notice** of the following:

That on the first day of January, in the year of our Lord one thousand eight hundred and sixty-three (1863), **all persons held as slaves within any State or designated part of a State, the people whereof shall then be in rebellion against the United States, shall be then, thenceforward, and forever free;** and the Executive Government of the United States, including the military and naval authority thereof, will recognize and maintain the freedom of such persons, and will do no act or acts to repress such persons, or any of them, in any efforts they may make for their actual freedom "
— President and Commander-in-Chief.

The President issued the Emancipation Proclamation in the midst of the Civil War by an Executive Order on January 1, 1863, under his authority as Commander in Chief of the Army and Navy, pursuant to Article II, section 2 of the United States Constitution, and relying on martial power to suspend civil law in those states which were in rebellion; and

**WHEREAS,** The Emancipation Proclamation applied in ten states, specifically: Arkansas, Texas, parts of Louisiana, Mississippi, Alabama, Florida, Georgia, South Carolina, North Carolina, and parts of Virginia, that were still in rebellion in 1863; it did not cover the nearly 500,000 slaves in the slave-holding border states of Missouri, Kentucky, Maryland or Delaware; and

**WHEREAS,** The Proclamation provided the legal framework for the emancipation of nearly all four million slaves as the Union Armies advanced, and committed the Union to ending slavery, which was accomplished by July 1865 when nearly all four million slaves were freed; and

**WHEREAS,** The Proclamation also announced that the freed slaves would be accepted into the Union Army and Navy, enabling the liberated to become liberators, so that by the end of the war almost 200,000 African-American soldiers and sailors had fought for the union and freedom; and

**WHEREAS,** The Proclamation served as a forerunner to the passage by the Congress of the United States, and the ratification by the states in 1865, of the Thirteenth Amendment which ensured the abolition of slavery everywhere in the United States; and That numerous persons named after states and people have been press-ganged, kidnapped, and enslaved for the profit of private, mostly foreign-owned corporations and that those persons have been deliberately manipulated by those responsible so as to bring false claims against the actual states of the union and the actual people of the United States;

That all these persons are considered slaves and treated as criminals by definition under the 14th Amendment to the Constitution of the United States of America and that they do or have in the past included a **foreign situs trust** called (**Frank Leonardo Ko Sharma**), a Cestui Que Vie ESTATE trust called (**FRANK LEONARDO KO SHARMA**), and a public transmitting utility called (**FRANK LEONARDO KO SHARMA**);

That all these similarly named corporate franchises have been created and operated without the knowing consent and agreement of the
**free-born living Man (Frank Leonardo Ko Sharma)**
who was never told about this abuse of (**his**) given name this infringement upon (**his**) copyright and this disrespect of (**his**) position as Holder in Due Course and Entitlement Holder of (**his**) earthly estate and who is not at fault for the mismanagement of these corporate franchises;

That the living Man (**Frank Leonardo Ko Sharma**) is not deceived and is owed (**his**) freedom and (**his**) estate free and clear of all false presumptions, claims, debts, deliberate confusions and acts of personage against (**his**) and against (**his**) private property including (**his**) inherited Trade Names: (**Frank Leonardo Ko Sharma**), (**Frank L. Ko Sharma**), and (**Frank Ko Sharma**);

That the living Man (**Frank Leonardo Ko Sharma**) relies upon the Emancipation Proclamation to secure the willing and ready assistance (**he**) requires of all federal officials and officers at every level including federal state and territory officials to honor and assist in emancipating –that is—liquidating all of the en legis slaves on paper that have been named after (**his**) and used as a means to control and defraud (**he**) of (**his**) estate.

AND TAKE FURTHER NOTICE THAT i, (**Frank Leonardo Ko Sharma**), of the age of Majority, DEMAND, for you to put the name (**FRANK LEONARDO KO SHARMA**), OF THE AGE OF MAJORITY; (**FRANK LEONARDO KO SHARMA**) FOUNDATION, ON THE **DO NOT STOP, DO NOT DETAIN LIST** FOR WASHINGTON D.C., (**CALIFORNIA**) STATE and all the OTHER STATES. i reserve as well as retain all rights protected by above said DISTRICT OF COLUMBIA AND STATE OF (**CALIFORNIA**) STATE Constitutions, inalienable as well as alienable rights as i determine at any given time. i do not accept nor do i recognize any rights afforded to any individual, entity, person under the 14th amendment section 1 of the United States Constitution, and waive any part of said privileges and/or benefits associated thereto. TAKE NOTICE THAT there will be a charge of **$12,000.00** and up dollars against you and your agencies or contractors, this shall constitute an ill revocable contract where you agree to pay this amount to me, (**Frank Leonardo Ko Sharma**), of the age of Majority in the Name (**FRANK LEONARDO KO SHARMA**), FOR THE TRESPASS of my unalienable rights, protected by the Original (1879) (**CALIFORNIA**) State Constitution and District of Columbia Organic Act of 1871 Forty First Congress, Sess III. CH. 62. 1871.

As owner of said certificate, securities, bond, Estate, agency, trust, properties, assets etc., al., i am lawfully entitled to oversee, manage, and maintain power of attorney in fact were respects the aforementioned properties and shall never consent to the otherwise.

**AND TAKE FURTHER NOTICE THAT THIS IS A CONTRACT, your failure to answer and rebut this affidavit is acquiescence as recognized by basic fundamental due process requirements respecting notification, you have 72 hrs. to answer, then this contract is law. i declare under penalty of perjury under the Constitution of the United States of America and of the state of (California) that the aforegoing is accurate as attested so help me God." " "**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*A SERIOUS EMERGENCY EXISTS/EXTANT!!!!!!!!!!\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

*"Be it enacted by the Senate and the House of Representative of the United States of America in Congress assembled, That the Congress hereby declares that a serious emergency exists and that it is imperatively necessary speedily to put into effect remedies of uniform national application."*

*"Whereas, under the Act of March 9, 1933, all Proclamations heretofore or hereafter issued by the President pursuant to the authority enforced by section 5(b) of the Act of October 6, 1917, as amended, are approved and confirmed;" [President Roosevelt's Proclamation 2040].*

*"During time of war or during any other period of national emergency declared by the President, the President may, through any agency that he may ... regulate, or prohibit under such rules and regulations ... by means of licensure... any ... transactions of credit between or payments by banking institutions as defined by the President and ... currency, by any person within the United States or anyplace subject to the jurisdiction thereof." [Title 1, Sec. 2, 48 Statute 1, March 9, 1933]*

*"Bank holiday of 1933. Presidential Proclamations No. 2039, issued March 6, 1939, and No. 2040, issued March 9, 1933, temporarily suspended banking transactions by member banks of the Federal Reserve System... The first proclamation, it was held, had no authority in law until the passage on March 9, 1933, of a ratified act (12 U.S.C.A. § 95b). The present law forbids member banks of the Federal Reserve System to transact banking business, except under regulations of the Secretary of the Treasury, during an emergency proclaimed by the President. 12 U.S.C.A. § 95." [Black's Law Dictionary, 5th Edition];*

*"The Secretary of the Treasury will issue licenses to banks which are members of the Federal Reserve system whether national bank or state, located in each of the 12 Federal Reserve bank cities, to open Monday morning." [President Roosevelt's papers]*

*"When required to do so by the Secretary of the Treasury, each Federal Reserve agent shall act as agent of the Treasurer of the United States or of the Comptroller of the currency, or both, for the performances of any functions which the Treasurer or the Comptroller may be called upon to perform in carrying out the provisions of this paragraph. [48 Stat. 1]*

*"Whenever in the judgment of the Secretary of the Treasury such action is necessary to protect the currency system of the United State, the Secretary of the Treasury, in his discretion, may regulate any or all individuals, partnerships, associations and corporations to pay and deliver to the Treasurer of the United States any or all gold*

*... Whoever shall not comply with the provisions of this act shall be fined not more than $10,000 or if a natural person, may in addition to such fine may be imprisoned for a year, not exceeding ten years." [Stat 48, Section 1, Title 1, Subsection N, March 9, 1933]*

*"During this banking holiday it was at first believed that some form of script or emergency currency would be necessary for the conduct of ordinary business. We knew that it would be essential when the banks reopened to have an adequate supply of currency to meet all possible demands ... On March 7, 1933, the Secretary of the Treasury issued a regulation authorizing clearing houses to issue demand certificates ... this authority was not to become effective until March 10th ... after the passage of the Emergency Banking Act of March 9, 1933 (48 Stat. 1) ... the act made possible the issue of the necessary amount of emergency currency in the form of Federal Reserve Bank Notes which could be based on any sound assets owned by the banks." [Roosevelt's papers]*

*"That (a) every provision contained in or made with respect to any obligation which purports to give the obligee a right to require payment in gold or particular kind of coin or currency, or in as amount of money of the United States measured thereby is declared to be against public policy; and no such provision shall be contained in or made with respect to any obligation hereafter incurred." [THE GOLD REPEAL ACT of June 5, 1933]*

The new currency was supposed to be Federal Reserve Bank Notes. These notes were to be backed by "direct obligations of the United States" which are Treasury notes. However, what we have today in circulation is emergency script, or for lack of a better term emergency [non- value] currency.

The treasury on its own website has admitted that the Federal Reserve note, [not to be mistaken for the Federal Reserve bank note, which is backed by the full faith and credit of the United States government, i.e. legal tender], has no value at all, and is backed by nothing- Federal Reserve notes are not redeemable in gold, silver or any other commodity, and receive no backing by anything This has been the case since 1933. The notes have no value for themselves."

`https://www.treasury.gov/resource-center/faqs/Currency/Pages/legal- tender.aspx`

This can be further proven by excepts from the Congressional Record during the debate over the Emergency Banking Act of 1933.

    **a.** **[Mr. McPhadin]** "... The first section of the bill, as I grasped it, is practically the war powers that were given back in 1917. I would like to ask the chairman of the committee if this is a plan to change the holding of the security back of the Federal Reserve notes to the Treasury of the United States rather than the Federal Reserve agent."

    **b.** **[Mr. Stiggle]** "This provision is for the issuance of Federal Reserve bank notes; and not for Federal Reserve notes; and the security back of it is the obligations, notes, drafts, bills of exchange, bank acceptances, outlined in the section to which the gentleman has referred."

1. in 1934 the Supreme Court announced that the banking emergency was still ongoing HOME BLDG. & LOAN ASS'N v. BLAISDELL, (1934) "Appellant contests the validity of chapter 339 of the Laws of Minnesota of 1933, approved April 18, 1933, called the Minnesota Mortgage Moratorium Law, [290 U.S. 398, 416] The act provides that, **during the emergency declared to exist...**"

2. Did you see the Supreme Court of the United States stated that case that started April 1933 was relevant to the **EMERGENCY DECLARED TO EXIST**, present tense.

3. In fact, **The Emergency** was not to end until there was another Executive Order and/or declaration "

Recognizing the limitations of the legal authority the President had cited for his declaration of a national bank holiday, the legislation amended § 5(b) of the Trading with the Enemy Act to allow it to be used not only in time of war but also "during any other period of national emergency declared by the President." The banking legislation also declared that "a serious emergency exists," conferred extensive discretionary powers over the banking and currency systems on the President and the basis of this expansive statutory authority, the President in Proclamation No. 2040 on March 9 extended the national emergency and the bank holiday he had declared on March 6 "until further proclamation by the President", In the middle of that decade the Senate created a Special Committee on National Emergencies and Delegated Emergency Powers to conduct an investigation into Presidential use and abuse of emergency powers.

On the basis of that Committee's findings and recommendations, Congress in 1976 enacted the "National Emergencies Act." The Act repealed several statutory delegations of emergency powers and, in addition, imposed a number of controls on the President's exercise of emergency powers, as follows:

<u>**(1) With one pertinent exception, it terminated "all powers and authorities possessed by the President, any other officer or employee of the Federal Government, or any executive agency, ... as a result of the existence of any declaration of national emergency in effect on September 14, 1976." The Senate Special Committee had found** *that not only President Roosevelt's 1933 proclamation of a national emergency* **but also a proclamation by President Truman and two by President Nixon were still extant. Technically, the National Emergencies Act did not repeal or terminate those four declarations of national emergency.**</u>

    i. EXTANT- it's the legalese word, it means still in existence, still active, still binding, still alive, it means that it hasn't been repealed. This was the 1976 Senate stating for a fact, that the declarations issued by Pres. Roosevelt in 1933 respecting the national emergency, were still in effect, imagine that we are still in a national emergency after all these years, Government do anything right?

    4. It must be noted that the **emergency holiday** foresaw the necessity for ordinary business to be conducted, however, this was with the provision that there would be an adequate supply of currency to meet demand, I never received my adequate supply of currency as was promised and as such I cannot operate or conduct ordinary business during the emergency, which means my government has failed to provide me a remedy which it is under obligation to do so.

**provisions of this section are concerned, yes."------------------- [It is from this that we can deduce that there was no intention of Congress to stand behind Federal Reserve notes, as the statute known as the emergency economic making relief act of March 9, 1933 never authorize the use of Federal Reserve notes, it specifically stated that they were to be Federal Reserve bank notes].-------**

**d. [Mr. Britain}** "From my observations of the bill as it was read to the House, it would appear that the amount of bank notes that might be issued by the Federal Reserve System is not limited. That will depend entirely upon the mount of collateral that is presented from time to time from exchange for bank notes. Is that not correct?"

**e. [McPhadin]** "Yes, I think that is correct."

## THE EMERGENCY CONTINUES

In 1934 the Supreme Court announced that the banking emergency was still ongoing HOME BLDG. & LOAN ASS'N v. BLAISDELL, (1934) "Appellant contests the validity of chapter 339 of the Laws of Minnesota of 1933, p. 514, approved April 18, 1933, called the Minnesota Mortgage Moratorium Law, [290 U.S. 398, 416] The act provides that, **during the emergency declared to exist...**"

The Supreme Court of the United States stated that case that started April 1933 was relevant to the **EMERGENCY DECLARED TO EXIST**, present tense. In fact, **The Emergency** was not to end until there was another Executive Order and/or declaration "

'Recognizing the limitations of the legal authority the President had cited for his declaration of a national bank holiday, the legislation amended § 5(b) of the Trading with the Enemy Act to allow it to be used not only in time of war but also "during any other period of national emergency declared by the President." The banking legislation also declared that "a serious emergency exists," conferred extensive discretionary powers ... the President in Proclamation No. 2040 on March 9 extended the national emergency and the bank holiday he had declared on March 6 "**until further proclamation by the President**", In the middle of that decade the Senate created a Special Committee on National Emergencies and Delegated Emergency Powers to conduct an investigation into Presidential use and abuse of emergency powers.

On the basis of that Committee's findings and recommendations, Congress in 1976 enacted the "National Emergencies Act." The Act repealed several statutory delegations of emergency powers and, in addition, imposed a number of controls on the President's exercise of emergency powers, as follows:

**(1) With one pertinent exception, it terminated "all powers and authorities possessed by the President, any other officer or employee of the Federal Government, or any executive agency, ... as a result of the existence of any declaration of national emergency in effect on September 14, 1976." The Senate Special Committee had found that not only President Roosevelt's 1933 proclamation of a national emergency ... were still extant. Technically, the National Emergencies Act did not repeal or terminate those four declarations of national emergency.**

ii. EXTANT- it's the legalese word, it means still in existence, still active, still binding, still alive, it means that it hasn't been repealed. This was the 1976 Senate stating for a fact, that the declarations issued by Pres. Roosevelt in 1933 respecting the **national emergency**, were still in effect, imagine that we are still in a national emergency after all these years, Government do anything right?

It must be noted that the **emergency holiday** foresaw the necessity for ordinary business to be conducted, however, this was with the provision that there would be an adequate supply of currency to meet demand, I never received my adequate supply of currency as was promised and as such I cannot operate or conduct ordinary business during the emergency, which means my government has failed to provide me a remedy which it is under obligation to do so.

AND TAKE FURTHER NOTICE THAT **i**, (Frank Leonardo Ko Sharma), of the age of Majority, DEMAND, for you to put the name (FRANK LEONARDO KO SHARMA), OF THE AGE OF MAJORITY; (FRANK LEONARDO KO SHARMA) FOUNDATION, ON THE DO NOT STOP, DO NOT DETAIN LIST FOR WASHINGTON D.C., CALIFORNIA STATE and all the OTHER STATES. i reserve as well as retain all rights protected by above said DISTRICT OF COLUMBIA AND STATE OF CALIFORNIA STATE Constitutions, inalienable as well as alienable rights as **i** determine at any given time.

**i** do not accept nor do **i** recognize any rights afforded to any individual, entity, person under the 14th amendment section 1 of the United States Constitution, and waive any part of said privileges and/or benefits associated thereto. **TAKE NOTICE THAT** there will be a charge of **$12,000.00** and up dollars against you and your agencies or contractors, this shall constitute an ill revocable contract where you agree to pay this amount to me, (Frank Leonardo Ko Sharma), of the age of Majority in the Name (**FRANK LEONARDO KO SHARMA**), FOR THE TRESPASS of my unalienable rights, protected by the Original 1879 California State Constitution and District of Columbia Organic Act of 1871 Forty First Congress, Sess III. CH. 62. 1871.

As owner of said certificate, securities, bond, Estate, agency, trust, properties, assets etc., al., **i** am lawfully entitled to oversee, manage, and maintain power of attorney in fact were respects the aforementioned properties and shall never consent to the otherwise.

### Affidavit of Pledged Collateral Security in the interest of the United States Government

**Assignment of Revisionary Interest in (FRANK LEONARDO KO SHARMA) (U.S. CITIZEN/ STATE AGENCY - Collateral (965476765425775 2F08162001)) to the United States Government by way of the District Director of Internal Revenue in the interest of the United States Government**

i am aware that the Government obligation refers to a public debt obligation of the United States Government and an obligation whose principal and interest is unconditionally guaranteed by the United States Government. **Please review 31 CFR 225.2, 31 U.S. Code § 3123 - Payment of obligations and interest on the public debt, 12 U.S. Code § 411 - Issuance to reserve banks; nature of obligation; redemption and IRM 5.6.1.1 (10-25-2011) Collateral Agreements (6).** The value of said collateral is sufficient to protect the interest of the Government throughout the life of this agreement. Considerations were given regarding possible market fluctuations prior to giving value to said collateral. Please utilize pledged collateral **(9654767654257752F08162001)** to resolve all public debt obligations including tax liabilities in connection with **(FRANK LEONARDO KO SHARMA)**.

Nothing shall affect or impair the priority of any claim of the United States against Government obligations. **Please review IRM 5.6.1.1 (10-25-2011) Collateral Agreements (6), 31 CFR 225.2, 31 U.S. Code § 3123 and 12 U.S. Code § 411.** The District Director of Internal Revenue or assignees will take all reasonable and appropriate steps to ensure that all procedures or transactions conform to the appropriate provisions thereof including precautionary measures taken to safeguard the collateral. **Please review IRM 10.2.13, Information Protection.**

Collateral shall be deposited with the district director or, in his/her discretion, with a responsible financial institution acting as escrow agent.

Interest accruing upon Government obligations pledged to the United States by way of the District Director of Internal Revenue in accordance with this part will be remitted to

**(FRANK LEONARDO KO SHARMA)**. **Please review 31 U.S. Code § 3123 and IRM 5.6.1.1 (10 -25-2011) Collateral Agreements (6-2).** The District Director will return the Government obligations, and any interest retained therefrom, to **(FRANK LEONARDO KO SHARMA)**, without written application from **(FRANK LEONARDO KO SHARMA)**, when the District Director determines that the Government obligations are no longer required under the terms of the collateral agreement.

Please contact me regarding this matter should any question(s) arise.,

date   8 · 15 · 22

Done in good faith;                                                    (seal)
Given for patent right;
All rights retained, without prejudice;

Frank - Leonardo : Ko-Sharma, bene.

By:_____
(Frank Leonardo Ko Sharma)- Power of Attorney & Beneficiary (CAF# ON-FILE) on behalf of (FRANK LEONARDO KO SHARMA)
(U.S. CITIZEN/STATE AGENCY)

## 12 U.S. Code § 95 a (2) - Regulation of transactions in foreign exchange of gold and silver; property transfers; vested interests, enforcement and penalties

(2) Any payment, conveyance, transfer, assignment, or delivery of property or interest therein, made to or for the account of the United States, or as otherwise directed, pursuant to this section or any rule, regulation, instruction, or direction issued hereunder shall to the extent thereof be a full acquittance and discharge for all purposes of the obligation of the person making the same; and no person shall be held liable in any court for or in respect to anything done or omitted in good faith in connection with the administration of, or in pursuance of and in reliance on, this section, or any rule, regulation, instruction, or direction issued hereunder.

## 12 U.S. Code § 411 - Issuance to reserve banks; nature of obligation; redemption

Federal reserve notes, to be issued at the discretion of the Board of Governors of the Federal Reserve System for the purpose of making advances to Federal reserve banks through the Federal reserve agents as hereinafter set forth and for no other purpose, are authorized. The said notes shall be obligations of the United States and shall be receivable by all national and member banks and Federal reserve banks and for all taxes, customs, and other public dues. They shall be redeemed in lawful money on demand at the Treasury Department of the United States, in the city of Washington, District of Columbia, or at any Federal Reserve bank.

## 31 CFR 225.2 – Definitions - Government obligation

Government obligation means a public debt obligation of the United States Government and an obligation whose principal and interest is unconditionally guaranteed by the United States Government.

## 18 U.S. Code § 8 - Obligation or other security of the United States defined

The term "obligation or other security of the United States" includes all bonds, certificates of indebtedness, national bank currency, Federal Reserve notes, Federal Reserve bank notes, coupons, United States notes, Treasury notes, gold certificates, silver certificates, fractional notes, certificates of deposit, bills, checks, or drafts for money, drawn by or upon authorized officers of the United States, stamps and other representatives of value, of whatever denomination, issued under any Act of Congress, and canceled United States stamps.

# NOTICE OF INTENT

The accompanying documents are private. Any presumption of criminal intent which would result in an unwarranted conclusion of law that (Frank Leonardo Ko Sharma) (American National/ Power of Attorney & Beneficiary CAF# ON-FILE) on behalf of (FRANK LEONARDO KO SHARMA) (U.S. CITIZEN/STATE AGENCY) is involved in a material scheme or artifice to defraud financial institutions (including foreign financial institutions that are without the United States or the United States Government) within the United States or the United States Government is herein rebutted;

This and subsequent transactions actions of the presenter/drawer should in no way be deemed to be knowingly and intentionally adversely affecting interstate or foreign commerce, or attempting or conspiring to use any counterfeit, fictitious, altered, forged, lost, stolen, or fraudulently obtained debt instrument to obtain money, goods, services, or anything else or value (See 15 United States Code §1693); No construction should be placed on the action of the drawer that the intent is an unlawful attempt to access a fictitious account; This transaction is the product of a private contract (Collateral Agreement - Pledged Collateral (**9654767654257752F08162001**)) which has been pledged to the United States Government by way of the District Director of Internal Revenue in the interest of the United States Government;

All that said ATTORNEY GENERAL NON-ADVERSE, NON-BELLIGERENT, NON-COMBATANT PARTY shall lawfully do or cause to be done under the authority of this power of ATTORNEY GENERAL NON-ADVERSE, NON-BELLIGERENT, NON-COMBATANT PARTY is express emergency approval; ALL VALID BY THE PRESCRIPTION OF THE LAW OF NECCESITY AND THE DOCTRINES OF UNCONSCIONABILITY AND LA MORT SAISIT LE VIF IN ACCORDANCE WITH APPLICABLE LAWS, CARDINAL ORDERS, ORDINAL ORDERS, AND COMMERCIAL STANDARD; PROVIDES FOR FULL ABSOLUTION THROUGH REDEMPTION;

The spelling, sentence structure, sentence context, the omissions, and or intermissions do not add or take away from the validity of this instrument if anything is held to be invalid and does not invalidate any other section or the impact or validity of the instrument in its entirety;

Done in good faith;                                    (seal)
Given for patent right;
All rights retained, without prejudice;
by: Frank- Leonardo Ko. Sharma, bene.

date 8, 15, 2022

Frank Leonardo Ko Sharma
THE BENEFICIAL OWNER OF THE
CESTUI QUE VIE EQUITABLE TRUST

# ACKNOWLEDGMENT

Notice: Use of notary shall not be construed against declarant as adhesion, indicia, nor submission to any foreign, domestic, or municipal jurisdiction or presumed contract;

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Santa Clara

On Aug 15th, 2022 before me, Henry Ghazanchian, Notary Public
(insert name and title of the officer)

personally appeared Frank Leonardo KoSharma,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct. WITNESS my hand and official seal.

Signature

HENRY GHAZANCHIAN
Notary Public - California
Santa Clara County
Commission # 2261860
My Comm. Expires Oct 8, 2022

Page 1 of 1 (Seal)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

RECEIVED

DEC 23 2022

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

## CRIMINAL COVER SHEET

KAW

*Instructions:* Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.

CV 22 · 9087



CASE NAME:                                         CASE NUMBER:

USA v. CHRISTINE ANGELA THURMAN          CR

Is This Case Under Seal?                 Yes    ✔ No

Total Number of Defendants:       ✔ 1      2-7      8 or more

Does this case involve ONLY charges
under 8 U.S.C. § 1325 and/or 1326?       Yes     No

Venue (Per Crim. L.R. 18-1):      SF    OAK    SJ    EUR    MON

Is any defendant charged with
a death-penalty-eligible crime?          Yes     No    *don't know*

Is this a potential high-cost case?      Yes     No    *don't know*

Is this a RICO Act gang case?            Yes     No    *don't know*

Assigned AUSA (Lead Attorney):

Date Submitted:   11/22/2022

Comments:
18 USC 1201 and 1202 - Kidnapping
10 USC 920 Art. 120 - Rape and sexual assault generally

Form CAND-CRIM-COVER (Rev. 11/16)

PRINT