**CERTIFIED MAIL**

7021 2720 0000 8418 9717

Ko
care of General Delivery
Petaluma, California
non-domestic

To: Anna Sprinkles
450 Golden Gate Avenue
San Francisco, California
Non-Domestic

RECEIVED
DEC 22 2022
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

PRIORITY MAIL
LEGAL FLAT RATE ENVELOPE
POSTAGE REQUIRED



DROP BOX FILING INFORMATION CARD

UNITED STATES DISTRICT COURT

Please complete the following information and insert this card in window of drop box pouch:

1. Case Number:
2. Short case title:
3. This is pouch number: _____ of _____ pouches.
4. Check enclosed:  ☐ Yes  ☐ No
5. Print your name:
6. Name of messenger service (or firm):
Phone number:

RECEIVED
2022 NOV 22 A 12:59
CLERK, US DISTRICT COURT
NO. DIST. OF CA.

- Expected delivery date specified
- Most domestic shipments include
- USPS Tracking® included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

TO:

# LEGAL FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

**TRACKED ■ INSURED**


PS00001000060

Legal Flat Rate Envelope
EP14L May 2020
OD: 15 x 9.5

To schedule free Package Pickup,
scan the QR code.

USPS.COM/PICKUP



**LEGAL FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

**TRACKED ■ INSURED**


PS00001000060

Legal Flat Rate Envelope
EP14L May 2020
OD: 15 x 9.5

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.